1  William A. Bogdan (SBN 124321)
   Arif Virji (SBN 130322)
2  Julie L. Fieber (SBN 202857)
   LYNCH, GILARDI & GRUMMER
3  A Professional Corporation
   170 Columbus Avenue, 5th Floor
4  San Francisco, CA  94133
   Telephone:     (415) 397-2800
5  Facsimile:      (415) 397-0937
   Email: *wbogdan@lgglaw.com*
6           *avirji@lgglaw.com*
            *jfieber@lgglaw.com*
7

8  Attorneys for Defendant SHIMMICK
   CONSTRUCTION COMPANY, INC.

9

10             UNITED STATES DISTRICT COURT

11        FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 | JUAN ROMO, Individually and on behalf of other members of the general public similarly situated, | Case No.: |
   |---|---|
13 | | **EXHIBITS K-9 PART 2 TO THE DECLARATION OF WILLIAM A. BOGDAN IN SUPPORT OF SECOND NOTICE OF REMOVAL OF ACTION** |
14 |         Plaintiff, | |
15 |         v. | |
16 | SHIMMICK CONSTRUCTION COMPANY, INC., a California corporation; and DOES 1-10, inclusive, | |
17 | | |
18 |         Defendants. | |
19 | | |

20 Exhibit K9 PART 2: Shimmick's Original Notice of Removal

21

22

23

24

25

Lynch, Gilardi
& Grummer
170 Columbus Ave.
Fifth Floor
San Francisco, CA
94133
Ph (415) 397-2800
Fax (415) 397-0937
26

27

28

EXHIBIT K- 9

1  William A. Bogdan (SBN 124321)
   Arif Virji (SBN 130322)
2  Julie L. Fieber (SBN 202857)
   LYNCH, GILARDI & GRUMMER
3  A Professional Corporation
   170 Columbus Avenue, 5th Floor
4  San Francisco, CA 94133
   Telephone:    (415) 397-2800
5  Facsimile:    (415) 397-0937
   Email: wbogdan@lgglaw.com
6          avirji@lgglaw.com
           jfieber@lgglaw.com
7
   Attorneys for Defendant SHIMMICK
8  CONSTRUCTION COMPANY, INC.

9

10               UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12  JUAN ROMO, Individually and on behalf of    Case No.:
    other members of the general public
13  similarly situated,                          **DECLARATION OF SCOTT FAIRGRIEVE IN
                                                  SUPPORT OF DEFENDANT'S NOTICE OF
14                Plaintiff,                      REMOVAL**

15          v.                                    **(ALAMEDA COUNTY SUPERIOR COURT
                                                  CASE NO. HG14721863)**
16  SHIMMICK CONSTRUCTION
    COMPANY, INC., a California corporation;
17  and DOES 1-10, inclusive,

18                Defendants.

19

20

21          I, Scott Fairgrieve, hereby declare as follows:

22          1.      I am the Chief Financial Officer of Shimmick Construction Company (hereinafter

23  "Defendant"), and have held that position since 2006. I make this declaration based on my own

24  personal knowledge and, if called to testify, could and would testify to the matters stated herein.

25          2.      Plaintiff Juan Romo was an employee of a joint venture formed in 2009 between

26  Defendant and Obayashi Corporation, known as the Shimmick Construction Company,

27  Inc./Obayashi Corporation JV (the "JV"). The JV was formed for the purpose of bidding on and

28

Lynch, Gilardi
& Grummer
170 Columbus Ave.
Fifth Floor
San Francisco, CA
94133
Ph (415) 397-2800
Fax (415) 397-0937

---

FAIRGRIEVE DEC. IN SUPP. OF NOTICE OF                                    PAGE 1
REMOVAL -- CASE NO. _____

1   carrying out work on the San Vicente Dam Project. A true and correct copy of the joint venture

2   agreement is attached hereto as Exhibit 1.

3       3.      The JV bid on and subsequently was awarded a portion of the work on the San

4   Vicente Dam Project. It then signed a Letter of Assent agreeing to be bound by the Emergency

5   Storage Project Labor Agreement (the "Project Labor Agreement") that had been entered into by and

6   between Parsons Constructors, Inc., and the Building and Construction Trades Department, AFL-

7   CIO, and other signatory Building and Construction Trade Councils and Unions, dated June 1, 1999.

8   A true and correct copy of that Letter of Assent is attached hereto as Exhibit 2. A true and correct

9   copy of the Project Labor Agreement is attached hereto as Exhibit 3.

10      4.      Pursuant to the Project Labor Agreement, including the local Collective Bargaining

11  Agreements included in Schedule A, its provisions applied to any work covered by the agreement,

12  which included the San Vicente Dam Project where Plaintiff was employed. *See* Ex. 3 at page 6,

13  Section 4.

14      5.      Through the Project Labor Agreement, the JV, consisting of Defendant and Obayashi

15  Corporation, became party to various collective bargaining agreements, including the agreement

16  titled Master Labor Agreement for Engineering Construction between Associated General

17  Contractors of America San Diego Chapter, Inc., and Laborers' International Union of North

18  America, Local No. 89 (the "2011 CBA"). A true and correct copy of the 2011 CBA is attached

19  hereto as Exhibit 4. Upon expiration of the 2011 CBA, it was replaced by another Master Labor

20  Agreement between the same parties (the "2012 CBA"). A true and correct copy of the 2012 CBA is

21  attached hereto as Exhibit 5. Attached hereto as Exhibit 6 is a true and correct copy of the Laborers'

22  Local 89 Referral dispatching Plaintiff as a union member bound by the CBA on October 20, 2011

23  to serve as a JV employee on the San Vicente Dam Project.

24      6.      All field labor on the San Vicente Dam Project is supplied by labor unions pursuant

25  to CBAs. Indicative of the scope of the CBAs, the International Union of Operating Engineers

26  (I.U.O.E.) Local #12 filed a grievance November 8, 2011 claiming violation of the Project Labor

27  Agreement provisions concerning second, third and fourth (graveyard) shifts. In a subsequent

28  arbitration on the wage and hour issue for those shifts, the JV was ordered to compensate employees

Lynch, Gilardi
& Grummer
170 Columbus Ave.
Fifth Floor
San Francisco, CA
94133
Ph (415) 397-2800
Fax (415) 397-0937

FAIRGRIEVE DEC. IN SUPP. OF NOTICE OF                              PAGE 2
REMOVAL -- CASE NO. _____

1   working the 1:30 a.m. shift (graveyard) with 8 hours straight time pay for 6 ½ hours of work. A true

2   and correct copy of that grievance and related correspondence describing the Arbitrator's Order is

3   attached hereto as Exhibit 7.

4         I declare under penalty of perjury under the laws of the United States of America that the

5   foregoing is true and correct.

6         Executed this **22** day of May, 2014.

7

8   _____

9   254107                                          Scott Fairgrieve

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Lynch, Gilardi
& Grummer
170 Columbus Ave.
Fifth Floor
San Francisco, CA
94133
Ph (415) 397-2800
Fax (415) 397-0937

FAIRGRIEVE DEC. IN SUPP. OF NOTICE OF
REMOVAL -- CASE NO. _____                                    PAGE 3

EXHIBIT 1

## SCCI/OBAYASHI JOINT VENTURE AGREEMENT
### San Vicente Dam Raise Project

THIS AGREEMENT is made as of August 10th, 2009, by and between Obayashi Corporation, a Japanese corporation, and Shimmick Construction Company, Inc., a California corporation (collectively referred to as the "Parties" and individually referred to as a "Party").

## 1. FORMATION AND TERMINATION OF THE JOINT VENTURE:

The Parties hereby form a joint venture (the "Joint Venture") for the exclusive purpose of bidding on construction and related work on the **San Vicente Dam Raise Project (Construction Package 3 Roller-Compacted Concrete Dam and Appurtenant Structures Specifications No.592)** and, if awarded a contract for work on the Project, to enter into and perform the contract (which, together with all addenda, amendments, and force account, changed and extra work, is referred to as the "Contract").

The Parties agree that during the term of this Agreement they will not, directly or indirectly, submit any other proposal to the Owner or to any other party for work on the Project.

The obligations of the parties hereunder shall be joint and several. The name of the Joint Venture is:

Shimmick Construction Company Inc. / Obayashi Corporation, a Joint Venture

The Managing Party shall obtain any necessary contractors licenses for the Joint Venture and shall register the Joint Venture in all jurisdictions necessary for it to properly conduct its business activities.

All bids, contracts, subcontracts, and purchase orders pertaining to the Project shall be made, and all funds, equipment and other property used in connection with the Project shall be jointly held in the name of the Joint Venture.

Unless the Parties otherwise mutually agree in writing, all costs and expenses incurred by each Party in connection with preparation and submission of the bid, and in connection with all other matters pertaining to the Project up to the date of the award of the Contract, shall be the sole responsibility of the Party incurring such costs and expenses.

The term of the Joint Venture shall begin as of the date first set forth above (the "Effective Date") and shall terminate on the latest of the following dates:

(i) The date of award of the Contract to a bidder other than the Joint Venture;

1

(ii) Completion of all work required to be performed under, and settlement of all accounts and disputes and expiration of all warranties arising in connection with, the Contract in the event the Joint Venture is awarded the Contract;

(iii) The date fixed by the Parties by mutual agreement for termination of the Joint Venture.

### 2.   MANAGEMENT:

A Management Committee shall control the operations of the Joint Venture and the performance of the Contract, provided the Management Committee shall not have the power to:

(a) Default in performance of the Contract;

(b) Borrow money in the name of the Joint Venture;

(c) Make any capital expenditure outside the Joint Venture;

(d) Initiate legal proceedings;

(e) Take any other action reserved from time to time to the parties.

The Management Committee shall be composed of one representative appointed by each Party as follows:

Obayashi Corporation:  Hirokazu Onozaki

Shimmick Construction Company, Inc.:  Paul Camaur

Each Party shall designate in writing an alternate representative who is authorized to act only in the absence of the representative listed above.  The Parties may change their representative or alternate representative by notifying the Managing Party, as defined below, in writing, but until such notification, the actions of each representative listed above or each properly noticed alternate representative shall be conclusively binding on the appointing Party for all purposes.

The representative of the Managing Party shall be Chairman of the Management Committee.  The Chairman shall call regular quarterly meetings of the Management Committee and shall call special meetings when requested to do so by the Managing Party or by the other Party.

The meeting agenda will include a review of the performance of the work against the schedule and the Project's indicated outcome against the original estimate.  Comments and suggestions of the Parties as to job methods and procedures will be invited.

2

The Management Committee shall also review and supervise periodically the operation of the Joint Venture, the activities of the Chairman and the Managing Party and all other matters relating to the business of the Joint Venture.

Further, within thirty days after substantial completion (i.e., receiving Notice of Substantial Completion from the Owner or reaching an agreement on the status of substantial completion by the Parties, whichever is earlier) of the Project, the Management Committee shall meet and discuss the following:

    1.    Joint Venture Owned Equipment

        (a)    Determine fair market value of each item of equipment
        (b)    Plan disposal of such equipment
        (c)    Prepare a report on the status and location of each piece of equipment every six months

    2.    Accounting

        (a)    In order to estimate the final profit or loss on the Project, provide expected income and costs to complete the Project by items below:
            -    receivables under the Contract;
            -    accounts receivable otherwise;
            -    accounts payable;
            -    other accounting impacts.

        (b)    Provide a follow-up list of detailed additional income and costs (actual) at the end of each February and August including explanations of the difference between the estimate developed under (a) above and the actual, if any such difference is substantial.

    3.    Personnel Demobilization Schedule

The Management Committee may conduct its business without a meeting if all representatives unanimously consent in writing to such action. The Management Committee shall keep minutes of all meetings and unanimous consents signed by the appropriate representatives. Each Party shall receive a copy of these minutes and any written consents.

Action of the Management Committee shall only be by unanimous vote of the Parties.

Any disputes between the Parties that are not resolved in a meeting of the Management Committee shall be resolved as follows:

(i)      First, each Party shall appoint one senior corporate officer and such officers shall meet to review the dispute and make every reasonable and good faith attempt to resolve it.

(ii)      If no resolution is achieved within ten (10) business days of the officers' meeting, the dispute shall be brought before a mediator in an effort to resolve the problem. If the dispute is not settled by mandatory mediation, then it is agreed that the parties will enter into binding arbitration at San Francisco, California in accordance with Construction Industry Rules of the American Arbitration Association then in effect. Award rendered by the arbitrator or arbitrators shall be final and binding and judgment may be entered upon it in accordance with applicable law in any court having jurisdiction.

The Managing Party shall be Shimmick Construction Co., Inc. The Managing party, subject to the terms, conditions, and limitations set forth in this Agreement, shall be responsible for the general supervision and management of the work called for by the Contract, and for all matters relating to the Joint Venture's performance of the Contract. In addition to such powers as the Managing Committee may from time to time delegate to it, the Managing Party shall have the power, in the name of the Joint Venture, to contract on behalf of the Joint Venture for all things reasonably necessary in order to perform the Contract, including without limitation, the power to issue material purchase orders and to enter into rental agreements and subcontracts. However, subcontracts and purchase orders for non-listed subcontractors and non-bid price utilized vendors that are over $500,000 will be subject to direct approval by the management committee members.

The Managing party shall receive ten percent (10%) of the profits of the Joint Venture as a management fee. The management fee is an expense of the Joint Venture and ninety percent thereof shall be payable upon substantial completion of the Project, provided that the Management Committee then agrees on the anticipated profit arising out of the Contract. The final ten percent of the management fee shall be payable upon final closure of the Joint Venture's accounts. If there is no profit, no management fee shall be payable.

Additionally, the Managing Party will be paid $20,000 per month for the Contract duration. This fee covers all home office accounting costs for the joint venture. An amount equal to the current contract duration (with an appropriate contingency for contractor caused delays) in months of cost will be included as a budget item in the general expense portion of the estimate.

Other home office charges of the Parties for items performed at the request of the Joint Venture will be at actual cost. The Joint Venture shall reimburse each Party for such costs each Party incurs, provided, however, that the Management Committee-related costs (travel, meals, accommodations, etc.) shall not be reimbursed. Invoices for these charges shall be in sufficient detail in order to substantiate the costs to be reimbursed.



To the extent available, each Party shall furnish to the Joint Venture such personnel, skill, knowledge and expertise as may be required to perform the Contract in a timely manner according to its terms.

All craft hourly labor, shall be employees of and paid by the Joint Venture. All indirect salaried on site labor shall be employees of the particular Joint Venture partner that provided them to this Joint Venture project. The Managing Party shall be responsible for staffing and shall inform each Party of vacancies in staffing. To the extent each Party can provide staff, the vacancies shall be filled by the Parties. For ease of accounting and handling, staff provided by each Party may be paid by such Party. In that event, payroll and fringe benefit contributions shall be handled in accordance with the customary practice of the Party providing staff and the Joint Venture shall reimburse such Party for all such expenses.

### 3. PROPORTIONATE SHARE:

Except as otherwise provided in this Agreement, the (i) interest of the Parties in any profits and assets resulting from performance of the Contract and in any property of any kind whatsoever acquired by the Joint Venture in connection with the Contract and (ii) the responsibility of the Parties to share in any losses and liabilities arising out of or resulting from the execution and performance of the Contract or this Joint Venture Agreement, are as follows:

| | |
|---|---|
| Obayashi Corporation | 35% |
| Shimmick Construction Company, Inc. | 65% |

(Which interest and responsibility is referred to as the "Proportionate Share"). The Proportionate Share is subject to adjustment as provided in this Agreement with respect to a Party's interest as defined in Section 3(i), but is not subject to adjustment with respect to a party's responsibility as defined in Section 3(ii).

Each Party agrees to indemnify and hold each other harmless from all costs, including reasonable attorney's fees and legal expenses, and liabilities of any nature whatsoever resulting from failure of such indemnifying Party to assume and pay for its Proportionate Share of any capital contribution or of any loss or liability for which it is responsible.

Subject to the provisions of Sections 4 and 10 below, upon completion and acceptance of the work under the contract by the Owner, the Joint Venture shall distribute all undistributed profits and property of the Joint Venture to the Parties in accordance with their Proportionate Share, and all Parties shall assume and pay for their Proportionate Share of any remaining losses or liabilities. The Joint Venture may establish reserves for pending claims, disputes, litigation and warranty items.

The Parties intend that the Joint Venture will make interim quarterly tax distributions to the Parties to cover federal and state income tax payable by the Parties on

5



profit recognized during performance of the Contract. Such distributions will be the entire amount needed to cover both partners estimated tax liability on a quarterly basis. The Management Committee shall review the updated cost report with the final cost projection and cash flow projection presented by the Managing Party before such distribution is made. The Parties agree that no such distribution shall be made to the extent it would leave the Joint Venture with insufficient working capital for anticipated operating costs or would otherwise result in the need for a capital call.

### 4. WORKING CAPITAL:

The Managing Party from time to time shall determine the amount of working capital required to perform the Contract and shall request each Party to contribute its Proportionate Share of working capital. Each Party shall contribute to the Joint Venture its Proportionate Share of working capital requested within ten (10) business days after the request is made.

Contributions of working capital may consist of cash, equipment and materials as determined by the Managing Party. The Managing Party shall designate the amount of cash and the type and quantity of equipment and materials to be contributed to the Joint Venture. The Management Committee shall determine the value of any equipment and materials to be contributed prior to delivery to and acceptance of such equipment and materials by the Joint Venture. In the event that more than one Party offers to contribute the type and quantity of equipment or materials requested by the Managing Party, the Management Committee shall determine which offer to accept. The determination by the Management Committee shall be final and binding on the Parties. Each Party may elect to contribute its entire contribution of working capital in cash in U.S. dollars.

It may happen that requests by the Managing Party for working capital contributions of cash, equipment and materials will give rise to a disproportionate contribution by a Party of cash, equipment, and materials for a temporary period of time. The Managing Party, in its sole discretion, may permit a temporary disproportionate contribution not exceeding ninety (90) calendar days. Notwithstanding anything in this Agreement to the contrary, each Party's interest in the Joint Venture shall not be diminished or increased in any respect during any such temporary period in which its working capital contributions remain disproportionate, provided that such Party conforms in a timely manner to the Managing Party's determination of how to bring the working capital contributions into conformance with each Party's Proportionate Share as provided in Section 3 above.

Should any Party wish to make a working capital contribution of equipment or material, such Party shall provide the Managing Party and each other Party a schedule listing the equipment or material to be contributed and the proposed value. Subject to the Management Committee's approval, such contribution shall be effective as of the time of delivery of the equipment or material to the Joint Venture, or as of the time of delivery to a carrier for shipment to the Project, if earlier. The Joint Venture shall pay or reimburse



such Party for all costs incurred after that time in connection with the equipment or material. Concurrent with the contribution of any equipment or material to the Joint Venture, the contributing Party shall assign to the Joint Venture its right against manufacturers, dealers or others arising under any warranty or other obligation.

Subject to the third paragraph of this Section 4 pertaining to temporary disproportionate contributions, any Party failing to contribute its entire Proportionate Share of working capital within the ten (10) business day period as required will be in default on the eleventh (11th) business day after the request without the need for notice or further action by the Managing Party. The defaulting Party may cure the default at any time during a period of thirty (30) calendar days after the default by paying its full Proportionate Share as originally requested plus a fee of two percent (2%) of such amount. Failure to so cure the default within the thirty (30) day period shall bar the defaulting Party from curing its default at any later date unless each other Party otherwise consents in writing. During any period of default the defaulting Party shall have no right to participate in the management of the Joint Venture.

In the event a Party defaults in the contribution of its Proportionate Share as requested by the Managing Party, then, with the reservation of all other rights and remedies against the defaulting Party, the interest of the defaulting Party to share in the profits, revenues, assets and property of the Joint Venture shall decrease to the proportion that the sum of the products obtained by multiplying the amount of the working capital contributed by the defaulting Party on deposit from time to time with the Joint Venture times the number of days such amount is on deposit (the "Aggregate Daily Working Capital") bears to the total of the Aggregate Daily Working Capital of all Parties. Each non-defaulting Party has the option of making up the defaulting Party's deficiency by an appropriate pro rata increase in its Proportionate Share Contribution. The Proportionate Share of any Party contributing more than its Proportionate Share as set forth in Section 3 above shall be increased to the proportion that such Party's Aggregate Daily Working Capital bears to the total of the Aggregate Daily Working Capital of all Parties. Regardless of contributions, the Proportionate Share of each Party in the losses and liabilities shall remain unchanged and as set forth in Section 3 above.

Notwithstanding any other provision in this Agreement to the contrary, if a Party defaults in the contribution of its Proportionate Share, it shall pay interest quarterly on the amount of contribution in default by appropriate pro rata allocation of such interest payment to each non-defaulting Party making up the defaulting Party's deficiency. For purposes of this paragraph the rate of interest shall be 120 percent of the prime rate established from time to time by Bank of America, San Francisco, for its preferred commercial customers, provided such interest shall not exceed the maximum legal rate then applicable.

## 5.     INSURANCE:

The Managing Party shall facilitate the purchase of insurance policies for the Joint Venture for General Liability and Umbrella coverage, Automobiles, Equipment,

7

Workers' Compensation, Builder's Risk or any other insurance deemed necessary by the Management Committee or required by specifications of the Contract. The Management Committee will agree upon the appropriate dollar limits for each policy. Each policy will list the Joint Venture as the named insured and will list Obayashi Corporation and Shimmick Construction Company, Inc. as Additional Insured.

**6. LIABILITY TO SURETIES:**

The Parties shall from time to time execute such applications for bonds, indemnity agreements and other documents as may be necessary in connection with the submission of the bid and for the execution and performance of the Contract. It is agreed that the cost for any premium shall be a cost of the Joint Venture.

**7. BANK DEPOSITS:**

All contributions of working capital by the Parties and all funds received by the Joint Venture in connection with the performance of the Contract, or from any other source whatsoever, shall be deposited in separate Joint Venture bank accounts. The non-Managing Party will be given Principle Account Authority. This authority will allow the non-Managing Party to review and access all Joint Venture account information on a real time basis directly with the bank at any time.

**8. BOOKS OF ACCOUNT:**

Separate and adequate books of account shall be kept of the operations of the Joint Venture by the Managing Party and shall be available for inspection by any Party at any reasonable time. The Managing Party will provide the Parties monthly financial statements prepared on a percentage of completion basis in accordance with generally accepted accounting principles. In addition to monthly financial statements, the Managing Party will provide the monthly job report which includes detailed job cost report and safety report. Unless the Parties otherwise agree, the Managing Party will arrange for an annual audit of the Joint Venture records by an independent certified public accountant satisfactory to the Parties, such report to be complete within sixty (60) days after the end of the fiscal year adopted by the Management Committee for the Joint Venture. Upon completion of the work to be performed under the Contract, the Managing Party shall furnish to the other Parties a complete account of all receipts and disbursements of the Joint Venture.

**9. PURCHASE OF EQUIPMENT:**

The Joint Venture shall purchase and acquire such equipment, machinery, tools, materials, supplies and other property, as the Managing Party deems necessary for the performance of the Contract. Such properties shall be owned by the Joint Venture and upon completion of the work, or before if no longer needed, shall be disposed of as decided by the Management Committee.

8

Any Party shall be entitled to purchase surplus Joint Venture equipment. The purchase price to the purchasing Party shall be fair market value as determined by the Management Committee less ten percent (10%). Such percentage may be adjusted by mutual agreement by the Parties depending upon the type and value of equipment.
If a Party has contributed equipment to the Joint Venture at its book value or agreed value which is less than market value, that Property shall have the first right to receive distribution of such equipment at the book value thereof as of the date of such repurchase or distribution. Subject to the preceding sentence, if more than one Party asks to purchase such equipment, the Management Committee shall determine the purchaser and that determination will be final.

Although the Parties contemplate the purchase by the Joint Venture of primarily new or good used equipment for the prosecution of the work, the Managing Party may consider it to be in the best interest of the Joint Venture to purchase or rent equipment from the Parties. In this event, any such purchase will be at fair market value as determined by an independent appraisal. The appraisal cost shall be for the account of the Joint Venture. Rental rates shall not exceed rental rates paid for comparable equipment available in the local area.

## 10.  DEFAULT:

The Parties agree that in entering into this Joint Venture each is relying on the ability of each other Party to provide financing to the Project and on the special business and construction expertise of each other Party to perform the Contract. Therefore, if any Party fails to perform a material obligation under this Agreement for a period of thirty (30) calendar days after notice to such Party by the Management Committee of such failure to perform, dissolves, files or is subject to any bankruptcy proceedings, makes an assignment for the benefit of creditors, has a receiver appointed to take over all or substantially all of its assets, or otherwise becomes unable to discharge its obligations under this Agreement (referred to in this Section 10 as an "Event of Default"), then, to the extent permitted by law:

(i) Such defaulting Party shall have no rights under this Agreement to participate in the Management Committee, make contributions to working capital or otherwise participate in the Joint Venture's performance of the Contract;

(ii) The interest of such defaulting Party in the Joint Venture's profits, if any, shall be determined after completion and acceptance of the Contract and shall be limited to the same proportion which the Aggregate Daily Working Capital of such Party bears to the Aggregate Daily Working Capital of all Parties, but such Party's share of any Joint Venture liabilities and losses shall be and remain its unadjusted Proportionate Share set forth opposite its name in Section 3 above. Such Party shall be entitled to share in the profits only up to the date of an Event of Default. Such profits shall be determined by multiplying the final profit by a fraction, the numerator of which shall be the Contract calendar days worked up to the date of such Event of Default and the denominator of which shall be the total calendar days worked to complete the Contract until acceptance by the owner. The records of the Joint Venture shall be conclusive in establishing the calendar days worked. The defaulting Party, its successors, receivers and legal representatives shall execute all documents necessary to complete the Contract and wind up the affairs of the Joint Venture.

(iii) Each non-defaulting Party shall do all things necessary to complete the Contract and to wind up the affairs of the Joint Venture, including collection of all monies due it, payment or discharge of its debts and liabilities, and distribution of its assets;

(iv) If the defaulting Party is the Managing Party, the non-defaulting Party or Parties shall designate a new Managing Party; and

(v) If a trustee in bankruptcy for any Party elects to reject this Agreement on behalf of the Party in bankruptcy, each remaining Party shall assume it's pro rata share of the Proportionate Share of the Party in bankruptcy. However, the Parties and the Joint Venture agree, to the extent permitted by law that such trustee may not elect to reject this Agreement on behalf of the Party in bankruptcy.

## 11.    ASSIGNMENT:

The Parties shall not have the power or authority to assign their rights or delegate their duties under this Agreement and any such attempted assignment or delegation shall be void unless consented to in writing by all the Parties.

## 12.    AMENDMENTS:

No changes, amendments or modifications of the terms of this Agreement shall be valid unless reduced to writing and signed by all the Parties.

## 13.    MISCELLANEOUS:

(a) This Agreement shall not be deemed to create a permanent partnership or joint venture between the Parties and, except as otherwise provided in Section 1 above, shall not limit any Party from engaging in other business for its own account.

10

(b) Subject to the provisions regarding assignment, the terms and conditions of this Agreement shall inure to and be binding upon the Parties, their directors, officers, employees, successors, assigns, and representatives.

(c) The singular shall include the plural and the neuter gender shall include the masculine and feminine whenever used in this Agreement.

(d) At least once each fiscal year, each Party shall supply each other Party with audited financial statements covering such Party's most recent fiscal year. Each Party shall promptly notify each other Party if any material change occurs from the financial statements most recently submitted.

(e) This Agreement will be interpreted under the laws of the State of California except insofar as the choice of law rules under such laws may require the application of the laws of some other jurisdiction.

(f) Each Party shall execute all documents necessary to submit the bid, complete the Contract and wind up the affairs of the Joint Venture.

(g) Except as may otherwise be provided in this Agreement, under no circumstances shall the death, bankruptcy, insolvency, incapacity, or withdrawal of any Joint Venture Partner, or the sale, assignment or other disposition of a Joint Venture interest result in the automatic dissolution or termination of the Joint Venture.

Executed by the Parties as of the date first written above.

**Shimmick Construction Company, Inc.**

By: _____
Name: Paul Camaur
Title: Executive Vice President

**Obayashi Corporation**

By: _____
Name: Hirokazu Onozaki
Title: General Manager

11

EXHIBIT 2



**SHIMMICK**
**OBAYASHI** ◆
*A JOINT VENTURE*

*San Vicente Dam Raise Package 3*
*Roller-Compacted Dams*
*and Appurtenant Facilities*

04/27/10                                    SOJV/PARSONS CONSTRUCTORS INC

PARSONS CONSTRUCTORS INC
100 W. WALNUT
PASADENA, CA 91124
Phone: (951) 551-5879
Fax:
Attn: Don Maurer

Re:     San Vicente Dam Raise Package 3 – Roller Compacted Concrete Dams and
        Appurtenant Facilities, Specification 592

Subject:       Project Labor Agreement - Letter of Assent
Reference:     Emergency Storage Project/SDCWA - Project Labor Agreement Letter of Assent
Enclosure:

Dear Mr. Maurer:

This is to confirm that Shimmick Construction Co., Inc./Obayashi Corporation, A Joint Venture
agrees to be party to and bound by the Emergency Storage Project Labor Agreement ("the
Labor Agreement") as entered into by and between Parsons Constructors, Inc., its successors
or assignees, and the Building and Construction Trades Department, AFL-CIO, and other
signatory Building and Construction Trade Councils and Unions, dated June 1, 1999 as such
Labor Agreement may, from time to time, be amended by the parties or interpreted pursuant to
its terms.

Such obligation to be a party to and bound by this Labor Agreement shall extend to all work
covered by said Labor Agreement undertaken by this company on the Emergency Storage
Project pursuant to Contract No. 592 and Shimmick Construction Co., Inc./Obayashi
Corporation, Joint Venture, shall require all its subcontractors, of whatever tier, to become
similarly bound for all their work within the scope of this Labor Agreement by signing an identical
Letter of Assent.

Respectfully Yours,

Brad Fales
Project Manager

Cc: Wade Griffis, SDCWA Project Manager

1 of 1

EXHIBIT 3

# APPENDIX E
# San Diego County Water Authority Emergency Storage Project – Project Labor Agreement

# Parsons

**Parsons Constructors Inc.**

Emergency Storage Project • 610 W. 5th Avenue • Escondido, California 92025 • (951) 551.5879 • Fax: (760) 480.9867

January 9th, 2009

Frederic R. Horowitz
PO Box 3613
Santa Monica, California 90408

RE:    San Diego County Water Authority – Emergency Storage Project
       <u>Project Labor Agreement – Replacement Arbitrator</u>

Mr. Horowitz:

Thank you for your recent acceptance to serve as an arbitrator under the San Diego County Water Authority Emergency Storage Project - Project Labor Agreement (ESP PLA). You will be added to the agreed upon list of current arbitrators and serve on a rotational basis under the terms of the ESP PLA <u>Article VIII Disputes and Grievances</u>. Those arbitrators will now be listed as follows: 1) Howard S. Block (2) Frederic R. Horowitz (3) Michael D. Rappaport and (4) Louis M. Zigman.

Decisions of the Arbitrator shall be final and binding on all parties, and the fees and expenses of such arbitrations shall be borne equally by the involved contractors and unions.

PCI is the Project Contractor on the ESP PLA and is recognized as a full participating party in any arbitration proceeding. PCI will handle the coordination and scheduling of all arbitrations. Copies of notifications, decisions, briefs or and administrative rulings made by arbitrators initiated under this Agreement must be sent to PCI. Further, please keep PCI up to date with any changes to your fee schedule.

If you have additional questions at any time, please do not hesitate to contact me.

Thank you for your cooperation and your willingness to serve on this important Project.

Sincerely,

Don Maurer
Principal Labor Relations Specialist
Parsons Constructors Inc. (PCI)

Cc:    Robert Homer – San Diego County Water Authority, Risk Manager
       Gary Dixon – PCI, Manager of Labor Relations
       Mark Ayers – Building and Construction Trades Dept., President
       Tom Lemmon – San Diego County Building Trades, Business Manager

C:sdcwa/pla/horowitz acceptance letter.com

THIS PAGE INTENTIONALLY LEFT BLANK

# SAN DIEGO COUNTY WATER AUTHORITY

# EMERGENCY STORAGE PROJECT

# PROJECT LABOR AGREEMENT

June 1, 1999

**INDEX**

PREAMBLE ................................................................................................. 1

ARTICLE I          PURPOSE ................................................................................2

ARTICLE II         SCOPE OF AGREEMENT ......................................................3

ARTICLE III        LABOR/MANAGEMENT COOPERATION
                   JOINT ADMINISTRATIVE COMMITTEE ..............................7

ARTICLE IV         UNION RECOGNITION AND EMPLOYMENT ....................8

ARTICLE V          UNION REPRESENTATION AND STEWARDS..................11

ARTICLE VI         MANAGEMENT'S RIGHTS................................................12

ARTICLE VII        WORK STOPPAGES AND LOCKOUTS .............................13

ARTICLE VIII       DISPUTES AND GRIEVANCES ..........................................16

ARTICLE IX         JURISDICTIONAL DISPUTES ...........................................18

ARTICLE X          WAGES AND BENEFITS ....................................................20

 ARTICLE XI        HOURS OF WORK, OVERTIME, SHIFTS AND HOLIDAYS..............22

ARTICLE XII        APPRENTICES ...................................................................25

ARTICLE XIII       SAFETY PROTECTION OF PERSON AND PROPERTY
                   JOINT LABOR/MANAGEMENT SAFETY COMMITTEE ..................25

ARTICLE XIV        NON-DISCRIMINATION .....................................................27

ARTICLE XV         TRAVEL AND SUBSISTENCE............................................28

ARTICLE XVI        WORKING CONDITIONS....................................................29

ARTICLE XVII       SAVINGS AND SEPARABILITY .........................................29

ARTICLE  XVIII     DURATION OF THE AGREEMENT ....................................30
APPENDIX A         PCI's Alcohol/Drug Free Work Place Policy
APPENDIX B         Owner Controlled Insurance Program (OCIP)
APPENDIX C         Letter of Assent

# SAN DIEGO COUNTY WATER AUTHORITY

## EMERGENCY STORAGE PROJECT

## PROJECT LABOR AGREEMENT

This Project Labor Agreement (hereinafter, the "Agreement") is entered into on June 1, 1999, by and between Parsons Constructors, Inc., its successors or assigns (hereinafter, "PCI" or "Project Contractor") and The Building and Construction Trades Department, AFL-CIO (hereinafter, "Department"), its affiliated National and International Unions who become signatory hereto, the Building and Construction Trades Council of California, the Building and Construction Trades Council of San Diego County and the affiliated Local Unions (hereinafter, collectively called the "Union(s)" or "Local Union(s)), with respect to the new construction work within the scope of this Agreement owned and contracted by the San Diego County Water Authority (hereinafter, "Water Authority" or the "Owner") for the construction of the Emergency Storage Project, in and around San Diego County, California, known as the "Project."

It is understood by the parties to this Agreement that if this Agreement is acceptable to Water Authority, it will become the policy of Water Authority that the construction work covered by this Agreement shall be contracted exclusively to Contractors who agree to execute and be bound by the terms of this Agreement. Therefore, the Unions agree that other Contractors may execute the Agreement for purposes of covering such work. PCI shall monitor and administer the compliance with this Agreement by all contractors, who through their execution of a Letter of Assent binding them to this Agreement, together with their subcontractors, shall have become bound hereto.

The Water Authority will implement this Agreement by including appropriate provisions in the bid documents, contract specifications and other contract documents for Qualifying Work. As a result, the successful prime contractor and the various subcontractors performing Qualifying Work will become parties to this Agreement. Therefore, this Agreement uses the term "Contractor" and specifies the rights and obligations of each such Contractor as if already parties to this Agreement. The term "Contractor" (or "Contractors") include all construction contractors and subcontractors of whatever tier engaged in Qualifying Work on the construction site within the scope of this Agreement, including PCI when it performs construction work within the scope of this Agreement. Where specific reference to Parsons Constructors, Inc. alone is intended, the term "PCI" is used. The phrase Prime Contractor is used from time to time to refer to the successful prime contractor to whom a contract for all or part of the Qualifying Work has been awarded.

The Unions, PCI and all signatory Contractors agree to abide by the terms and conditions contained in this Agreement. This Agreement represents the complete understanding of the parties, and no Contractor is or will be required to sign any other agreement with a signatory union as a condition of performing work within the scope of this Agreement. No

practice, understanding or agreement between a Contractor and a Union party which is not specifically set forth in this Agreement will be binding on any other party unless endorsed in writing by PCI.

      The Unions agree that this Agreement will be made available to, and will fully apply to, any successful bidder for Project work who becomes a signatory hereto, without regard to whether that successful bidder performs work at other sites on either a union or a non-union basis, and without regard to whether employees of such bidder are or are not members of any union.  This Agreement shall not apply to any contractor for work which is performed on any other project or at any location other than the project site as defined in this Agreement.

# ARTICLE I
## PURPOSE

      The Emergency Storage Project is a multi-year, seven hundred (700) million dollar undertaking of The Water Authority.

      The timely and successful completion of this Project is critical to the ability of the Water Authority to meet the emergency water storage needs of San Diego and to prevent economic disruption and personal suffering caused by limited water supplies.  The businesses and people of Southern California have endured extensive shortages of water in recent years and it is imperative that this Project be completed in a timely fashion, making effective use of the limited financial resources of the public in general, and the Water Authority in particular, in order to provide these services.  It is therefore essential that the construction work be done in an efficient, economical manner in order to secure optimum productivity and to avoid any delays in the Project.

      In recognition of the special needs of this Project and to maintain a spirit of harmony, labor-management peace and stability during the term of this Project Labor Agreement, the parties agree to establish effective and binding methods for the settlement of all labor misunderstandings, disputes or grievances which may arise; and in recognition of such methods and procedures, the Unions agree not to engage in any strikes, slow downs or interruption of work and the Contractor agrees not to engage in any lockout.  Further, the parties agree to cooperate throughout the term of this agreement to develop methods to reduce Water Authority construction and project administrative costs.

      The parties are committed to providing open access to bidding opportunities for all contractors and to assuring an adequate supply of craft workers possessing the requisite skills and training in order to provide the ratepayers a project of the highest quality.

# ARTICLE II
## SCOPE OF AGREEMENT

sdcwapla0.doc

This Agreement, hereinafter designated as the "Project Labor Agreement" or "Agreement" shall apply and is limited to all new construction as defined in Section 1 of this Article (the "Qualifying Work") performed by those contractors of whatever tier that are awarded contracts for such work, which may include PCI, on or after the effective date of this Agreement, with regard to the construction, reconstruction, rehabilitation, or any other construction necessary to the Emergency Storage Project, all of which are hereinafter referred to as the "Project" and specifically defined below.

**Section 1**.     The Project is specifically defined as and limited to:

The construction of the Olivenhain Dam, the works of improvement to increase the height of the San Vicente Dam, and the pipelines, pump stations and interconnects as set forth in the following components of the Emergency Storage Program.

- The roller-compacted concrete <u>Olivenhain Dam</u>, approximately 320 feet in height and 2,400 feet in width, at the head of a 200 acre reservoir capable of storing 24,300 acre feet of water. The establishment of an on-site quarry and operation of a dedicated rock crushing and screening plant for concrete aggregate.

- A roller-compacted overlay on the <u>San Vicente Dam</u> to increase the height of the dam by 54 vertical feet increasing the reservoir capacity from approximately 90,000 acre feet to 142,000 acre feet and associated work.

- Pipelines to connect the storage reservoirs to the Authority's aqueduct system, including,

  - The <u>Olivenhain Pipeline & Interconnect</u> involving a 78-inch diameter raw water pipeline and a 48-inch diameter treated water pipeline, each extending 2.5 miles from the Second Aqueduct to the Olivenhain Water Treatment Plant and a Second Aqueduct connection and isolation valve vault.

  - A 12-mile, 78-inch or larger diameter <u>San Vicente Pipeline and Aqueduct Interconnect</u> from the San Vicente Reservoir to the Second Aqueduct to be constructed either by trenching (cut and cover) or by use of tunneling technology, and associated interconnections.

  - A 1.4-mile, 54-inch diameter <u>Lake Hodges-to-Olivenhain Dam</u> tunnel pipeline.

- Pump stations and associated connections to pump water between the

reservoirs and the Authority's aqueducts, including:

- The 800 hp, 34 cfs <u>Olivenhain Pump Station</u> at the Olivenhain Dam.

- The 25,800 hp, 360 cfs <u>North City Pump Station</u>, (subject to ongoing study evaluating the possible elimination of this Pump Station and a corresponding increase in the size and capacity of the Olivenhain Pump Station).

- The 42,000 hp, 438 cfs <u>San Vicente Pump Station</u> at the San Vicente Dam.

- The 16,400 hp, 168 cfs <u>Lake Hodges Pump Station.</u>

- The 2,200hp, 67 cfs Pump Station at Pipeline 3.

- The 320 hp, 15 cfs Pump Station at Pipeline 4.

• 2.5 miles of 69KV overhead electrical power lines at the San Vicente Pump Station.

It is understood by the parties that the Owner may at any time and at its sole discretion determine to build segments of the Project under this Agreement not currently proposed, or to modify or not to build any one or more of the particular segments proposed to be covered. In the event that any component of the Emergency Storage Program is determined by the Board, in good faith after due diligence, to not have construction issues that demonstrably can be furthered by the required elements of a project labor agreement as set forth in Paragraph 1 of Authority Resolution 98-35 then that component may be excluded from the Project.

<u>**Section 2**</u>.    Items specifically excluded from the scope of this Agreement include the following:

(a) Work of non-manual employees, including but not limited to, superintendents, supervisors, staff engineers, inspectors, quality control and quality assurance personnel, timekeepers, mail carriers, clerks, office workers, including messengers, guards, safety personnel, emergency medical and first aid technicians, and other professional, engineering, administrative, community relations or public affairs, environmental compliance, supervisory and management employees.

(b) Equipment and machinery owned or controlled and operated by the Water Authority.

(c) All off-site manufacture and handling of materials, equipment, or machinery (except at dedicated lay-down or storage areas proximate or adjacent to the Project site).

(d) All employees of the Parsons/Harza design team or any other consultant of the Water Authority for specialty testing, architectural/engineering design and other professional services.

(e) Any work performed on or near or leading to or onto the site of work covered by this Agreement and undertaken by state, county, city or other governmental bodies, or their contractors; or by public utilities or their contractors; and/or by the Owner or its contractors (for work which is not part of the scope of this Agreement).

(f) Work by employees of a manufacturer or vendor necessary to maintain such manufacturer's or vendor's warranty or guarantee.

(g) Laboratory for specialty testing or inspections not ordinarily done by the signatory local unions.

(h) Non-construction support services contracted by the Owner or PCI in connection with this Project.

(i) All work by employees of the San Diego County Water Authority.

(j) Owner-financed construction work ancillary to the Project, but owned by others. When PCI is informed of such owner-financed construction work, it will notify the Building Trades Council as soon as possible thereafter, but not later than twenty-four (24) hours prior to the commencement of such work.

**Section 3**.     (a) The Owner, PCI, and/or Contractors, as appropriate, have the absolute right to award contracts or subcontracts on this Project notwithstanding the existence or non-existence of any collective bargaining agreements between the prospective Contractor and any Union party, provided only that such Contractor is willing, ready and able to comply with this Project Labor Agreement and execute a Letter of Assent (in the form attached as Appendix C), should such Contractor be awarded work covered by this Agreement.

(b) It is agreed that all subcontractors of a Contractor, of whatever tier, who have been awarded contracts of work covered by this Agreement on or after the effective date of this Agreement shall be required to accept and to be bound by the terms and conditions of this Project Labor Agreement, and shall evidence their acceptance by the execution of a Letter of Assent provided to the Contractor by PCI, prior to the commencement of work. A copy of the Letter of Assent

sdcwapla0.doc

executed by the Contractor shall be made available to the Union(s) prior to the dispatch of employees to the job site.

**Section 4**.    (a)  The provisions of this Project Labor Agreement (including the Schedule A's, which are the local Collective Bargaining Agreements between bona fide contractor groups or representatives and the signatory Unions having covered work that corresponds to Qualifying Work on the Project) shall apply to the work covered by this Agreement, notwithstanding the provisions of any other local, area and/or National Agreements which may conflict with or differ from the terms of this Agreement.  PCI and each local union shall agree upon the local collective bargaining agreement to be designated as the applicable Schedule A for work covered by this Agreement.  Where a subject covered by the provisions of this Agreement is also covered by a Schedule A, the provisions of this Agreement shall prevail.  Where a subject is covered by the provisions of a Schedule A and is not covered by this Agreement, the provisions of the Schedule A shall prevail.

(b)  Any dispute as to the applicable source between this Agreement and any Schedule A for determining the wages, hours and working conditions of employees on the Project shall be resolved by Howard S. Block, ESQ., under the procedures established in Article VIII.  It is understood that this Agreement, together with the referenced Schedule A's, constitutes a self-contained, stand-alone agreement and that, by virtue of having become bound to this Project Labor Agreement, the Contractor will not be obligated to sign any other local, area or national agreement as a condition of performing work within the scope of this Agreement.

**Section 5**.    This Agreement shall only be binding upon the signatory parties hereto and shall not apply to the parents, affiliates, subsidiaries, or other ventures of any such party.

**Section 6**.    This Agreement shall be limited to the new construction work within the scope of this Agreement, as set forth in Section 1 of this Article, for which bids have been received on and after the effective date of this Agreement, including, specifically, site preparation and related demolition work, and utilities and modifications or rehabilitation of existing facilities.  Nothing contained herein shall be construed to prohibit, restrict, or interfere with the performance of any other operation, work or function awarded to any contractor before the effective date of this Agreement or which may be performed or contracted by the Owner for its own account on the property or in and around the construction site.

**Section 7**.    It is understood that the liability of the Contractor and the liability of the separate Unions under this Agreement shall be several and not joint.  The Unions agree that this Agreement does not have the effect of creating any joint employment status between or among the Owner or PCI and/or any Contractor.

**Section 8**.    None of the provisions of this Agreement shall be construed to prohibit or restrict The Water Authority or its employees from performing work not covered by this Agreement on or around the construction site.  As areas of covered work are accepted by the Owner, the Agreement shall have no further force or effect on such items or areas except where the Contractor is directed by the Owner to engage in repairs or punch list modifications.

**Section 9**.    It is understood that the Owner, at its sole option, may terminate, delay and/or suspend any and all portions of the covered work at any time.

**ARTICLE III**
**LABOR/MANAGEMENT COOPERATION**
**JOINT ADMINISTRATIVE COMMITTEE**

**Section 1**.    The parties to this Agreement will form a Project Labor Agreement Joint Administrative Committee consisting of Union and Contractor representatives selected by the Unions and PCI.  The Committee shall be jointly chaired by a representative of PCI and a representative of the Unions appointed by the Building and Construction Trades Department.  The purpose of the Committee shall be  to promote harmonious and stable labor/management relations on this Project, to insure effective and constructive communications between the labor and management parties, and to advance the proficiency of the workmen in the industry.

**Section 2**.    The Committee shall meet on a monthly basis or at the call of the Joint Chairs to discuss the administration of the Agreement, the progress of the Project, labor/management problems that may arise, and any other matters consistent with this Agreement.  PCI shall be responsible for the scheduling of the meetings, the preparation of the agenda topics for the meeting with input from the Unions and Contractors.  Notice of the date, time, place of the meetings shall be given to the Committee members at least three (3) days prior to the meeting.

**Section 3**    (a)  The Parties to this Agreement shall establish a standing Subcommittee on Emerging Business Enterprises and Local Hiring to this Joint Administrative Committee which shall be comprised of representatives of the Unions, PCI, Contractors, Community-based organizations and the Authority.  The Subcommittee's purpose shall be to promote and support on an ongoing basis the utilization on this Project, to the maximum extent possible, of Emerging Business Enterprise ("EBE") firms and the training, placement and retention of local area residents, especially applicants from groups that have been historically disadvantaged in construction industry employment opportunities.

(b)  The Subcommittee shall meet on a regularly scheduled monthly basis or at

sdcwapla0.doc                                                      - 7 -

the call of PCI to discuss business, training and job opportunities.  PCI shall be responsible for the scheduling of the meetings and the preparation of the agenda topics with input from the other Subcommittee members.  The Contractors shall be prepared to report on monthly progress and to provide ongoing workforce projections for their work.  Timely notice of the location and time of the meetings shall be given to all Subcommittee members.

## ARTICLE IV
## UNION RECOGNITION AND EMPLOYMENT

**Section 1**.    The Contractor recognizes the Unions as the sole and exclusive bargaining representatives of all craft employees within their respective jurisdictions working on the Project within the scope of this Agreement.

**Section 2**.    The Contractor shall have the right to determine the competency of all employees, the number of employees required and shall have the sole responsibility for selecting employees to be laid off, consistent with Article V, Section 3 below.

**Section 3**.    For Local Unions now having a job referral system as contained in Schedule A, the Contractor agrees to comply with such system and it shall be used exclusively by such Contractor, except as it may be modified by this Article.  Such job referral system will be operated in a non-discriminatory manner and in full compliance with federal, state, and local laws and regulations which require equal employment opportunities and non-discrimination, and referrals shall not be affected by obligations of union membership or the lack thereof.  All of the foregoing hiring procedures, including related practices affecting apprenticeship and training, will be operated so as to facilitate the ability of the contractors to meet any and all equal employment opportunity/affirmative action obligations. The Contractor may reject any referral for any reason, provided the Contractor complies with Article XI, Section 6(a).

**Section 4**.    In the event that Local Unions are unable to fill any request for employees within forty-eight (48) hours after such request is made by the Contractor (Saturdays, Sundays, and holidays excepted), the Contractor may employ applicants from any other available source.  The Contractor shall inform the Union of the name and social security number of any applicants hired from other sources and shall refer the applicant to the Local Union for dispatch to the Project.

**Section 5**.    The Local Unions shall not knowingly refer an employee currently employed by any Contractor working under this Agreement to any other Contractor.

**Section 6**.    The Local Unions will exert their utmost efforts to recruit and refer sufficient numbers of skilled craft workers to fulfill the manpower requirements of the

Contractor, including calls to local unions in other areas when its referral lists have been exhausted and including specific employment obligations to which the Contractor may be legally obligated. The parties to this Agreement support the development of increased numbers of skilled construction workers from the residents of the area of the Project to meet the needs of this Project and the requirements of the industry generally. Toward that end, the Unions agree to encourage the referral and utilization, to the extent permitted by law and the hiring hall procedures, of qualified residents as journeymen, apprentices and trainees on this Project and entrance into such apprenticeship and training programs as may be operated by the signatory Local Unions.

**Section 7**. In the event that a signatory Local Union does not have a job referral system as set forth in Section 3 above, the Contractor shall give the Union equal opportunity to refer applicants. The Contractor shall notify the Union of employees hired from any source other than referral by the Union.

**Section 8.** The Unions will cooperate with the Contractors and with PCI in outreach activities to recruit and refer local resident applicants to apprenticeship programs or positions for which they are qualified or qualifiable. Working with the Subcommittee on Emerging Business Enterprises and Local Hiring, the Unions will, after their out-of-work lists are exhausted, use Community-based organizations or State-approved apprenticeship or training programs as a "First Source" for hiring qualified or qualifiable local residents, especially applicants from groups that have been historically disadvantaged in construction industry employment opportunities, before recruiting from other union locals.

**Section 9.** No employee covered by this Agreement shall be required to join any Union as a condition of being employed on the Project; provided, however, that an employee who is a member of the referring union at the time of the referral shall maintain that membership while employed under the Agreement. All employees shall, however, be required to comply with the union security provision of the applicable Schedule A for the period during which they are performing on-site Project work to the extent, as allowed by law, of rendering payment of the applicable monthly dues and fees uniformly required for union membership in the local union which is signatory to this Agreement. The Contractor agrees to deduct union dues from the pay of any employee who executes a voluntary authorization for such deductions and to remit the dues to the Union at the same time that trust fund contributions are required to be remitted to the administrators of the appropriate trust funds on behalf of the employee.

**Section 10.** The parties recognize the Owner's interest in providing opportunities to participate on the Project to emerging business enterprises as well as other enterprises which may not have previously had a relationship with the Unions signatory to this Agreement. To ensure that such enterprises will have an

sdcwapla0.doc

- 9 -

opportunity to employ their "core" employees on this Project, the parties agree that in those situations where a Contractor not a party to the current collective bargaining agreement with the signatory Union having jurisdiction over the affected work is a successful bidder, the Contractor may request by name, and the local will honor, referral of persons who have applied to the local union for Project work and who demonstrate the following qualifications:

      (1)  possess any license required by state or federal law for the Project work to be performed;

      (2)  have worked a total of at least one thousand (1,000) hours in the construction craft during the prior three (3) years;

      (3)  were on the Contractor's active payroll for at least sixty (60) out of the one hundred eighty (180) calendar days prior to the contract award;

      (4)  have the ability to perform safely the basic functions of the applicable trade.

The Union will refer to such Contractor one journeyman employee from the hiring hall out-of-work list for the affected trade or craft, and will then refer one of such Contractor's "core" employees as a journeyman and shall repeat the process, one and one, until such Contractor's crew requirements are met or until such Contractor has hired ten (10) "core" employees, whichever occurs first. Thereafter, all additional employees in the affected trade or craft shall be hired exclusively from the hiring hall out-of-work list(s). For the duration of the Contractor's work the ratio shall be maintained and when the Contractor's workforce is reduced, employees shall be reduced in the same ratio of core employees to hiring hall referrals as was applied in the initial hiring.

**Section 11**.    Except as provided in Article V, Section 3, individual seniority will not be recognized or applied to employees working on the Project.

**Section 12**.    The selection of craft foremen and/or general foremen and the number of foremen required shall be entirely the responsibility of the Contractor, except that no craft foreman shall be required to supervise more than ten (10) craft employees. Craft Foremen shall be designated Working Foremen at the request of the Contractor. Craft workers covered by this Agreement will, in the normal day-to-day operations, take their direction and supervision from their foreman.

**Section 13**    To assist the Union parties in the administration of the Agreement, the Contractor shall deduct in each pay period from the wages of each employee who voluntarily authorizes it in writing pursuant to a lawful wage assignment authorization, five cents ($.05) per hour for each hour worked or paid and shall remit each month

one cent ($.01) per hour so deducted to the Building and Construction Trades Council of California and the remaining four cents ($.04) per hour so deducted to the San Diego County Building and Construction Trades Council.

## ARTICLE V
## UNION REPRESENTATION AND STEWARDS

**Section 1**.        Authorized representatives of the Union shall have access to the Project, provided that such representatives fully comply with posted visitor, security and safety rules and the environmental compliance requirements of the Project. It is understood that because of the geographical scope of the Project, and the type of work being undertaken on the Project site, visitors may be limited to certain times, or areas, or to being accompanied at all times while on the Project site; with this in mind, however, the Contractor recognizes the right of access set forth in this Section and such access will not be unreasonably withheld from an authorized representative of the Union.

**Section 2**.        (a) Each signatory Local Union shall have the right to designate a working journeyman as a steward for each shift, and shall notify the Contractor in writing of the identity of the designated steward or stewards prior to the assumption of such person's duties as steward. Such designated steward or stewards shall not exercise any supervisory functions. There will be no non-working stewards. Stewards will receive the regular rate of pay for their respective crafts.

(b) In addition to his work as an employee, the steward shall have the right to receive, but not solicit, complaints or grievances and to discuss and assist in the adjustment of the same with the employee's appropriate supervisor. Each steward shall be concerned with the employees of the steward's Contractor and if applicable, subcontractors, and not with the employees of any other Contractor. The Contractor will not discriminate against the steward in the proper performance of his union duties.

(c) When a Contractor has multiple, non-contiguous work locations on the site, the Contractor may request, and the Union shall appoint additional working stewards to provide independent coverage of one or more such locations. In such cases a steward may not service more than one work location without the approval of the Contractor and the Union.

(d) The stewards shall not have the right to determine when overtime shall be worked or who shall work overtime.

**Section 3**.        The Contractor agrees to notify the appropriate Union twenty-four (24) hours prior to the layoff of a steward, except in the case of disciplinary discharge for

sdcwapla0.doc

just cause.  If a steward is protected against such layoff by the provisions of any Schedule A, such provisions shall be recognized to the extent that the steward possesses the necessary qualifications to perform the work remaining.  In any case in which a steward is discharged or disciplined for just cause, the appropriate Union shall be notified immediately by the Contractor.

**Section 4**.   Personnel of the Water Authority will be working in close proximity to the construction activities.  The Union agrees that the Union representatives, stewards and individual workers will not interfere with the Water Authority personnel, or with personnel employed by any other employer not a party to this Agreement.

## ARTICLE VI
## MANAGEMENT'S RIGHTS

**Section 1**.   The Contractor retains the full and exclusive authority for the management of its operations.  Except as expressly limited by other provisions of this Agreement, the Contractor retains the right to direct the workforce, including the hiring, promotion, transfer, layoff, discipline or discharge for just cause of its employees; the selection of foremen; the assignment and schedule of work; the promulgation of reasonable work rules; and, the requirement of overtime work, the determination of when it will be worked and the number and identity of employees engaged in such work.  No rules, customs, or practices which limit or restrict productivity, efficiency or the individual and/or joint working efforts of employees shall be permitted or observed.  The Contractor may utilize any methods or techniques of construction.

**Section 2**.   There shall be no limitation or restriction by a signatory Union upon a Contractor's choice of materials or design, nor, upon the full use and utilization of equipment, machinery, packaging, pre-cast, pre-fabricated, pre-finished, or pre-assembled materials, tools, or other labor saving devices.  The on-site installation or application of all items shall be performed by the craft having jurisdiction over such work; provided, however, it is recognized that installation of specialty items which may be furnished by the Owner may be performed by employees employed under this Agreement who may be directed by other personnel in a supervisory role, or, in limited circumstances requiring special knowledge of the particular item(s), may be performed by employees of the vendor or other companies where necessary to protect a manufacturer's warranty or where the employees working under this Agreement lack the required skills to perform the work.

**Section 3**.   The use of new technology, equipment, machinery, tools and/or labor saving devices and methods of performing work may be initiated by the Contractor from time-to-time during the Project.  The Union agrees that it will not in any way restrict the implementation of such new devices or work methods.  If there is any disagreement between the Contractor and the Union concerning the manner or

implementation of such device or method of work, the implementation shall proceed as directed by the Contractor, and the Union shall have the right to grieve and/or arbitrate the dispute as set forth in Article VIII of this Agreement.

## ARTICLE VII
## WORK STOPPAGES AND LOCKOUTS

**Section 1**.    There shall be no strikes, sympathy strikes, picketing, work stoppages, slowdowns or other disruptive activity for any reason (including disputes relating to the negotiation or renegotiation of the local collective bargaining agreements which serve as the basis for the Schedule A's or disputes directed at nonconstruction services companies at the Project site) by the Union(s) or employees at or affecting the Project site or against any Contractor covered under this Agreement and there shall be no lockout by the Contractor.  Failure of any Union or employee to cross any picket line established by any Union, signatory or non-signatory to the Agreement, or by any other organization or individual at or in proximity to the Project construction site is a violation of this Article.

**Section 2**.    The Contractor may discharge any employee violating Section 1, above, and any such employee will not be eligible for rehire under this Agreement for a period of 120 days.  The Union shall take all steps necessary to obtain immediate compliance with this Article but shall not be held liable for conduct for which it is not responsible.

**Section 3**.    (a)  If the Contractor contends that any Union has violated this Article, Article IX, Section 4 or Article XVIII, Section 3, it will notify in writing the International President(s) of the Union(s) involved, advising him of the fact, with copies of such notice to the Local Union(s) involved,  to the Building Trades Council and to the Building and Construction Trades Department.  The International President or Presidents will immediately instruct, order and use the best efforts of his office to cause the Local Union(s) to cease any violation of this Article.  An International Union complying with this obligation shall not be liable for unauthorized acts of its Local Union.

(b)  If the Union contends that any Contractor has violated this Article, it will notify the Contractor and PCI setting forth the facts which the Union contends violate the Agreement, at least twenty-four (24) hours prior to invoking the procedures of Section 5.  It is agreed by the parties that the term "lockout" for purposes of this Agreement does not include discharge, termination or layoff of employees by the Contractor, nor does it include the Contractor's decision to terminate or suspend work on the Project or any portion thereof for any reason, provided the Union is given thirty (30) days' notice.  This provision will not affect the Contractor's right to suspend or terminate work on any portion of the

Project for operational or special circumstances.

**Section 4**.    There shall be no strikes, picketing, work stoppages, slowdowns or other disruptive activity affecting the project site during the term of this Agreement. Any Union or Local Union which initiates or participates in a work stoppage in violation of this Article, or which recognizes or supports the work stoppage of another Union or Local Union which is in violation of this Article, agrees as a remedy for said violation, to pay liquidated damages in accordance with Section 5(h).

**Section 5**.    Any party, including the Owner, whom the parties agree is a party in interest for purposes of this Article, or PCI, may institute the following procedure, in lieu of or in addition to any other contractual procedure or any action at law or equity, when a breach of Section 1, above, Section 4 of Article IX, or Section 3 of Article XVIII is alleged:

(a)  A party invoking this procedure shall notify John Kagel, ESQ., whom the parties agree shall be the permanent arbitrator under this procedure.  In the event that the permanent arbitrator is unavailable at any time, he/she shall appoint an alternate.  Invocation of this procedure and notification of the arbitrator on behalf of Contractor parties shall be made by PCI.   Notice to the arbitrator shall be by the most expeditious means available, with notices to the party alleged to be in violation and to the Council if it is a Union alleged to be in violation.  For purposes of this Article, written notice may be given by telegram, facsimile, hand delivery or overnight mail but will be deemed effective upon receipt.

(b)  Upon receipt of said notice, the arbitrator named above or his/her alternate shall sit and hold a hearing within twenty-four (24) hours if it is contended that the violation still exists, but not sooner than twenty-four (24) hours after the notice to the International President(s) required by Section 3, above.

(c)  The arbitrator shall notify the parties of the place and time chosen for the hearing.  Said hearing shall be completed in one session, which, with appropriate recesses at the arbitrator's discretion, shall not exceed twenty-four (24) hours unless otherwise agreed upon by all parties.  A failure of any party or parties to attend said hearings shall not delay the hearing of evidence or the issuance of any award by the arbitrator.

(d)  The sole issue at the hearing shall be whether or not a violation of Section 1, above, Section 4 of Article IX, or Section 3 of Article XVIII, has in fact occurred. The arbitrator shall have no authority to consider any matter in justification, explanation or mitigation of such violation or, except as expressly provided by Section 5(h) of this Article, to award damages, which issue is reserved for court proceedings, if any.  The award shall be issued in writing within three (3) hours

after the close of the hearing, and may be issued without an opinion.  If any party desires an opinion, one shall be issued within fifteen (15) days, but its issuance shall not delay compliance with, or enforcement of, the Award.  The arbitrator may order cessation of the violation of the Article and other appropriate relief, and such Award shall be served on all parties by hand or registered mail upon issuance.

(e)  Such award shall be final and binding on all parties and may be enforced by any court of competent jurisdiction upon the filing of this Agreement and all other relevant documents referred to hereinabove in the following manner.  Written notice of the filing of such enforcement proceedings shall be given to the other party.  In the proceeding to obtain a temporary order enforcing the arbitrator's Award as issued under Section 5(d) of this Article, all parties waive the right to a hearing and agree that such proceedings may be ex parte.  Such agreement does not waive any party's right to participate in a hearing for a final order of enforcement.  The court's order or orders enforcing the arbitrator's award shall be served on all parties by hand or by delivery to their last known address by registered mail.

(f)  Any rights created by statute or law governing arbitration proceedings inconsistent with the above procedure or which interfere with compliance hereto are hereby waived by the parties to whom they accrue.

(g)  The fees and expenses of the arbitrator shall be equally divided between the moving party or parties and the party or parties respondent.

(h)  If the Arbitrator determines that a violation of Section 1, above, Section 4 of Article IX, or Section 3 of Article XVIII, has occurred in accordance with Section 5(d) above, the Union(s) shall, within eight (8) hours of receipt of the Award, direct all of the employees they represent on the Project to immediately return to work.  If the trade involved does not return to work by the beginning of the next regularly scheduled shift following receipt of the Arbitrator's Award, and the Union(s) has not complied with Section 2 of this Article, then the Union(s) shall pay the sum of ten thousand dollars ($10,000.00) as liquidated damages to the Owner, and shall pay an additional ten thousand dollars ($10,000.00) per shift for each shift thereafter on which the trade has not returned to work.  If the Arbitrator determines that a lockout has occurred in violation of Section 1, he shall be empowered to award backpay to the employees who were locked out.  The Arbitrator shall retain jurisdiction to determine compliance with this section and Section 2 of this Article.

**Section 6**.     Procedures contained in Article VIII shall not be applicable to any alleged violation of this Article, with the single exception that any employee discharged for violation of Section 1, above, may resort to the procedures of Article VIII to determine only if he was, in fact, engaged in that violation.

**Section 7**.     PCI is a party in interest in all proceedings arising under this Article and Articles VIII and IX and shall be sent contemporaneous copies of all notifications required under these articles, and, at its option, may initiate or participate as a full party in any proceeding initiated under these articles.

**ARTICLE VIII**
**DISPUTES AND GRIEVANCES**

**Section 1.**     (a)  This Agreement is intended to provide close cooperation between management and labor.  PCI and the San Diego County Building and Construction Trades Council, AFL-CIO, shall each assign a representative to this Project for the purpose of assisting the Department, the International and Local Unions, together with the Contractor, to complete the construction of the Project economically, efficiently, continuously and without interruption, delays or work stoppages.

(b)  PCI, Contractors, Unions, and employees collectively and individually, realize the importance to all parties of assuring continuous and uninterrupted performance of the work on the Project, and agree to resolve disputes in accordance with the arbitration provisions set forth in this Article.

(c)  PCI shall administer the processing of the grievance, including the scheduling and arrangement of facilities for meetings at Step 2 and above, the selection of the arbitrator to hear the case and any other administrative matters necessary to facilitate the timely disposition of the case.

**Section 2**.     Any question arising out of and during the term of this Agreement involving its interpretation and application (other than trade jurisdictional disputes or alleged violations of Article VII, Section 1, or Article IX, Section 4) shall be considered a grievance and subject to resolution under the following procedures.

Step 1.  (a).  When any employee subject to the provisions of this Agreement feels he is aggrieved by a violation of this Agreement, he shall, if he intends to grieve his complaint, give notice of his grievance through his Local Union business representative or job steward to the work site representative of the involved Contractor.  Such notice, to be timely, shall be given within five (5) working days after the occurrence of the alleged violation, stating the provision(s) alleged to have been violated.  The business representative of the Local Union or the job steward and the work site representative of the involved Contractor shall meet and endeavor to adjust the matter within three (3) working days after timely notice has been given.  If they fail to resolve the matter within the prescribed period, the grieving party may, within forty-eight (48) hours thereafter, pursue Step 2 of the grievance procedure provided the grievance is reduced to writing, setting forth the

sdcwapla0.doc                                      - 16 -

relevant information concerning the alleged grievance, including a short description thereof, the date on which the grievance occurred, and the provision(s) of the Agreement alleged to have been violated. Grievances and disputes settled at Step 1 shall be non-precedental, except as to the parties directly involved, unless endorsed in writing by PCI within five (5) days after resolution has been reached.

(b) Should the Local Union(s) or PCI or any other Contractor have a dispute with the other party and, if after conferring within ten (10) working days after the disputing party knew or should have known of the facts or occurrence giving rise to the dispute, a settlement is not reached within three (3) working days, the dispute shall be reduced to writing and proceed to Step 2 as outlined herein for the adjustment of an employee complaint.

Step 2. The Business Manager of the involved Local Union or his designee, together with the International Union representative or his designee of that Union, the site representative of the involved Contractor, and the labor relations representative of PCI shall meet within seven (7) working days of the referral of the dispute to this second step to arrive at a satisfactory settlement thereof. If the parties fail to reach an agreement, the dispute may be appealed in writing in accordance with the provisions of Step 3 within seven (7) calendar days after the initial meeting at Step 2.

Step 3. (a) If the grievance shall have been submitted but not resolved under Step 2, either party may request in writing within seven (7) calendar days after the initial Step 2 meeting, that the grievance be submitted to an arbitrator designated from a permanent panel of five (5) arbitrators (R. Wayne Estes, ESQ., Howard S. Block, ESQ., Michael D. Rappaport, ESQ., Tom Roberts, ESQ., and Louis M. Zigman, ESQ.) to this Agreement. Designation of the arbitrator from the panel to hear any grievance shall be by rotation among the panel members and shall be made jointly by PCI and the President of the Building Trades Council on behalf of the parties. If the panel has not been agreed upon by the parties, arbitrator selection shall be made pursuant to the rules of the American Arbitration Association, which shall also govern the conduct of the arbitration hearing. The decision of the arbitrator shall be final and binding on all parties and the fee and expenses of such arbitration shall be borne equally by the involved Contractor and the involved Union(s).

(b) Failure of the grieving party to adhere to the time limits established herein shall render the grievance null and void. The time limits established herein may be extended by verbal or written consent of the parties involved at the particular step where the extension is agreed upon. A verbal consent shall be confirmed in writing by the party to whom it accrues. The arbitrator shall have the authority to make decisions only on issues presented and shall not have the authority to

change, amend, add to or detract from any of the provisions of this Agreement.

**Section 3**.    No adjustment or decision may provide retroactivity exceeding sixty (60) days prior to the date of the filing of a written grievance.

**Section 4**.    PCI shall be notified by the involved Contractor of all actions at Steps 2 and 3 and shall, upon its request, be permitted to participate fully in all proceedings at these steps.

**ARTICLE IX**
**JURISDICTIONAL DISPUTES**

**Section 1**.    Work shall be assigned by the Contractor based upon the appropriate agreements of record, decisions of record, previously provided local written agreements between and/or among the Unions, and custom and practice in the industry. Such assignments shall be disclosed by the Contractor at a pre-job conference held in accordance with industry practice, which pre-job conference will include a representative of PCI. Traditional building and construction work shall be assigned pursuant to the building and construction Schedule A's. Work that is not traditional building and construction work will be assigned in accordance with the appropriate Schedule A's for the particular segment of the industry which is involved.

**Section 2**.    Any jurisdictional dispute over the Contractor's assignment of work shall be settled in accordance with one of the following procedures:

(a) Where the work in dispute involves traditional building and construction work, the parties agree that the dispute will be settled in accordance with the procedural rules and regulations of the Plan for the Settlement of Jurisdictional Disputes in the Construction Industry, effective June 1, 1984, or any successor plan (the "Plan").

(b)(1) Where the work in dispute is not traditional building and construction work, or is claimed by any of the parties to the dispute not to be traditional building and construction work, and a difference exists among the parties as to the appropriate procedure with jurisdiction to resolve the dispute, the dispute will be settled in accordance with the following procedure. If the dispute is not resolved among the parties within seven (7) days, the dispute shall be referred, within five (5) days thereafter, by any one of the Unions or the involved Contractor to the International Unions with which the disputing Unions are affiliated. The International Unions and the involved Contractor shall meet promptly to resolve the dispute. Any resolution shall be reduced to writing and signed by representatives of the involved Contractor and the International Unions.

(b)(2)  In the event that the respective International Unions of the disputing Local Unions and the involved Contractor are unable to resolve the dispute within fifteen (15) days from the date of referral, the dispute shall be referred by any of the interested parties to Dr. John T. Dunlop, who the parties agree shall be the permanent Arbitrator under this Article to hear and decide issues arising from the work assignment which is the basis of the dispute.  The parties agree that the Arbitrator shall, within twenty (20) days of such referral, conduct a hearing and render a determination of the dispute.

(b)(3)  In such hearing, the Arbitrator shall first determine whether the work is traditional building and construction work.  If he determines that the work is traditional building and construction work, it shall be referred to the Plan for resolution.  If he determines that the work is not traditional building and construction work, he shall proceed to determine the dispute on the merits.

(c)  Any award or resolution made pursuant to this procedure, shall be final and binding on the disputing Unions and the involved Contractor under this Agreement only, and may be enforced in any court of competent jurisdiction in accordance with the Plan.  Such award or resolution shall not establish a precedent on any construction work not covered by this Agreement.  In all disputes under this Article, PCI shall be considered a party in interest, with a full right of participation.

**Section 3**.　　　In making any determination hereunder, there shall be no authority to assign work to a double crew, that is, to more employees than the minimum required to perform the work involved; nor to assign the work to employees who are not qualified to perform the work involved.  This does not prohibit the establishment, with the agreement of the involved Contractor, of composite crews where more than one (1) employee is needed for the job.  The aforesaid determination shall decide only to whom the disputed work belongs.

**Section 4**.　　　There will be no strikes, work stoppages, slow downs, or other disruptive activity arising out of any jurisdictional dispute.  Pending the resolution of the dispute, the work shall proceed as assigned by the Contractor.  The award or resolution shall be confirmed in writing to the involved parties.  There shall be no strike, work stoppage or interruption in protest of any such award or any resolution.

## ARTICLE X
## WAGES AND BENEFITS

**Section 1**.　　　All employees covered by this Agreement shall be classified in accordance with

work performed and paid the hourly wage rates for those classifications in compliance with the applicable prevailing rate determination. If a wage increase negotiated in a local agreement becomes the prevailing wage under state law, the Contractor will pay that rate retroactive to the effective date of the locally negotiated wage increase. If the prevailing wage laws are repealed during the term of this Agreement, the Contractor shall pay the wage rates established under the Schedule A's, except as otherwise provided in this Agreement.

**Section 2**.      All employees covered by this Agreement may be paid by check and shall be paid no later than the end of the work shift Friday. No more than five (5) days wages may be withheld. Any employee who is discharged or laid off shall be entitled to receive all accrued wages immediately upon discharge or layoff. Notification of layoff shall be at the Contractor's discretion but shall not be given later than the end of the work shift on the date the layoff is to be effective. Such notification may be verbal.

**Section 3**.      The Contractor will pay contributions to the established employee benefits funds in the amounts designated in the appropriate prevailing wage determination for fringe benefit contributions and will make all employee-authorized deductions in the amounts designated ; provided, however, that the Contractor and the Union agree that only such bona fide employee benefits as accrue to the direct benefit of the employees (such as pension and annuity, health and welfare, vacation, apprenticeship, training funds, etc.) shall be included in this requirement and be paid by the Contractor on this Project. Bona fide jointly-Trusteed benefit plans or authorized employee deduction programs established or negotiated under the applicable Schedule A or by the parties to this Agreement during the life of this Agreement may be added, subject to the limitations upon such negotiated changes contained in Article XVIII, Section 2 of this Agreement. Such contributions shall be made in compliance with the applicable prevailing wage determination and shall be due and payable on the due date contained in the applicable Schedule A.

The Contractor adopts and agrees to be bound by the written terms of the legally established trust agreements specifying the detailed basis on which payments are to be made into, and benefits paid out of, such Trust Funds. The Contractor authorizes the parties to such Trust Funds to appoint Trustees and successor Trustees to administer the Trust Funds and hereby ratifies and accepts the Trustees so appointed as if made by the Contractor.

**Section 4.**      Contractors of whatever tier shall make regular and timely contributions required by Section 3 of this Article in amounts required by this Agreement and on the time schedule set forth in the appropriate Schedule A. Delinquency in remission of contributions is a breach of this Agreement. If a Contractor or subcontractor is delinquent in any such contributions, the Union or the Trust Fund shall provide timely notification to PCI after efforts by the Fund to resolve the delinquency

have been exhausted, and provide documentary evidence of the delinquency endorsed by the Fund.  Upon such notification, PCI will attempt to resolve the delinquency among the Contractor or subcontractor, the Union and the Fund.

If the delinquency is not resolved within ten (10) days thereafter, the Contractor, in the case of a delinquent subcontractor, shall withhold an amount to cover the delinquency from any funds otherwise due and owing to the subcontractor and shall not release such withholding until the subcontractor is in compliance, provided, however, that if the delinquent amount is undisputed in whole or in part between the Fund and the delinquent subcontractor, the Contractor shall issue a joint check payable to the Fund and the subcontractor in the amount of the undisputed delinquency within thirty (30) days.  In the case of a delinquent Prime Contractor, PCI shall notify the Water Authority of the delinquency and request the Water Authority to withhold, in an appropriate amount, any funds due and owing to the Contractor.  Pursuant to the announced commitment of the Water Authority, the Contractor shall be subject to withholding of retained amounts which may only be released upon the Contractor's resolution of the delinquency as evidenced by a written statement endorsed by the Fund.  Where there is no dispute as to the amount of the delinquency, retained amounts may be released by a joint check payable to the Contractor and the Fund in the amount of any undisputed delinquency within thirty (30) days.

### ARTICLE XI
### HOURS OF WORK, OVERTIME, SHIFTS AND HOLIDAYS

**Section 1**.     <u>Work Day and Work Week</u>.  Eight (8) hours per day between the hours of 6:00 A.M. and 5:30 P.M., plus one-half (½) hour unpaid for lunch, approximately mid-way through the shift, shall constitute the standard work day.  Forty (40) hours per week shall constitute a regular week's work.  The work week will start on Monday and conclude on Sunday.  A uniform starting time will be established for all crafts on each project or segment of the work.  Nothing herein shall be construed as guaranteeing any employee eight (8) hours per day or forty (40) hours per week.  The Union(s) shall be informed of the work  starting time set by the Contractor at the pre-job conference which may be changed thereafter upon three (3) days' notice to the Union(s) and the workers.

The hours of work per work week day, including start times and end times, shall not apply with respect to work for which special hours of work have been established in contract specifications or otherwise by the Owner because of either (1) special construction requirements necessary to comply with regulations of state agencies having regulatory jurisdiction or permit authority over the Qualifying Work, or (2) mitigation measures specified in the final environmental impact report for the Qualifying Work.

**Section 2**. <u>Starting Times</u>. Employees shall be at their place of work at the starting time and shall remain at their place of work (as designated by the Contractor) performing their assigned functions until quitting time, which is defined as fifteen (15) minutes before the scheduled end of the shift. This fifteen (15) minutes shall be used for pickup, clean up and travel. The place of work shall be defined as the gang or tool box, or equipment at the employee's assigned work location or the place where the foreman gives instructions; provided, however, that for tunnel work, the place of work shall be the portal, and pay shall be on a portal-to-portal basis. The parties reaffirm their policy of a fair day's work for a fair day's wage. There shall be no pay for time not worked unless the employee is otherwise engaged at the direction of the Contractor.

**Section 3**. <u>Overtime</u>. Overtime shall be paid in accordance with the requirements of the applicable General Prevailing Wage Determination. There will be no restriction on the Contractor's scheduling of overtime or the non-discriminatory designation of employees who will work the available overtime. Steward overtime shall be as provided in the applicable Schedule A, provided the steward is qualified to perform the work available. There shall be no pyramiding of overtime pay under any circumstances.

**Section 4**. (a) <u>Shifts</u>. Shift work may be performed at the option of the Contractor(s) upon three (3) days' prior notice to the Union, unless a shorter notice period is provided in the applicable Schedule A, and shall continue for a period of not less than five (5) working days. Saturdays and Sundays, if worked, may be used for establishing the five (5) day minimum work shift. If two shifts are worked, each shall consist of eight (8) hours of continuous work exclusive of a one-half (½) hour non-paid lunch period. Any third shift shall consist of six and one-half (6½) hours of continuous work exclusive of one-half (½) hour non-paid lunch period for eight (8) hours straight time pay without any premium or differential.

The last shift starting on or before 6:00 P.M. Friday shall be considered Friday work time; while the first shift ending at or after 6:00 A.M. on Monday shall be considered Monday work time. The shift starting at or after 6:00 A.M. is designated as the first shift, with the second shift following. Pay for the second shift shall be at the employee's base wage rate for first shift, plus the second shift differential, if any, established in the applicable Schedule A.

Section 4 (b) The Contractor may, upon five (5) days' notice to the appropriate union(s), establish a work week of four (4) consecutive ten (10) hour work days (exclusive of one-half hour unpaid lunch, approximately midway through the shift). Such work week shall consist of the same four days each week, with a fifth day available as a make-up day if needed and not prohibited by the applicable

Schedule A. Pay compensation for such shifts shall be at the applicable rates established for the first and second shift work in this Agreement, with the addition of premium levels, if any, required by the applicable general prevailing wage determination.

Section 4 (c) The parties acknowledge that construction of concrete dams poses unique work scheduling issues, including a requirement for continuous work 24 hours per day, seven days a week, particularly during the placement of concrete. Similar considerations apply during tunneling work. The parties agree to establish, in good faith, hours of work provisions to assure uninterrupted work on concrete placement and tunneling in accordance with contract specifications for Qualifying Work.

**Section 5**. <u>Holidays</u>. Recognized holidays on this Project shall be those as set forth and governed by the prevailing wage determination applicable to this Project; unless such may be, and is revised by mutual agreement of the parties to this Agreement.

**Section 6.** (a). <u>Reporting Pay</u>. Employees reporting for work and for whom no work is provided, except when given notification not to report to work, shall receive two (2) hours pay at the regular straight time hourly rate. Employees who are directed to start work and who work at least two (2) hours but less than four (4) hours shall receive four (4) hours pay at the regular straight time hourly rate. Employees who work beyond four (4) hours, but less than six (6) hours shall be paid for six (6) hours, and employees working beyond six (6) hours shall be paid for eight (8) hours at the regular straight time hourly rate. Whenever reporting pay is provided for employees, they will be required to remain at the Project site available for work for such time as they receive pay, unless released earlier by the principal supervisor of the Contractor(s) or their designated representative. Each employee shall furnish his Contractor with his current address and telephone number, and shall promptly report any changes in each to the Contractor.

(b) When an employee is sent to the jobsite from the union referral facility in response to a request from the Contractor for an employee for one (1) day and starts work at the designated starting time for his shift, the employee will be paid eight (8) hours.

(c) <u>Call Out Pay</u>. Any employee called out to work outside of his shift shall receive a minimum of four hours pay at the appropriate rate, including any applicable premium. This does not apply to time worked as an extension (before or after) of the employee's normal shift.

(d) When an employee leaves the job or work location of his own volition or is discharged for cause or is not working as a result of the Contractor's invocation of

Article XIII, Section 3, the employee shall be paid only for the actual time worked.

(e)  In all cases, if the employee is reporting on a day on which a premium rate is paid, reporting pay shall be calculated at that rate.

**Section 7**.       Time Keeping.  The Contractor may utilize brassing systems to check employees in and out.  Each employee must check himself in and out.  The Contractor will provide adequate facilities for checking in and out in an expeditious manner.

**Section 8.**       Meal Period.  The Contractor will schedule a meal period not more than one-half (½) hour duration at the work location at approximately at the mid-point of the scheduled work shift (five hours), consistent with Section 1; provided, however, that the Contractor may, for efficiency of the operation, establish a schedule which coordinates the meal periods of two or more crafts.  If an employee is required to work through his meal period, he shall be compensated in a manner established in the applicable Schedule A.

**Section 9**.       To the extent permitted by the applicable General Prevailing Wage determination, when an employee has been prevented from working for reasons beyond the control of the contractor, including, but not limited to inclement weather or other natural causes, during the regularly scheduled work week, a make-up day (whole day only) may be worked on Saturday for which the employee shall receive eight (8) hours paid at the straight time rate of pay or at any premium rate required for such hours under the prevailing wage law.

## ARTICLE XII
## APPRENTICES

**Section 1**.       The parties recognize the need to maintain continuing support of programs designed to develop adequate numbers of competent workers in the construction industry, and the Contractor(s) will employ apprentices in their respective crafts to perform work within their capabilities and customarily performed by the craft in which they are indentured.

**Section 2**.       Subject to any restrictions contained in the applicable prevailing wage determination, apprentices may comprise up to thirty-three and one-third (33 1/3) percent of each craft's workforce at anytime, unless an applicable Schedule A provides for a greater percentage.  The union agrees to cooperate with the Contractor in furnishing apprentices as requested up to the maximum percentage, and there shall be no restrictions on the utilization of apprentices in  performing the work of their craft provided they are properly supervised. If the Schedule A

sdcwapla0.doc                                    - 24 -

and prevailing wage determination permit, other non-journeyman classifications may be utilized at the Contractor's discretion as part of the thirty-three and one third (33 1/3) percent ratio.

**ARTICLE XIII**
**SAFETY**
**PROTECTION OF PERSON AND PROPERTY**
**JOINT LABOR/MANAGEMENT SAFETY COMMITTEE**

**Section 1**.        (a)  It shall be the responsibility of each contractor to ensure safe working conditions and employee compliance with any safety rules contained herein or established by the Owner, PCI or the Contractor.  It is understood that the employees have an individual obligation to use diligent care to perform their work in a safe manner and to protect themselves and the property of the Contractor and the Owner.

(b)  Employees shall be bound by the safety, security and visitor rules and environmental compliance  requirements established by the Contractor, PCI or the Owner.  These rules will be published and posted in conspicuous places throughout the work site.  An employee's failure to satisfy his obligations under this Section will subject him to discipline, including discharge.

(c)  The use, sale, transfer, purchase and/or possession of a controlled substance, alcohol and/or firearms while on the Owner's premises or at any time before or during the work day is prohibited.  Accordingly, the parties have agreed to appropriate procedures and safeguards for the testing of employees for prohibited or controlled substances set forth in the attached Appendix A to this Agreement. It is agreed, with respect to such testing procedures, that: (i) no person referred from the Union hiring hall shall be allowed on-site as an employee until such person has completed and passed any test(s) required under the program; (ii) a person who is put to work immediately after having passed the tests shall be paid starting at the time he reported for the test(s); and (iii) where a contractor requests a person to report for purposes of a pre-hire substance abuse test, and does not intend to place him in an active work position on that day, the person shall receive four (4) hours of pay at the regular straight-time hourly rate if the test is negative.

(d)  The parties acknowledge that the environmental and safety restrictions governing conduct at the Project site prohibit smoking at any time in any location or facility.  Violation of this restriction by any person will constitute grounds for removal from the site and may result in termination.

**Section 2**.        The inspection of incoming shipments of equipment, machinery and construction materials of every kind shall be performed at the discretion of the Contractor by

individuals of its choice. All employees shall comply with the security procedures established by the Owner, PCI and/or Contractor.

**Section 3**.     A Contractor may suspend all or a portion of the job to protect the life and safety of an employee. In such cases, employees will be compensated only for the actual time worked; provided, however, that where the contractor requests employees to remain at the site and be available for work, the employees will be compensated for the standby time at their basic hourly rate of pay.

**Section 4**.     The Contractor is responsible to provide adequate supplies of drinking water and sanitary facilities for all employees. Proper notification of this requirement shall be provided to the Contractor at the pre-bid and pre-job conference mark-up to insure compliance with this Section

**Section 5**.     The parties to this Agreement will form a Joint Labor/Management Safety Committee consisting of Contractor and the Union representatives, which shall be jointly chaired by the site representative of PCI (or designee) and an official of the signatory local Building Trades Council (or designee) appointed by the Union. The Committee shall meet at least monthly, or more often at the call of the Joint Chairs, to receive reports on safety programs instituted by the Water Authority, PCI and the individual contractors on the Project site and to discuss and advise such parties to the Agreement with regard to recommended safety programs and procedures to maintain the highest level of occupational safety on the Project site. The Joint Chairs shall rotate the position of Meeting Chair on a monthly basis.

**Section 6**.     Workers' Compensation. All employees working under this Agreement shall be covered as required by the provisions of the California Labor Code affecting workers' compensation benefits (hereinafter "the Code"). To this end, and recognizing the need to reduce the number and severity of disputes and to provide an efficient and effective method of dealing with disputes resulting from compensable personal injuries and occupational diseases, the parties agree to utilize the provisions of Section 3201.5 of the Code in accordance with the provisions set forth in Appendix B to this Agreement to establish a system of dispute prevention and dispute resolution as a substitute for the dispute resolution processes otherwise contained in the Workers' Compensation provisions of the Labor Code.

**ARTICLE XIV**
**NON-DISCRIMINATION**

**Section 1**.     The Contractor and Union agree that they will not discriminate against any employee or applicant for employment because of race, sex (including pregnancy, childbirth, or related medical condition), creed, national origin, color, disability as

defined by law, disabled veteran status, Vietnam veteran status, religion, age (40 and above), medical condition (cancer-related) , marital status, ancestry, or sexual orientation in any manner prohibited by law or regulation.  The Union shall cooperate with the Contractors' obligations to take affirmative action to ensure that applicants are employed, and that employees are treated during employment without regard to race, sex (including pregnancy, childbirth, or related medical condition), creed, national origin, color, disability as defined by law, disabled veteran status, Vietnam veteran status, religion, age (40 and above), medical condition (cancer-related), marital status, ancestry, or sexual orientation.  Such action shall include, but not be limited to the following: employment, upgrading, demotion, or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training, including apprenticeship.  Any complaints regarding the application of this provision shall be brought to the immediate attention of the involved Contractor for consideration and resolution.

**Section 2**.      It is recognized that special procedures may be established by joint agreement of the parties to this Agreement and governmental agencies for the training and employment of persons who have not previously qualified to be employed on construction projects of the type covered by this Agreement.  The parties agree that they will make all good faith efforts to assist in the proper implementation of such orders, regulations or agreements for the general benefit of the residents of San Diego County.

**Section 3**.      It is recognized that the Water Authority has certain policies and commitments for the utilization of emerging business enterprises. The parties shall jointly endeavor to assure that these commitments are fully met, consistent with commitments and all applicable federal and state laws and regulations relating to public contracting and employment and utilization of minorities and minority- and/or women-owned businesses.


**ARTICLE XV**
**TRAVEL AND SUBSISTENCE**

Travel expenses, travel time, subsistence allowance and/or zone rates and parking reimbursements shall not be applicable to work under this Agreement except as expressly provided in this Agreement and to the extent provided for in any applicable prevailing wage determination.

**Section 1**      The parties recognize that the Project site is a remote location accessible only by

an unimproved limited access road.  Therefore, where travel to the Project site by employees' personal vehicles is prevented by access road or parking restrictions, the Contractor or Owner shall provide transportation to the site check-in facilities. In such cases, parking facilities for employees' personal vehicles shall be provided at the designated location(s) for pick-up for Contractor-provided transportation to the site.  Transportation so provided shall be scheduled to deliver employees to the point of check-in before the scheduled starting time.

**Section 2**     Where employees are required to travel by Contractor-provided transportation, they shall be compensated at the straight-time rate of pay for time spent in transit at the end of their shift from the work site to the designated pick-up point.  Time spent in travel to or from the worksite shall not constitute time worked for overtime purposes.

## ARTICLE XVI
## WORKING CONDITIONS

__Section 1__.      There will be no organized breaks or other non-working time established during working hours.  Individual nonalcoholic beverage containers will be permitted at the employee's work location.

__Section 2__.      The Owner and/or PCI shall establish such reasonable Project rules as the Owner or PCI deems appropriate and not inconsistent with this Agreement.  These rules will be explained at the pre-job conference and posted at the Project site by the Contractor and may be amended thereafter as necessary.  Failure to observe these rules and regulations by any employee may be grounds for discipline, including discharge.

__Section 3__.      There shall be no restrictions on the emergency use of any tools by any qualified employee or supervisor; or on the use of any tools or equipment for the performance of work within the jurisdiction, provided the employee can safely use the tools and/or the equipment involved.

__Section 4__.      Recognizing the nature of the work being conducted on the site, employee access by a private automobile may be limited to certain roads and/or parking areas.

## ARTICLE XVII
## SAVINGS AND SEPARABILITY

__Section 1__.      It is not the intention of either the Contractor or the Union parties to violate any laws governing the subject matter of this Agreement.  The parties hereto agree that in the event any provisions of the Agreement are finally held or determined to be illegal or void as being in contravention of any applicable law, the remainder of the Agreement shall remain in full force and effect unless the part or parts so found to be void are wholly inseparable from the remaining portions of this Agreement.  Further, the Contractor and Union agree that if and when any provisions of this Agreement are finally held or determined to be illegal or void by a court of competent jurisdiction, the parties will promptly enter into negotiations concerning the substance affected by such decision for the purpose of achieving conformity with the requirements of any applicable law and the intent of the parties hereto.

__Section 2__.      The parties recognize the right of the Owner to withdraw, at its absolute discretion, the utilization of this Agreement as part of any bid specification should a court of competent jurisdiction issue any order which could result, temporarily or permanently, in delay of the bidding, awarding, and/or construction work on the Project.  Notwithstanding such an action by the Owner, or such court order,

- 29 -

the Parties agree that the Agreement shall remain in full force and effect on the Project, to the maximum extent legally possible.

**Section 3**.     The occurrence of events covered by Sections 1 and/or 2 above shall not be construed to waive the prohibitions of Article VII.

**ARTICLE  XVIII**
**DURATION OF THE AGREEMENT**

This Project Labor Agreement shall be effective on the date approved by the Water Authority, and shall continue in effect for the duration of the Project Construction work described in Article II hereof.

**Section 1.**     (a)  <u>Turnover</u>.  Construction of any phase, portion, section or segment of the Project shall be deemed complete when such phase, portion, section or segments has been turned over to the Owner by the Contractor and the Owner has accepted such phase, portion, section or segment.  As areas and systems of the Project are inspected and construction tested and/or approved by the Construction Manager and accepted by the Owner or third parties with the approval of the Owner, the Agreement shall have no further force or effect on such items or areas, except when the Contractor is directed by the Construction Manager or Owner to engage in repairs or modifications required by its contract(s) with the Owner or the Construction Manager.

(b)  Notice.  Notice of each final acceptance received by the Contractor will be provided to the union with a description of what portion, segment, etc. has been accepted.  Final acceptance may be subject to a "punch" list, and in such case, the Agreement will continue to apply to each such item on the list until it is completed to the satisfaction of the Owner and Notice of Acceptance is given by the Owner to the Contractor.

(c)  Termination.  Final termination of all obligations, rights and liabilities and disagreements shall occur upon receipt by the Union of a notice from PCI or the Owner saying that no work remains within the scope of the Agreement for PCI or its successor.

**Section 2**.     (a)  Schedule A's incorporated as part of this Project Agreement shall continue in full force and effect until the contractor and/or union parties to the Collective Bargaining Agreements which are the basis for such Schedule A's notify PCI of mutually agreed upon changes in such Agreements and their effective date(s).

(b)  The parties agree to recognize and implement such changes on their effective dates, provided, however, that any provisions negotiated in said collective bargaining agreements will not apply to work covered by this Agreement if such

sdcwapla0.doc

- 30 -

provisions are less favorable to the Contractor for work covered by this Agreement than those uniformly required of contractors for construction work normally covered by those Agreements; nor shall any provision be recognized or applied if it may be construed to apply exclusively or predominantly to work covered by this Agreement.

(c)  As part of this understanding, the Contractor agrees and consents to pay the increased contributions to the relevant jointly administered trust funds pursuant to the provisions of any collective bargaining agreements negotiated by the unions during the work performed on the Project retroactively to the expiration date of the applicable Schedule A, provided, however, if the provisions of any such new collective bargaining agreement provide that said increases shall not become effective until a later date after the date following the expiration date, then that later date shall prevail, and provided, further, that such increased contribution does not exceed the corresponding fringe benefit component of the applicable prevailing wage rate then existing or as thereafter amended.  In the event that the increased contribution exceeds the then-current prevailing wage fringe benefit component and the prevailing wage is subsequently adjusted upward, the fringe benefit contribution shall also be adjusted upward by an equal level to the applicable level of the Schedule A or the maximum prevailing wage determination level, whichever is less, and shall be paid retroactive to the effective date of the locally negotiated increase.

(d)  Any disagreement between the parties over the incorporation into a Schedule A of any such provision agreed upon in the negotiation of the local Collective Bargaining Agreement which serves as the basis for the Schedule A shall be referred to Howard S. Block, ESQ., for resolution under the procedures established in Article VIII.

**Section 3**.      The Union agrees that there will be no strikes, work stoppages, sympathy strikes, picketing, slowdowns, or any other disruptive activity affecting the Project by any Union involved in the negotiation of such local Collective Bargaining Agreements and the resulting Schedule A's, nor shall there be any lockout on this Project affecting the Union during the course of such negotiations.

In witness whereof, the parties have caused this Agreement to be executed and effective as of the day and year first above written.

For the Project Contractor:

President
Parsons Constructors, Inc.

For the Union:

President
Building and Construction Trades
Department, AFL-CIO

(Signature on File with PCI)
President
Building and Construction Trades
Council of San Diego County

Secretary-Treasurer
Building and Construction Trades
Council of San Diego County

Its Affiliated International Unions

International Association of Heat and Frost
Insulators and Asbestos Workers

By: _____
William G. Bernard

International Union of Bricklayers and
Allied Craftworkers

By: _____
John J. Flynn

- 32 -

International Brotherhood of Electrical
Workers

By: _J.J. Barry_
　　J.J. Barry

International Association of Bridge,
Structural and Ornamental Iron Workers

By: _____
　　Jake West

International Union of Operating Engineers

By: _____
　　Frank Hanley

United Union of Roofers, Waterproofers and
Allied Workers

By: _____
　　Earl J. Kruse

International Brotherhood of Painters and
Allied Trades

By: _____
　　M. Monroe

Sheet Metal Workers' International
Association

By: _____
　　Michael J. Sullivan

International Brotherhood of Boilermakers,
Iron Ship Builders, Blacksmiths, Forgers
and Helpers

By: (Signature on File with PCI)
　　Charles W. Jones

United Brotherhood of Carpenters and
Joiners of America

By: _____
　　Douglas J. McCarron

Operative Plasterers' and Cement Masons'
International Association of the United
States of America

By: _____
　　John J. Dougherty

International Brotherhood of Teamsters

By: _____
　　James P. Hoffa

United Association of Journeymen and
Apprentices of the Plumbing and Pipe
Fitting Industry of the United States and
Canada

By: _____
　　Martin J. Maddaloni

Laborers' International Union of North
America

By: _____
　　Arthur Coia

- 33 -

## And Their Affiliated Local Unions

International Association of Heat and Frost
Insulators and Asbestos Workers,
Local No. 5

By: _Alfred N. Montye_

International Brotherhood of Boilermakers,
Iron Ship Builders, Blacksmiths, Forgers
and Helpers, Local No. 92

By: _Dan Lacefield Efn._

International Union of Bricklayers and
Allied Craftworkers, Local. No. 4

By: _____

Southern California/Nevada Regional
Council of Carpenters

By: _Michi Ngale_

United Brotherhood of Carpenters and
Joiners of America, Local No. 547

By: _Michel Mzaller_

United Brotherhood of Carpenters and
Joiners of America, Millwrights Local
No. 1607

By: _James_

United Brotherhood of Carpenters and
Joiners of America, Pile Drivers Local
No. 2375

By: _William James Myers_

Operative Plasterers' and Cement Masons'
International Association of the United
States of America, Cement Masons
Local No. 500

By: _Word h Burt_

Operative Plasterers' and Cement Masons'
International Association of the United
States of America, Plasterers Local No. 200

By: _Jerald a Haff_

International Brotherhood of Electrical
Workers, Local No. 569

By: _____

- 34 -

International Association of Bridge, Structural and Ornamental Iron Workers, Local No. 229

By: _Bill Jun_

Laborers' International Union of North America, Local No. 89

By: _____

International Union of Operating Engineers, Local No. 12

By: _____

District Council of Painters and Allied Trades, No. 36

By: _____

International Brotherhood of Painters and Allied Trades, Painters Local No. 333

By: _____

United Association of Journeyman and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, Local No. 230

By: _Nico Ferraro_

United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, Local. No. 250

By: _Edward E. Bourne_

United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, Local No. 345

By: _____

Sheet Metal Workers' International Association, Local No. 206

By: _____

International Brotherhood of Teamsters, Local No. 36

By: _____

United Union of Roofers, Waterproofers and Allied Workers Local No. 45

By: _____

- 35 -

**And Their Affiliated Local Unions**

Tile, Marble & Terrazzo Local 18 CA

By: _Tom Thomas_

International Brotherhood of Electrical
Workers, Local Union No. 1245

By: _____

Glaziers & Floor Coverers Local 1399

By: _____

# PARSONS

**Parsons Constructors Inc.**
100 West Walnut Street • Pasadena, California 91124 • (626) 440-3000 • Fax: (626) 440-2516

June 1, 1999

Mr. William Waggoner
Business Manager
Operating Engineers Local 12
150 East Corson Street
Pasadena, CA 91103

Dear Mr. Waggoner:

SUBJECT:    SDCWA Emergency Storage Project Labor Agreement

This letter will confirm our understanding concerning the interpretation and application of Article IV, Section 2, and Article VI, Section 1, of the SDCWA ESP Project Labor Agreement as those sections might affect the equipment manning provisions of the Operating Engineers local collective bargaining agreement. In the negotiations, the parties agreed in Article IV, Section 2, that the Contractor has the right to determine the number of employees it will hire. You have requested that we clarify, in light of this provision, the effect of the Project Agreement supercession clause, Article II, Section 4, upon the various manning requirements contained in the Operating Engineers local agreement.

As a result of our discussions with you, we have confirmed our mutual interpretation that the equipment manning requirements of the OE local agreement are not superseded and therefore they would apply to set the manning levels for the equipment falling within the jurisdiction of the Operating Engineers, consistent with other provisions of the Project Labor Agreement. Article IV, Section 2, does not purport to regulate the classifications the Contractor employs on particular equipment; it addresses only the number required. Accordingly, the classifications and the functions they perform as set out in the Schedule A are unaffected by this Section.

The Parties also agree in the Project Labor Agreement that, "No rules, customs, or practices which limit or restrict productivity, efficiency, or the individual and/or joint working efforts of employees shall be permitted or observed." Article VI, Section I. This provision, coupled with the right to determine the number of employees hired, is vital to the Contractor's right and responsibility to direct the performance of the work, and does not require more workers than are necessary to perform the work.

The parties agree that they will keep an open channel of communication to insure that all parties to this agreement are fully informed of facts affecting the substance of this letter.



Mr. William Waggoner                    - 2 -                    June 1, 1999

If you agree that this letter accurately sets forth the substance of our understanding and provides the basis for resolving any questions concerning the interpretation and application of Article IV, Section 2, and Article VI, Section 1, of the Project Labor Agreement, please indicate your acceptance in the space provided below.

Very truly yours,

Michael W. D'Antuono
President

MWD:DJM:nc
h:\laborrel\esrp\esrpmisc\990617A.doc

Agreed and Accepted this 1st day of June, 1999

International Union of Operating Engineers, Local 12

By:
William Waggoner
Business Manager

Case 2:15-cv-00672-JCS Document 13-3 Filed 02/12/15 Page 64 of 143
Case 3:14-cv-02400-JCS Document 1-3 Filed 05/23/14 Page 91 of 198

APPENDIX A

# PARSONS CONSTRUCTORS INC.
# ALCOHOL/DRUG FREE WORKPLACE POLICY

## 1.0    INTRODUCTION

The Parsons Constructors Inc. (PCI) Drug and Alcohol-Free Workplace Policy is a standardized construction contractor substance abuse policy which will yield the following benefits:

- Promote a safe, drug and alcohol abuse free workplace which, in turn, will reduce risk and prevent accidents that result from the use of alcohol and prohibited substances.

- Standardize construction contractor requirements and reduce the cost of repetitious substance testing of employees. This includes the requirement for the construction contractor to hire Drug Intervention Services of America, Inc. (DISA) (500 Carson Plaza Drive, Suite 103, Carson, CA 90746; Ph# 800-752-6432), to manage the alcohol and substance-abuse program for the contractor and sub-contractors of all tiers.

- Expedite access of employee to job sites without the delay and cost of waiting for test results.

- Enhance workplace pride and preserve the dignity of the working men and women.

- Provide a program which can be easily audited to ensure compliance.

## 2.0    PCI POLICY STATEMENT

The PCI objective is to provide a consistent, fair, manageable and objective program subject to audit for drug and alcohol testing of construction contractor employees involved in performing, monitoring or overseeing the work at the Emergency Storage Project (ESP) and employees/applicants covered under the Project Labor Agreement (PLA). Reporting for work under the influence of alcohol or a prohibited substance or possessing a prohibited substance is a violation of this policy and will result in termination of employment. Construction contractors shall not employ on the Emergency Storage Project any person who fails or refuses to take a test required under this policy or who tests positive, except for a person who has tested positive on the Emergency Water Storage Project and who has successfully undergone rehabilitation, passed a "return to work" drug test and been approved by a Medical Review Officer (MRO) for return to work. Appendix 1 contains definitions of terms commonly used throughout this policy.

Case 3:15-cv-00672-JCS Document 3-3 Filed 02/12/15 Page 65 of 143
Case 3:14-cv-02440-JCS Document 1-3 Filed 05/23/14 Page 65 of 98
APPENDIX A

**3.0    "ACTIVE/INACTIVE" STATUS AND VERIFICATION SYSTEM**

It is PCI's intent, working with DISA, to establish a system which will classify construction contractor employees/applicants as being either an "active" or "inactive" employees/applicants. Any construction contractor employee/applicant who has not demonstrated compliance with the requirements of this policy will be classified as "inactive". All construction contractor employees who have demonstrated compliance with the requirements of this policy will be classified as "active"

Construction contractors have the right to refuse to test "inactive" applicants. An "active" designation makes a construction contractor employee "eligible for", but does not guarantee access to the Emergency Storage Project sites, because an employee may need to be re-tested or comply with other Emergency Storage Project requirements, outside this policy, for site access.

**4.0    TESTING PROGRAM**

Although alcohol and all illegal substances are prohibited on the Emergency Storage Project sites, the substances listed in the safety sensitive drug panel (as shown in Appendix II) are of particular concern. The substance panel is subject to change as substance usage and availability patterns suggest the addition or deletion of substances. Construction contractors and Unions will be notified prior to such changes.

Substance abuse testing of Employee/Applicant shall be coordinated by construction contractors using the following screening methods and for the following instances:

| Instance | Testing Method | Drug and Alcohol Panels (See Appendix II) |
|---|---|---|
| Pre-hire | Biosite on site screening device and confirmation test as required or laboratory screening test and confirmation test as required | Drugs of abuse |
| Reasonable Suspicion/Cause | Biosite on site screening device and confirmation test as required or laboratory screening test; confirmation test as required; and evidential breath tester (EBT) | Drugs of abuse and alcohol |

| Instance | Testing Method | Drug and Alcohol Panels (See Appendix II) |
| --- | --- | --- |
| Random | Biosite on site screening device and confirmation test as required, or laboratory screening test and confirmation test as required. | Drugs of abuse |
| Post accident/incident | Biosite on site screening device and confirmation test as required; or laboratory screening test and confirmation test as required; and evidence breath tester (EBT) | Drugs of abuse and alcohol |
| Return to duty | Biosite on site screening device and confirmation test as required, or laboratory screening test and confirmation test as required | Drugs of abuse |
| Re-testing | Biosite on site screening device and confirmation test as required, or laboratory screening test and confirmation test as required. | Drugs of abuse |

**4.1      Pre-Hire Tests**

Construction contractor employees/applicants shall be required to submit to and pass a pre-hire substance abuse drug screening test prior to their admittance to the site. If an employee/applicant fails a pre-hire test, he/she is eligible to re-test after 12 months, provided he/she has successfully completed a rehabilitation program approved by the MRO, and passed a return to duty test.  If during the time when the construction contractor employees/applicants are submitting to the pre-hire drug screening and the trained individual collecting the specimen observes abnormal conduct or erratic behavior that would indicate the use of alcohol or illegal substances, they will be subject to the Reasonable Suspicion/Cause Testing section (4.2) of this policy.

**4.2      Reasonable Suspicion/Cause Testing**

Construction contractors shall require their employees to submit to Reasonable Suspicion/Cause testing when the following characteristics are displayed:

a.  Observable phenomena, such as direct observation of alcohol, prohibited substance use and/or possession or physical behavior that would indicate the use of alcohol or illegal substances.

b.  A documented pattern of abnormal conduct or erratic behavior.

c.  Arrest and conviction for a substance related offense or identification of a construction contractor employee as the focus of a criminal investigation into illegal substance possession, use or trafficking while on a participating owner's property.

d.  Evidence of illegal substance use, possession, sale or delivery while on owner's property.

e.  Newly discovered evidence that construction contractor employee/applicant has tampered with a previous substance abuse test.

f.  A construction contractor employee/applicant is found in the immediate area of drug related paraphernalia, alcoholic beverages or substances that are prohibited by the PCI policy.

The construction contractor supervisor or their designee must promptly escort the employee to the collection site for a drug/alcohol test and make arrangements for the safe transportation of the employee to his/her home.

All reasonable suspicion testing requests shall be substantiated by a second individual. Either the person making the original request or the second individual will have been trained in recognizing the attributes of prohibited substance use.

The employee will be deemed "inactive" pending test results and access will be denied to the site until test results are provided.

## 4.3    Random Testing

A random selection process, administered by DISA, will be used to identify employees for monthly random testing for substances listed in Appendix II. Employees will be selected for testing by using a random number table or a computer-based random number generator that selects an employee's social security number. Each month, the construction contractor will be required to test a number of current employees equal to or exceeding 5% of the number employed on the last day of the previous month. Those eligible for random testing include the employees of the prime contractor and subcontractors of all tiers. Each time that employees are randomly selected for drug testing, the names of all employees of the construction contractor shall be included in the selection process. No employee shall be excluded merely because he or she has been randomly selected and tested earlier. The random selection and notification will be performed by DISA.

Upon receipt of the random selection list construction contractor shall have 72 hours to notify the employees of their selection.  When an employee has been notified of their random selection, they must report to a test collection site within 60 minutes, plus travel time. An employee to be tested on site should be accompanied by a Construction contractor Supervisor or designee when reporting to the collection facility.  Failure of the selected employee to submit to the testing in the time allotted will result in their being placed in an "inactive" status until the specimen is submitted.

## 4.4    Post Accident/Incident Testing

Construction contractors shall require their employees to submit to post accident/incident testing for either of the following reasons, as determined by the construction contractor representative and/or the PCI representative:

a.    The employee is involved in a work related accident which  results in bodily injury, or damage to public, construction contractor or San Diego County Water Authority (SDCWA) property.

b.    The employee is involved in an incident (including near misses) in which safety rules and regulations may have been violated.

The employee will remain "active" pending test results.  However, access may be restricted at sites.

Post Accident/Incident tests will be conducted immediately after an accident or incident.

If an employee is injured, unconscious or other otherwise unable to submit  to the test, the construction contractor should ensure all necessary steps are taken to obtain a valid test sample as soon as it can be obtained.

## 4.5    Return-to-Duty Test

The test required before an employee may change status from "Inactive" to "Active".

## 4.6    Re-testing

Construction contractor employees/applicants may request a verification test of their original specimen, at  their cost, provided they submit their request to DISA in writing within seventy-two (72) hours from the time the employee/applicant is notified by the MRO of a positive result.  Any confirmed presence of a substance in the sample results in a failed test.  If the presence is not confirmed, the result is reported as passing.

## 5.0    TESTING AND ANALYSIS PROCEDURES

Medical personnel, collection site personnel, and clinical testing laboratory personnel must maintain medical confidentiality and require use of chain-of-custody and forensic procedures for all specimens.   All procedures involved with the handling of the specimen and the accompanying paperwork must mirror federal protocol when legally permissible.

### 5.1    Test Collection Site

To facilitate prompt and efficient on site screening for drugs of abuse, PCI and DISA have approved the use of the Biosite screening device (consistent with NIDA cut-off levels) for Employee/Applicant testing.   All screening and confirmation levels shall be consistent with NIDA and additional drug panels listed in PCI's Policy, (see Appendix II).  All procedures including collection, chain of custody, preparation and transportation of samples must be conducted in accordance with DHHS guidelines by a trained person.  DISA shall approve all facilities and handling procedures.  The protocol for alcohol testing must conform to the guidelines included in PCI's policy, (See Appendix II).

### 5.2    Test Laboratories

All confirmation test analysis of urine test will be performed according to National Institute on Drug Abuse (NIDA).

Construction contractors will use laboratories certified by NIDA.

The laboratory shall provide results of the testing to DISA, which will subsequently notify the construction contractor's communicator.

### 5.3    Verification And Notification Of Positive Test Results

A Medical Review Officer (MRO) will review all failing test results.

Failing test results at or above the confirmation levels as designated by DHHS guidelines and the PCI policy, (see Appendix II), without acceptable medical explanations by a reviewing MRO, will be noted as a confirmed failing test. The MRO will first contact the construction contractor's communicator when attempting to reach donors to discuss test results.  The communicator will take the necessary steps to have the donor contact the MRO.  If, as a result of speaking to the donor, the MRO concludes that the result is negative, the donor will be able to return to the work site.  If the result is confirmed as positive the donor will become "inactive", will be immediately removed from the work site.

**5.4    Refusal To Submit A Specimen**

If a construction contractor employee/applicant refuses to test in accordance with this policy, they shall be declared "inactive" and become ineligible to work at the Emergency Storage Project sites.
The following instances will be considered as "refusal to submit a specimen".

a.  Any refusal to provide a specimen as directed, or

b.  Failure to report for collection as specified in Section 4.3 above, or

c.  Submitting an altered specimen.

## 6.0    REHABILITATION PROGRAM

If a construction contractor employee fails a random, post-accident or reasonable suspicion test, he/she shall have one opportunity to enter and complete a rehabilitation program of which he/she may be responsible for the cost.  To re-qualify for an "active" status, the MRO must deem the rehabilitation program acceptable, and the employee must pass a return-to-duty test.  The employee will be subject to unannounced testing (in addition to random testing) for a period to be determined by the MRO. Failure to comply with the rehabilitation requirements, including any subsequent positive test, will result in a five-year exclusion from the Emergency Storage Project.

## 7.0    CONFIDENTIAL RECORDS

To maintain the confidentiality of individual construction contractor employee alcohol and drug  testing records and any records of rehabilitation, DISA will maintain all records received from the MRO.

Information regarding an individual's alcohol and drug test results or rehabilitation records will be released only upon the written consent of the individual, except such information will be released, regardless of consent, to the representative of a state or federal agency upon request by subpoena or other legal process such as a court order. Statistical data, as well as anti-drug plans or policies related to drug testing and rehabilitation which contains no identification information, will be made available to PCI for the purpose of auditing compliance with, and effectiveness of, this policy.

**8.0    TRAINING**

**8.1    Supervisor Training**

Each participating construction contractor shall provide training regarding this policy.   Training on the recognition of performance indicators of probable drug use and on its effects and consequences to personal health, safety and the workplace shall be included.  It is required that personnel who will determine whether an employee member must be tested based on reasonable suspicion, receive at least one hour of training on the specific, contemporaneous, physical, behavioral and performance indicators of probable drug and alcohol use.

**8.2    Employee Training**

Upon initial entry to the Emergency Storage Project, construction contractor companies will review with their employees the PCI policy and any additional substance abuse policy requirements mandated by law and maintain written documentation of the review.

**9.0    PROGRAM REVIEW AND AUDIT**

Construction contractor program will be reviewed at least annually by PCI.  This policy is subject to reasonable modifications.   Construction contractors and Unions will be notified of such modifications prior to their implementation.

The policies, procedures, protocols and non-name specific records of DISA are available for a confidential audit by PCI, construction contractors, or Unions.

**10.0    ADDITIONAL REQUIREMENTS**

PCI recognizes that construction contractors conduct a variety of work activities which may dictate different drug and alcohol test requirements.  While PCI policy will satisfy the contract requirements of the San Diego County Water Authority's Emergency Sorage Project and the PLA, it may not cover all Federal requirements to which a construction contractor may be subject.  DISA will also manage other substance abuse programs construction contractors may be required to follow, such as federally mandated programs under Department of Transportation guidelines.

# APPENDIX I

**DEFINITIONS:**

**PARSONS CONSTRUCTORS INC. (PCI)**

Provides construction labor/safety management support services to San Diego County Water Authority (Owner) for the Emergency Storage Project (ESP). Also identified as Project Contractor in the Project Labor Agreement.

**SDCWA, OWNER**

The San Diego County Water Authority.

**EMERGENCY STORAGE PROJECT (ESP)**

The Emergency Storage Project consists of the construction of the Olivenhaim Dam, the works of improvement to increase the height of the San Vicente Dam, and the pipelines, pump stations and interconnects as set forth in the scope of the ESP.

**SAN DIEGO COUNTY WATER AUTHORITY - PROJECT LABOR AGREEMENT – (SDCWA-PLA)**

The PLA is between the project contractor, the construction contractors, and the unions.

**CONSTRUCTION CONTRACTOR**

All construction contractors and sub-contractors of whatever tier engaged in the Emergency Storage Project construction work.

**CONSTRUCTION CONTRACTOR EMPLOYEE**

Employees of a construction contractor involved in performing monitoring or overseeing the work or covered by the PLA.

**COMPANY COMMUNICATOR**

A manager of the employees construction company authorized by the company to conduct the day-to-day operation of the alcohol and substance abuse policy.

**PLA COVERED POSITIONS**

Construction contractor positions (job classifications/titles) subject to drug testing, generally covered by the State of California Department of Labor general prevailing wage determination for San Diego County.

Case 3:15-cv-00572-JCS Document 13-3 Filed 02/12/15 Page 73 of 143
Case 3:14-cv-02405-JCS Document 1-3 Filed 05/23/14 Page 88 of 98

APPENDIX A

**LABORATORY SCREENING TEST**

The initial immunoassay screening process performed in a laboratory for substances which meet the cut-off/threshold testing levels for each drug class according to the NIDA guidelines.

**BIOSITE SCREENING DEVICE**

A rapid multiple immunoassay screening system for the qualitative detection of the major metabolites of the substances listed in PCI's policy (see Appendix II).

**CONFIRMATION TEST**

All specimens identified as positive on the screening test shall be confirmed using Gas Chromatography/Mass Spectrometry (GC/MS) techniques at the cut-off values listed in the policy (see Appendix II). The GC/MS procedure will be performed at NIDA certified laboratory.

**MEDICAL REVIEW OFFICER (MRO)**

A licensed physician responsible for receiving laboratory results generated by PCI's drug free workplace policy, and who is knowledgeable of substance abuse disorders. The MRO must have appropriate medical training to interpret and evaluate an employee member's test result in conjunction with the employee member's medical history and any other relevant bio-medical information.

**"ACTIVE" STATUS**

A construction contractor employee who is in compliance with this policy and is eligible to work at the Emergency Storage Project sites.

**"INACTIVE" STATUS**

A construction contractor employee or applicant who is ineligible to work at the Emergency Storage Project sites due to a positive test, self-identification, refusal to submit to a test, failure to follow rehabilitation requirements, or failure to consent to release test results or rehabilitation records.

**APPLICANT**

An individual to be assigned or who has been initially referred for work and who has not satisfied all the construction contractor requirements/tests to be hired for work on the Emergency Storage Project site.

Case 2:15-cv-00673-JCS Document 13-3 Filed 03/12/15 Page 74 of 143
Case 5:14-cv-02420-JCS Document 13-3 Filed 09/23/14 Page 88 of 98

APPENDIX A

# APPENDIX II

**DRUG AND ALCOHOL PANELS**
**SAFETY SENSITIVE**

| Drugs* | Screen (ng/mL) | Confirm (ng/mL) |
|---|---|---|
| Amphetamines | 1000 | 500 |
| Barbiturates | 300 | 100 |
| Benzodiazepines | 300 | 100 |
| Cocaine | 300 | 150 |
| Opiates | 300 | 300 |
| Cannabinoids | 50 | 15 |
| PCP | 25 | 25 |
| **Alcohol | .04% | .04% |

\* The protocols for Drug and Alcohol testing should be those as established by the Department of Health and Human Services.

\*\* Breathalyzer, Evidence Breath Tester (EBT) will be used for screen and confirm. Other methods may be used if they conform to the Department of Transportation (DOT) conforming product list.

**SAN DIEGO COUNTY WATER AUTHORITY**

**EMERGENCY STORAGE PROJECT LABOR AGREEMENT**

# Appendix B

# Workers' Compensation.

1.      The Contractor and the Union parties to the Emergency Storage Project Labor Agreement (the "Parties") jointly recognize the importance of an effective and efficient program to provide a workers' compensation delivery system for the benefit of the employees covered by this Agreement.  The Parties will therefore work together, utilizing the provisions of Section 3201.5 of the California Labor Code (the "Code"), to implement a dispute resolution procedure that will reduce disputes arising out of the workers' compensation delivery system established for this Project and that will provide fair and expeditious methods for resolving such disputes. Additionally, the Parties will work together to broaden and improve the workers' compensation process to include optimum access to delivery of medical care and disability benefits for covered employees affected by occupational injury or disease and covered under this Agreement. Finally, the Parties agree that abuses of the system will not be tolerated and will cooperate in any investigation of a claim of abuse.

2.      To accomplish the goals of 1 above, the Parties have agreed,

        a.      That all employees working under this Appendix shall be covered to the fullest extent required by the workers' compensation provisions of the Code, and that nothing in this Appendix diminishes the entitlement of an employee covered by this Appendix to compensation benefits for disability or medical treatment and other benefits as required by California law fully paid for by the employer through the purchase of a policy of workers' compensation insurance from an insurer authorized to issue such a policy in the State of California; and

        b.       To implement a medical and benefits delivery system complemented by an alternative dispute resolution process, hereby established, in cooperation with a Joint Labor-Management Workers' Compensation Committee, created under this Appendix.

3.      <u>Workers' Compensation Committee</u>.  There is hereby established a Joint Workers' Compensation Committee to review, oversee, consult and advise all parties involved with the development, implementation and provision of benefits and procedures for workers' compensation covered under the Code and this Appendix, with particular reference to the workers' compensation provisions of this Appendix.  Such Committee shall participate in the selection of the providers and other personnel as set forth in Section 7, below.  The power of the

Committee may only be exercised through the agreement of the Union and Contractor parties, with each such party having one vote, for a total of two. The Project Contractor shall designate no more than five (5) Contractor representatives, and each local union or District Council signatory to the Project Labor Agreement may appoint a representative (but not more than one per trade), with the signatory State and Local Building Trades Councils each having one representative. The Contractor and Union parties shall each determine their own internal rules of procedure with regard to decision-making. The Committee shall be jointly chaired by a representative of the Project Contractor (or designee) and an official of the signatory local Building Trades Council (or designee). The Committee shall meet at least once each calendar quarter, or more often as necessary on the call of the joint chairs. The joint chairs shall rotate the position of meeting chairman on a calendar quarter basis. The ombudsperson and representatives of the Owner, Carrier and/or providers of medical care shall be available to attend the Committee meetings and furnish such information as is requested by the Committee. The Committee may recommend to the Project Contractor, Owner and/or Insurance Carrier, as appropriate, changes in the procedural and substantive delivery of medical care and services and ADR processing as it believes appropriate to fulfill the parties' goal to make effective use of the revisions to Section 3201.5. Any dispute between the Union and Contractor parties with regard to the power of the Committee shall be referred to the Arbitrator designated under Section 12(c), below.

4.      The Parties will jointly designate, under the auspices of the Joint Workers' Compensation Committee herein established,

      a.      A preferred provider network of health care providers,

      b.      Organizations providing prescription medicine, which may be affiliated with b, above,

      c.      Vocational rehabilitation evaluator/service organizations,

      d.      Mediators (who shall be familiar with and experienced in the California State Workers' Compensation System and related medical issues), and

      e.      Arbitrators (who to the extent available shall possess experience as referees and/or judges under the State Workers' Compensation System and, at a minimum, qualified as arbitrators under the Code).

5.      If the Parties are unable to agree on the organizations in (a) - (c) above or the individuals to serve in the positions listed in (d) - (e) above, in the numbers deemed necessary by the insurance carrier for the efficient operation of the Workers' Compensation Delivery System (including ADR), or in the numbers otherwise established in this Appendix, appointments shall be made by the neutral arbitrator established under Section 12(c), below, after he/she has heard recommendations and arguments in favor of their respective positions from the Parties to the Project Labor Agreement. Once selected, the individuals and/or organizations may be removed

2

by agreement of the Joint Workers' Compensation Committee, or for cause.  Unless otherwise specifically stated, reference to a "medical provider" is to an individual providing treatment.

6.      Ombudsperson.  The Owner shall appoint the ombudsperson from candidates reviewed and recommended by the Joint Workers' Compensation Committee.  The person appointed shall have, at a minimum, the following qualifications:  five years of work experience which shall have provided him/her with knowledge and understanding of the workers' compensation laws and familiarity with workers' compensation claims and case management and/or be experienced and certified in Occupational Health practice; and shall not have had an employment relationship with any party to the Project Labor Agreement, the Owner, the Owner's insurance broker, or the insurance carrier, or with any direct affiliate of these organizations or of a party to the Project Labor Agreement (an affiliate is one in which a party has or shares control or retains for the provision of business services).

        Should the Owner appoint a person whom the union members of the Joint Workers' Compensation Committee believe does not meet these minimum qualifications, they may file a grievance with the Arbitrator appointed under Section 12(c), below to seek removal of such person.

7.      Medical Care and Treatment for Occupational Injury and Disease.

        a.      Authorized Medical Providers.  The providers designated under this Appendix shall be the exclusive source of all medical treatment required under Code Section 4600.

            a(1).    All medical and hospital services, except for first aid and other emergency type services only, required by employees subject to this Appendix as the result of a compensable injury or disease, shall be furnished by health care professionals and facilities selected by the employee from a list of health care professionals and facilities agreed to by the parties to this Appendix and available to each employee upon his initial employment at the site. The list may be changed at any time by mutual agreement of the parties.  In no event shall the deletion of a provider disrupt the ongoing treatment of an employee receiving treatment from that provider at the time of the decision.  The authorized provider organization(s) shall have on their rosters individual Board Certified providers in their respective specialties available for selection by employees for treatment, or for referral from other individual providers, or to act as evaluators.  This designation of providers pursuant to Section 3201.5 of the Labor Code replaces all other provisions regarding the selection of medical providers located elsewhere in the Code.

            a(2).    In case of an emergency requiring treatment covered by this Appendix when no authorized provider is available, the employee may seek treatment from a health care professional or facility not otherwise authorized by this Appendix, to provide treatment during the emergency and such treatment shall be compensated for in reasonable amounts by the carrier as if provided by providers authorized under this Appendix.  Responsibility for treatment shall be transferred to an authorized provider as soon as possible, consistent with sound medical practices.

3

a(3).    After selecting an authorized provider to furnish treatment for a particular injury, an employee may change to other authorized providers.  When referred by the authorized provider to another provider in a particular specialty, the employee may also change to other authorized providers in such specialty.

a(4).    The Insurance Carrier shall not be responsible for the cost of medical services furnished by a health care professional or a facility not authorized pursuant to this Appendix, nor for care not required by the Code.

a(5).    The list of authorized providers administered by the authorized provider organization shall contain sufficient providers for each of the specialties which the parties to this Appendix believe are required to respond to the needs of employees subject to this Appendix, at least some of whom, in each specialty, shall be Board Certified.  This shall include, but not be limited to providers within the following specialties:

| | |
|---|---|
| Orthopedics | Radiology |
| Neurology | Chiropractic |
| Neurosurgery | General Practice |
| Ophthalmology | Psychiatry |
| Cardiology | Pulmonary/Respiratory |
| Internal Medicine | Occupational Medicine |
| Dermatology | Oncology |

In the event that an authorized provider furnishing treatment to an employee determines that treatment or consultation is necessary from a specialty for which no authorized provider has been selected through this Appendix, or in the event the distance makes it impractical for treatment from the authorized provider, the authorized provider shall select the additional specialist or additional provider who offers treatment at a practical distance for the employee.

a(6).    All prescription medicines furnished by virtue of injuries subject to this Appendix shall be furnished by the Insurance Carrier through a jointly-agreed upon medical prescription provider organization or organizations, except in those instances in which an authorized medical provider determines that due to time constraints or other valid medical reasons, use of another prescription source is required.

a(7).    Evaluation - the Carrier and the employee may each request a second opinion from an authorized provider regarding diagnosis or a treatment evaluation of a related issue.  Only one such second opinion shall be permitted by either party for any issue.  Such evaluations shall be secured in a manner consistent with, and utilized for the purposes described in, Division 4, Part 1, Chapter 7, Article 2 of the Code.  It is not the intent of the parties to the Project Labor Agreement in this section or in any other portion of this Appendix to add to or diminish the rights of the respective parties to a workers' compensation dispute to introduce

evidence or be prohibited from introducing evidence in an arbitration proceeding in any different manner than they would otherwise be allowed to do in a proceeding before an Administrative Law judge of the WCAB.

a(8). The Carrier and the employee shall each be bound by the opinions and recommendations of the authorized provider selected in accordance with this Appendix. In the event of disagreement with the authorized provider's findings or opinions, the sole recourse shall be to obtain a second opinion from another authorized provider in a manner consistent with Chapter 7, Article II of the Code, and to present the second opinion through the Alternative Dispute Resolution Program established in this Appendix.

8. <u>Authorized Vocational Rehabilitation Service Providers</u>.

a. All vocational rehabilitation evaluator services to which an employee may be entitled under the Labor Code and within the jurisdiction of this Appendix as the result of an occupationally incurred compensable injury, including occupational disease, shall be furnished by a vocational rehabilitation service provider selected by the employee from a list of vocational rehabilitation service providers jointly selected by the parties to this Appendix, hereinafter referred to as "authorized rehabilitation providers." A list of the authorized rehabilitation providers shall be available to all employees. The list can be changed at any time by mutual agreement of the Joint Workers' Compensation Committee.

9. <u>Alternate Dispute Resolution Program</u>.

a. This Alternative Dispute Resolution Program ("ADR" or "Program") shall be used in place of and to the exclusion of the Division of Workers' Compensation hearing and disputes resolution procedures affecting a covered employee's benefits to the full extent permitted by Section 3201.5 of the Labor Code, recognizing the continuing authority of the Workers' Compensation Appeals Board ("WCAB") and the California State Courts of Appeal to review all actions taken hereunder in a manner consistent with Section 3201.5. The carrier shall provide to the members of the Joint Workers' Compensation Committee within twenty (20) calendar days of the issuance by the Owner of the first work specification containing this Appendix, a statement of dispute resolution procedures, if any, and issues relating to the workers' compensation proceedings under the Code (such as third party claims) which are not intended to be covered by the ADR procedure established herein. If a majority of the Union members of the Committee object to the failure to preempt any particular procedure or issues, and the objection is not resolved within fifteen (15) calendar days of the receipt of the list from the carrier, the Union may initiate a grievance with the arbitrator established in Section 12(c) below as to whether such failure is consistent with the goal of the Parties to the Appendix in utilizing the revised §3201.5 of the Code.

The Program shall be used in place of the filing of an Application for Adjudication of Claim with the WCAB. Any claim subject to this Appendix filed with the WCAB for resolution will immediately be removed on Motion of the carrier and placed within the Program established by this Appendix. The Program shall not affect any covered employee's eligibility for, or her/his

APPENDIX B

amount of, workers' compensation benefits, as set forth in the Workers' Compensation Provisions of the Labor Code.

This Program shall apply to all compensable, work-incurred injuries, including occupational disease, as defined by the Code, sustained by employees while working under and covered by this Project Labor Agreement, as a result of their employment on the Project, on and after the effective date of this Project Labor Agreement and during the term of this Project Labor Agreement. Upon the termination of the Project Labor Agreement, any dispute involving a date of injury occurring during the term of this Project Labor Agreement for which a timely claim is filed within ninety (90) calendar days after the termination of the Project Labor Agreement shall continue to be subject to the terms of this Program for the duration of the case. Any claim for a compensable injury or illness filed after such ninety (90) calendar days shall be processed as though revised §3201.5 does not apply.

b. The Program shall consist of three components: Ombudsperson; Mediation; and Arbitration.

b(1). The Ombudsperson will be selected by the Owner pursuant to Section 4 above and compensated directly or indirectly by the Owner. The Ombudsperson will be familiar with workers' compensation procedures and practices; and may also serve as the Administrator of the Program. He/she shall be available at reasonable times, upon reasonable notice, at the Project site for the convenience of the employees. The Mediator(s) and the Arbitrator(s) will be selected in chronological rotation from a permanent panel not to exceed six of each to be established by joint agreement of the parties pursuant to Section 7, above. Each shall be knowledgeable regarding the medical and legal aspects of workers' compensation procedures in California. The Division shall provide a list of persons knowledgeable and experienced in workers' compensation procedure and practice. The compensation of the Mediators and Arbitrators shall be provided by the Insurance Carrier.

Pending such agreement, should there be a need for a Mediator and/or Arbitrator to undertake proceedings required by these provisions, such shall be requested from and appointed pursuant to the rules of the Division of Industrial Relations with regard to the appointment of Arbitrators under the Code for workers' compensation matters.

b(2). When an employee's workers' compensation benefits are denied, reduced or terminated, or otherwise affected, the employee shall be provided with written Notice ("Notice") of such action, in a procedural and substantive format similar to those prescribed in Section 4061 of the Code, by the Insurance Carrier, by certified mail. The Notice shall include a summary of the reasons for the action, in terms reasonably calculated to be understandable by the employee.

Within thirty (30) calendar days of the employee's receipt of such Notice, or whenever an employee believes that he/she is not receiving the benefits to which he/she is entitled, including medical and hospital services, the employee shall notify the Ombudsperson.

6

The Ombudsperson shall explain to the employee the response to any employee question/complaint in terms which understandable by the employee. The Ombudsperson shall maintain a record of all activity affecting any individual employee with whom he/she is involved by reason of these provisions or where he/she becomes aware or reasonably should become aware that such employee should be involved in these procedures, including the date of each notification and request for intervention of the Ombudsperson, the date of each response, the receipt of a form requesting mediation, and the date of reference of that form to the Mediator. All records kept by the Ombudsperson shall be kept in a form consistent with record-keeping requirements under the Act, if any.

    b(3).  If the issue cannot be resolved to the satisfaction of the insurance carrier, the employee and the employer within the fifteen (15) business days after the date of notification to the Ombudsperson, either party may apply for mediation on the form available from the Ombudsperson. Such form shall be filed with the Ombudsperson, who shall promptly notify the appropriate Mediator and furnish the Mediator with a copy of the Notice. The parties may extend the fifteen (15) business day period by mutual agreement, but no issue shall proceed to mediation without first being presented to the Ombudsperson.

10.  <u>Mediation</u>. Application for mediation shall be made not more than twenty-five (25) business days after the Ombudsperson has responded to the request for assistance. Failure to timely request mediation will bar any further right to adjudicate the issue. The parties intend that such mediation will be a meaningful informal, non-adversarial effort to resolve all legitimate claims fairly without resort to adversary proceedings or unnecessary procedures. The Mediator will contact the parties to the dispute (the employee, the insurance carrier or the employer) and take whatever steps he/she deems necessary to bring the dispute to an agreed conclusion. At any mediation, the carrier, the employee (and an advisor to the employee), and/or employer may be present. The mediation must be attended by persons with authority to resolve the dispute.

    The mediation shall be held in a location convenient to the parties to the dispute as determined in the sole discretion of the Mediator, but unless otherwise agreed by the parties to the dispute, no further than fifty (50) miles from the employee's residence at the time he/she was/is working under the Project Labor Agreement.

    Mediation shall be completed not more than fifteen (15) business days from the date of referral, unless otherwise agreed by the parties to the dispute, including the Mediator, except that in no event shall an issue be permitted to proceed beyond mediation until and unless the moving party cooperates with the Mediator and the mediation process. The Parties to the dispute may agree in writing to extend such time for a period certain. Neither party will be permitted to be represented by legal counsel at mediation. The fact that the employee or the workers' compensation insurance carrier's representative has had legal training or is a licensed attorney shall not bar such person from acting as an advisor to their respective principal at the mediation session. No such person shall participate on the basis of a lawyer/client relationship. All communication between the Mediator and the parties shall be directly with the parties to the dispute, unless disability or linguistics dictate the need for a surrogate.

7

If, after the completion of the mediation process, the parties to the dispute are unable to reach agreement, either the employee or the carrier may file with the Ombudsperson, within thirty (30) business days of the completion of the process, a request that the matter be referred to Arbitration. Immediately upon receipt of the request, the Ombudsperson shall notify the appropriate Arbitrator from the Panel designated by the parties to this Agreement, as well as all parties to the dispute, that a request for Arbitration has been received and the Arbitrator shall set a date for a hearing, to be commenced no later than forty-five (45) business days after the Arbitrator has received Notice of the Request for Arbitration.

11. <u>Arbitration</u>. The Arbitration proceeding will be conducted pursuant to the rules and regulations applied by workers' compensation judges under the Code (including rules of evidence and burden of proof), and the Arbitrator shall have the same powers and authority as such judges (and, as appropriate, referees), except as such rules, regulations or powers are specifically modified or supplemented by this Appendix or otherwise in writing by the parties to this Project Labor Agreement. The arbitration proceeding shall be completed within ten (10) business days of its commencement unless otherwise ordered by the Arbitrator, in his/her sole discretion, to further the interest of fairness to all parties to the dispute and/or completeness of the record. Except in extraordinary circumstances, such extension shall not exceed forty-five (45) business days. The Arbitrator shall render a decision within ten (10) business days of the completion of the proceedings. The Arbitrator's decision shall be written in a form consistent with WCAB practices and his/her findings of fact, award, order or decision shall have the same force and effect as that of a workers' compensation judge and be subject to enforcement proceedings and/or review as provided in Section 3201.5(a)(1) of the Code. No written or oral offer or recommendation made during the mediation process by any party or the Mediator shall be admissible in the Arbitration proceeding.

(1). The hearing shall be held in a location convenient to the parties to the dispute as determined in the sole discretion of the Arbitrator, but unless otherwise agreed by the parties to the dispute, no further than fifty (50) miles from the employee's residence at the time he/she was/is working under the Project Labor Agreement. The proceeding shall be electronically recorded.

(2). At the request of either party, the Arbitrator in his/her sole discretion, may allow depositions of treating physicians. Cost of medical depositions submitted by either of the parties shall be at their own expense; if the Arbitrator requests the deposition of a treating physician, or otherwise appoints an authorized health care professional to assist in the resolution of any medical issue, the expense will be borne by the carrier.

(3). The decision of the Arbitrator, including his findings of fact, award, or order, shall have the same force and effect as an award, order, or decision of a workers' compensation judge, and shall be subject to review by the Workers' Compensation Appeals Board in the same manner as provided for reconsideration of a final order, decision, or award made and filed by such judge pursuant to the procedures set forth in Article I (commencing with

8

Section 5900) of Chapter 7 of Part IV of Division 4, in the Court of Appeals pursuant to the procedures set forth in Article 2 (commencing with Section 5950) of Chapter 7 of Part IV of Division 4.

        (4).    Any and all settlements and/or compromises between an employee and an insurance carrier involving a workers' compensation claim arising on this Project and under this Appendix shall be subject to the same appeals and review by the Arbitrator as if he were sitting as a referee under the Code, and appealed to the WCAB to the extent permitted by the Code

12.    <u>General Provisions</u>.

        a.    All payments required to be made by Contractors pursuant to Sections 5 and 6 of this Appendix, shall, in accordance with California law, be made by the Workers' Compensation carrier. Similarly, all actions required by law to be undertaken by the Insurance Carrier rather than the Contractor shall be performed by the Workers' Compensation insurance Carrier. The Carrier and/or the Ombudsperson will provide all notices to the employees and/or applicants, and in such form, as are required to be issued or otherwise referenced in the workers' compensation provisions of the Code.

        b.    If any provisions of Sections 1 - 11 of this Appendix or their application to any person or circumstances are held to be invalid, the invalidity shall not affect other provisions or application of such Section or of the remainder of this Appendix that can be given effect without the invalid provision or application, and to implement this provision it is understood that the provisions of Sections 1 and 2, as with the remainder of this Appendix are declared to be severable. Further, in the event of legal action contesting the legality of Sections 1 - 11 of this Appendix, or any portion of them, the parties agree to jointly defend such provision and such Sections, and shall actively assist each other in such defense.

        c.    It is the intent of the parties to meet the spirit and letter of the requirements of Section 3201.5 of the Labor Code. To the extent that the Department of Industrial Relations, Division of Workers' Compensation, succeeds in enjoining or otherwise preventing the application of part or all of the Program and provisions as contained in Sections 2(b) and 3, above, by an order of the final court of competent jurisdiction, the parties shall meet expeditiously to adjust their Appendix to meet the requirements of the Code, and failing to reach agreement within thirty (30) calendar days after notification of such failure to comply by the Division, the matter shall be referred to *Howard S. Block, Esq.* for development of an appropriate provision or provisions consistent with the spirit of this Appendix.

        d.    No employee shall be denied the right to consult and/or be advised by legal counsel of his/her choice, if desired at any time during the processes established herein. However, it is recognized that the ADR Program here established is intended to be a non-adversarial, and until an arbitration is requested by a covered employee, no attorney shall participate in the system as counsel of record for either the employee, the carrier or the employer. Counsel fees until and unless awarded as part of an arbitration proceeding shall be the

APPENDIX B

sole responsibility of the person retaining the attorney.

10

THIS PAGE INTENTIONALLY LEFT BLANK

**COMPANY LETTERHEAD**

[Date]

Mr. Don Maurer
Labor Relations Specialist
Parsons Constructors, Inc.
100 West Walnut Street
Pasadena, CA 91124

Re:     Emergency Storage Project/SDCWA
        Labor Agreement-Letter of Assent

Gentlemen:

   This is to confirm that [Name of Company] agrees to be a party to and bound by the
Emergency Storage Project Labor Agreement ("the Labor Agreement") as entered into by and
between Parsons Constructors Inc., its successors or assignees, and the Building and
Construction Trades Department, AFL-CIO, and other signatory Building and Construction
Trades Councils and Unions, dated June 1, 1999 as such Labor Agreement may, from time to
time, be amended by the parties or interpreted pursuant to its terms.

   Such obligation to be a party to and bound by this Labor Agreement shall extend to all
work covered by said Labor Agreement undertaken by this company on the Emergency Storage
Project pursuant to Contract No., [Contract Number of identifying description], and [Name of
Company] shall require all its subcontractors, of whatever tier, to become similarly bound for all
their work within the scope of this Labor Agreement by signing an identical Letter of Assent.

                                         Sincerely,


                                         [Name of Construction Company]


By:_____
        [Name and Title of Authorized Executive]

cc:     Project Manager
        Emergency Storage Project
        San Diego County Water Authority

THIS PAGE INTENTIONALLY LEFT BLANK

EXHIBIT 4

**2007 - 2011**
**LABORERS- ENGINEERING**
**AGREEMENT**

*AGC MASTER LABOR AGREEMENT*

*FOR*

*ENGINEERING CONSTRUCTION*

*ASSOCIATED GENERAL CONTRACTORS*
*OF AMERICA*
*SAN DIEGO CHAPTER, INC.*

*AND*

*LABORERS' INTERNATIONAL UNION*
*OF NORTH AMERICA, LOCAL NO. 89*

*EFFECTIVE*
*JULY 1, 2007 THROUGH JUNE 30. 2011*



**Associated General Contractors**
**San Diego Chapter, Inc.**

# 2007 - 2011
# LABORERS- ENGINEERING
# AGREEMENT

# TABLE OF CONTENTS
Click on any heading below to view text

| SECTION # | DESCRIPTION | PAGE # |
|---|---|---|
| | PARTIES TO AGREEMENT/PURPOSE……………………….. | 1 |
| SECTION 1 | GENERAL PROVISIONS ………………………………………2 | |
| SECTION 2 | TERM, TERMINATION AND RENEWAL………………………3 | |
| SECTION 3 | AREA COVERED ……………………………………………3 | |
| SECTION 4 | WORK COVERED BY THIS AGREEMENT……………………..3 - 9 | |
| SECTION 5 | UNION RECOGNITION…………………………………………..9-10 | |
| SECTION 6 | OBLIGATIONS OF EMPLOYER………………………………10 | |
| SECTION 7 | EXISTING AND OTHER AGREEMENTS………………………..10 - 11 | |
| SECTION 8 | UNION SECURITY…………………………………………...11 | |
| SECTION 9 | UNION REPRESENTATIVES………………………………… 11 | |
| SECTION 10 | STEWARD (S)………………………………………………… 11 - 13 | |
| SECTION 11 | SAFETY…………………………………………………………13 | |
| SECTION 12 | INJURY………………………………………………………..13-14 | |
| SECTION 13 | DISCHARGE…………………………………………………14 | |
| SECTION 14 | HIRING………………………………………………………14 - 20 | |
| SECTION 15 | EQUAL EMPLOYMENT OPPORTUNITY………………………20 | |
| SECTION 16 | JURISDICTIONAL DISPUTES…………………………………20 - 21 | |
| SECTION 17 | STRIKES AND LOCKOUTS…………………………………21 | |
| SECTION 18 | PROCEDURE FOR SETTLEMENT OF GRIEVANCES AND DISPUTES………………………………..21 - 24 | |
| SECTION 19 | PAYMENT OF WAGES………………………………………...24 - 25 | |
| SECTION 20 | WORK PERIODS AND WORK RULES…………………………25 - 30 | |
| SECTION 21 | HOLIDAYS………………………………………………………30-31 | |
| SECTION 22 | TRANSPORTATION……………………………………………31 | |
| SECTION 23 | PARKING………………………………………………………31 | |
| SECTION 24 | FOREMAN……………………………………………………31 - 32 | |
| SECTION 25 | LABORERS SPECIAL CRAFT WORKING RULES AND WAGE RATES…………………………………… 32 - 39 | |
| SECTION 26 | TRUST FUNDS………………………………………………39 - 41 | |
| SECTION 27 | SUBCONTRACTING, EMPLOYEE RIGHTS, UNION STANDARDS AND WORK PRESERVATION……………...41 - 43 | |
| SECTION 28 | SAN DIEGO CONSTRUCTION ADVANCEMENT FUND 2003………………………………………………………44 | |
| SECTION 29 | PUBLIC WORKS PROJECTS COVERED BY THE DAVIS-BACON ACT………………………………………….. 44-45 | |



**Associated General Contractors
San Diego Chapter, Inc.**

# 2007 - 2011 LABORERS- ENGINEERING AGREEMENT

SECTION 30      CREW COMPOSITION AND SIZE…………………………………45
SECTION 31      ADA COMPLIANCE…………………………………………………45
SECTION 32      GENERAL SAVINGS CLAUSE……………………………………45
SECTION 33      LABORER JOINT APPRENTICESHIP COMMITTEE….…………46-47
                & FRINGE BENEFITS
SECTION 34      DELINQUENCY & COLLECTION
                PROCEDURE.……………………………………………………47-50
SECTION 35      PRE-JOB CONFERENCE………………………………………51
                SIGNATURES……..………………………………………………51
                ATTACHMENT #1……………………………………………... 52

**Associated General Contractors**
**San Diego Chapter, Inc.**

AGC MASTER LABOR AGREEMENT
FOR ENGINEERING CONSTRUCTION
ASSOCIATED GENERAL CONTRACTORS OF AMERICA
SAN DIEGO CHAPTER, INC.
AND
SOUTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS
AND ITS AFFILIATED
LOCAL NO. 89

## PARTIES TO AGREEMENT

This Agreement is entered into this 1st day of July 2007, by and between signatory members of Associated General Contractors of America San Diego Chapter, Inc., hereinafter referred to as the CONTRACTORS; and the Southern California District Council of Laborers, on behalf of itself and on behalf of its affiliated Local No. 89; hereinafter referred to as the Union.

## PURPOSE

The Contractors are engaged in construction work in Southern California and, in the performance of their present and future operations, are employing and will employ workmen under the terms of this Agreement. The Contractors want to be assured of their ability to procure workmen in the geographic area hereinafter defined in Section 3, in sufficient number and with sufficient skill to assure continuity of work in the completion of their construction work. The Union and the Contractors, by this Agreement, intend to establish uniform rates of pay, hours of employment and working conditions for the employees covered by this Agreement. The Union and the Contractors further intend by this Agreement to provide, establish and put into practice an effective method for the settlement of misunderstandings, disputes or grievances, with the thought in mind that the Contractors are assured continuity of operation and the employees of the Contractors are assured continuity of employment and industrial peace is maintained.

The parties to this Agreement recognize the necessity of assuring the competitive position of the parties within the industry during the terms of this Agreement. Consistent with that recognition, the parties will continually monitor the effectiveness of this Agreement relative to specific geographic or market areas and will endeavor, by mutual agreement, to initiate such modifications to the Agreement during its term as may be necessary to assure the work opportunities of the employees and the competitive position of the individual employers.

To effectively implement the foregoing, the parties to the Agreement hereby establish a Committee composed of two (2) representatives appointed by the Southern California District Council of Laborers and two (2) representatives appointed by the Associated General Contractors of America, San Diego Chapter, Inc. This Committee will review requests for changes in the terms and conditions of the Labor Agreement that may be necessary to preserve work opportunities for employees and individual employers covered by the Agreement. The Committee is authorized to recommend

such changes as it deems to be in the best interest of the parties to the Agreement, which changes, if approved as set for the below, shall not be subject to Section 7 of the Agreement.

Approval of any change shall not be subject to Section 16 or 17 of the Agreement, and shall require a written agreement approved and executed by duly authorized representatives of the Southern California District Council of Laborers and the Associated General Contractors of America, San Diego Chapter, Inc.

This Committee shall be empowered to develop rules and procedures for its deliberations.

## SECTION 1
## GENERAL PROVISIONS

A.    Definitions:

1.    The terms "Contractor" or "Employer," as used herein, shall refer to an Employer party to or bound by this Agreement.

2.    The term "Association," as used herein, shall refer to the Associated General Contractors of America, San Diego Chapter, Inc. The Contractors and the Union recognize and agree that the Association is the administrative representative of the Contractors, and the Association has no signatory status by the terms of this Agreement or otherwise.

3.    The term "Union," as used herein, shall refer to the Southern California District Council of Laborers and its affiliated Local Union 89 which has jurisdiction over the work in the territory covered by this Agreement.  The term "Local Union," as used herein, shall refer to Local Union 89, which has jurisdiction over the work in the territory covered by the agreement.

4.    The term "Workman" or "Workmen," as used herein, shall refer to a person, or persons, in the labor market who are not employed.

5.    The term "Employee(s)" as used herein, shall refer to the employed person, or persons, working in the jurisdiction covered by this Agreement.

6.    The term "Superintendent" as used herein shall refer to an employee who does not work with the tools of the trade and who may supervise employees working at the trade.

7.    All personal nouns and pronouns refer to the male and female gender.

8.    The "Method of Delivery of Written Notices," required by this Agreement shall be satisfied by one of the following means of delivery:  email, fax, certified mail or regular mail.

SECTION 2
TERM TERMINATION
AND RENEWAL

The term of this Agreement is July 1, 2007, to June 30, 2011, and from year to year thereafter unless either the Union or the Association gives written notice received by the other not less than sixty (60) days prior to June 30, 2007, or sixty (60) days prior to June 30 of any subsequent year, of a desire to change, amend, modify or terminate the Agreement.

SECTION 3
AREA COVERED

The area covered by this Agreement shall be San Diego County, California, and San Clemente Island, California.

SECTION 4
WORK COVERED BY THIS AGREEMENT

A.   1.   The Contractor may serve as a Construction Manager; Developer; Builder; or Owner-Builder.  The provisions of this contract apply to the Contractor only when the Contractor is performing with his own forces or when the Contractor subcontracts the performance of, the construction, alteration, modification, improvement, or repair, in whole or part of a structure, or other jobsite construction work within the recognized jurisdiction of the Union.   The agreement shall apply to and cover all hours of employment of each employee performing jobsite work.

2.   This Agreement is made for and on behalf of and shall be binding upon all eligible persons, firms or corporations who at the time of execution of this Agreement are, or during the term hereof become, eligible members of the Association.  The Union shall not dispatch workers or permit employees to work for a person, firm limited liability company, partnership, joint venture or other legal entity who as a "broker," or subcontractor furnishes workers to perform work covered by this agreement, or who arranges for workers to perform work covered by this agreement, or who arranges for workers to be placed upon the payroll of a Contractor.  A "broker" is a person, firm, Limited Liability Company, partnership, joint venture or other legal entity, including a Contractor or Subcontractor, who hire or arranges for the hire of jobsite employees but does not supervise or control their work or maintain the equipment they use.

3.   Each individual Contractor, whether corporate or other legal entity, or its successor, shall be liable under, subject to and bound by this Agreement.  It is agreed that the wages, hours and working conditions of this Agreement are the wages, hours and working conditions in the area covered by this Agreement.

4.   This Agreement is separate and distinct from and independent of all other Agreements entered into between the Union and other Contractor organizations, irrespective of any similarity between this Agreement and any such other Agreements, and no acts or things done by the parties to such Agreements or notices given pursuant

to the provisions hereof, shall change or modify this Agreement or in any manner affect the contractual relationships of the parties herein, except as otherwise provided in the Section covering existing and other Agreements

B.    This Agreement shall cover all engineering work coming within the claimed jurisdiction of the Laborers' International Union of North America, including the following:

(1)    It shall cover work on heavy highway and engineering construction, including the construction of, in whole or in part, or in improvement or modification thereof, including any structure or operations which are incidental thereto, the assembly, operation, maintenance and repair of all equipment, vehicles, and other facilities, including helicopters used in connection with the performance of the aforementioned work and services and including without limitation the following types or classes of work:

(2)    Street and highway work, grading and paving, excavation of earth and rock, including non-destructive utility line location (hydrovac operations), grade separations, elevated highways, viaducts, bridges, abutments, retaining walls, subways, airport grading, surfacing and drainage, electric transmission line and conduit projects, underground communication and conduit installation, fiberoptic installation, blowing, splicing, testing and related work for telephone, T.V. or other communication transmission through underground conduit, water supply, water development, reclamation, irrigation, draining and flood control projects, water mains, pipe lines, sanitation and sewer projects, dams, aqueducts, canals, reservoirs, intakes, channels, levees, dikes, revetments, quarrying of breakwater or riprap stone, foundations, pile driving, piers, locks, river and harbor projects, breakwaters, jetties, dredging, tunnels.

(3)    The construction, erection, alteration, repair, modification, demolition, addition or improvement, in whole or in part, of any incidental building structure, including oil or gas refineries and incidental structures, solar energy installations and appurtenances thereto, also including any grading, excavation, or similar operations which are incidental thereto, or the installation, operation, maintenance and repair of equipment, and other facilities used in connection with the performance of such building construction except where such structures are an incidental or supplemental part of highway and engineering construction, as defined in this Section.

(4)    All work involved in laying and installation of pipe outside of an incidental building, structure or other work, regardless of the material used or substance conveyed.

(5)    All work involved in laying and installation of pipe both outside and within sewage filtration and water treatment plants, including, but not limited to, mechanical and pressurized pipe within.

(6)    All work involved in laying and installation of landscaping irrigation pipe.

(7)    All work assigned to the Laborers in connection with the repairing of power tools on the jobsite. All work performed in the Contractor's warehouses, shops or yards which have been particularly provided or set up to handle work in connection with a job

or project covered by the terms of this Agreement and all of the production or fabrication of materials by the Contractor for use on the project shall be subject to the terms and conditions of this Agreement.

(8)    Repairs necessitated by defects of material or workmanship or adjustments of newly purchased and/or installed equipment or machinery will not be subject to this Agreement when such repairs and/or adjustments are made by the manufacturer thereof or his agents or employees pursuant to the terms of a manufacturer's guarantee and the Union will not hamper such manufacturer or his agents or employees on such exempted work.

(9)    It is agreed that where demolition work is included under the terms of the job specifications of the General Contractor or subcontractor such work, including the salvage of the material from the buildings to be demolished, as limited by the definition of "Demolition Laborer, the Cleaning of Brick and Lumber" contained in the wage scale, shall be performed by a person, firm or corporation signatory to this Agreement.

Subject to Paragraphs B, D and F of this Section, it is agreed that Laborers' work shall include but not be limited to:

(10)    All work necessary to tend all other building trades craftsmen, including stripping of concrete forms, handling and raising of slip forms, sewer cleaners, gardening, horticulture, landscaping, trackmen (construction, maintenance and repair), cleanup of debris, grounds and buildings, the unloading of trucks and moving of equipment and all General Laborers' work.  The hoisting of rods except when a derrick or outrigger operated by other than hand power is used is claimed as Laborers' work, also the erection and dismantling of scaffolding regardless of height.

(11)    All work in connection with excavation for incidental building and other construction including digging of trenches, piers, foundations and holes; digging, lagging, sheeting, cribbing and bracing of foundations, holes, caissons and cofferdams, manning, setting and moving all manually movable pumps.

(12)    All work in connection with concrete work, including all concrete tilt-up, including chipping and grinding, patching, sandblasting, water blasting, mixing, handling, shoveling, rough strike-off of concrete, concrete that may be hand worked by any method or means, conveying, pouring, handling of the chute from readymix trucks, walls, slabs, decks, floors, foundations, footings, curbs, gutters and sidewalks, concrete pumps and similar type machines, grout pumps, nozzlemen, (including gunmen and potmen), vibrating, guniting and otherwise applying concrete whether done by hand or any other process; and wrecking, stripping, dismantling and handling concrete forms and false work, cutting of concrete piles and filling of cracks by any method on any surface.

(13)    Preparation, installation and application of epoxy, including the setting of dowels.

(14)    All work in the excavation, grading, preparation, concreting, asphalt and mastic paving, paving, ramming, curbing, flagging, traffic control by any method, and laying of other stone materials, and surfacing of streets, ways, courts, underpasses, overpasses and bridges.

(15)    All work in connection with the operation of spreader boxes, such as True-Lay, Rola Pavers and Laytons or similar type models, including but not limited to shoveling and shifting material and cleaning of boxes.

(16)    All work in connection with the cutting of streets and ways for all purposes, including aligning by any method, digging of trenches, manholes, etc., handling and conveying of all materials for same; concrete of same; and the backfilling, grading and resurfacing of same.

(17)    All work in connection with the construction of caissons, cofferdams, subways, aqueducts, irrigation water lines, culverts, flood controls, and both metallic and non-metallic drains and sewers, any type of conduit, no-joint pipe, including the cribbing, lagging, bracing, sheeting and checking grade for pipe laying, trench jacking and handling of hand-guided lagging hammers on all open trenches and ditches.

(18)    All work in connection with the shoring and under-pinning, including cutting, fitting, placing and raising, of all structures, soldier beams and sheet beams.

(19).    All work in connection with drilling, all work of loading, placing and blasting of all powder and explosives of whatever type, regardless of the method used for such loading and placing.   All power drills (whether core, diamond, wagon, track, multiple unit or other) and any and all types of mechanical drills without regard to motive power, size of drill bit, or self-contained nature of the machine.

(20)    All work in connection with horizontal directional drills, including operation of drill and electronic tracking device (locator).  All helper work on water well drills.

(21)    All work involved in the construction, replacement, alteration or modification of all rail lines, including salvage, demolition and take up, on main lines, siding, service lines or on any structures part of or appurtenant to such facilities, whether located on railroad, public or private property and rights of way of any sort.

(22)    All signaling and rigging in connection with Laborers' work.

(23)    All work in connection with the wrecking of buildings and structures as limited by the definition of "Demolition Laborer, the Cleaning of Brick and Lumber" contained in the wage scale.

(24)    All work in connection with the slinging, handling and placing of all riprap, rock and stone on highways, jetties, retaining walls or wherever used, wrecking yards and wrecking work on construction and/or razing sites.

(25)   The operation of remote controlled robotic equipment in connection with Laborers' work.

(26)   Mechanically stabilized earthen wall construction and installation.

(27)   All work on precasting or prefabrication at the construction project site or at a precast or prefabrication yard specifically established and operated for that one particular construction job.

(28)   All stocking and distribution of drywall material after it has been delivered to the jobsite; general cleanup of drywall scrap, framing scrap, lathing scrap, roofing scrap, plastering scrap, electrical scrap and associated materials; jobsite distribution of all appliances, ranges and furniture as well as cleanup work associated therewith.

(29)   The installation of all forms of fencing of any type or material including but not limited to chain link, V-mesh, rectangular and square mesh fabrics, revetments, wire netting and barb wire, baseball backstops, tennis courts, cribs, cages, window guards and safety screens, interior and exterior.  All screens including panels of metal, fiberglass, glass or synthetic materials.  Metal corrals, pens, runs or enclosures.  Metal and wood guard rail, road markers and street signs.  Post and cable or chain fences or barriers.  Installation of recreational game equipment including swings, slides, climbing structure, basketball backstops, net post and bars.  Installation of metal gates and mechanical operators.  Balcony railings where wire mesh, metal or wood panels are involved.  Flag poles and street subdivision identification sign posts.  All post hole drilling or excavation and the driving of fence posts for the work described above. The loading, moving and unloading of fencing materials.

(30)   Installation and cutting of pavers and paving stone.

(31)   Operation of all small skid steer loaders.

C.   Classifications listed in this Agreement which are not listed under this Section shall be included in the coverage and description of Laborers' work claimed just as though incorporated in full in this Section.  This does not restrict the Laborers from performing other work.

D.   It is agreed that work covered by the following Union agreements: Plaster Tenders, Brick Tenders, Tunnel, Horizontal Directional Drilling, Asbestos, Parking and Highway Improvement and Landscape (referred to as "Satellite Agreements") are a part of the work description covered by this Agreement and are a part of the bargaining unit work covered by this Agreement.  To the extent that any work covered by such agreement is encompassed by any construction agreement being performed by or let to the Contractor, such other wages, hours and economic terms of employment shall be considered a part of this Agreement by reference.  If the Union has a Satellite Agreement for San Diego County only, that Satellite Agreement shall apply to the work. If the Union has no Satellite Agreement covering San Diego only, the Union's Satellite Agreement covering the Southern California area shall apply to the work in San Diego County, including the provisions for wages and fringe benefit contributions.  It is agreed

that the foregoing work is unit work and as such the subcontracting provisions of Section 27 shall be applicable to such work.

E.      This Agreement shall not prevent the Contractor from negotiating or making agreements with the Laborers' Union for any work or classification not covered by this Agreement.

F.      Whenever any work covered by this Agreement is to be eliminated or modified by the introduction of any new machine, mechanized process, new or different materials, or new or different method or technology with respect to the performance of such work, persons employed under this Agreement and subject thereto, will be given preference for employment and will be assigned such work where it is not in conflict with International jurisdictional agreements with respect to such new machine, mechanized process, new or different material, or new or different method or technology; and the use of any such new machine, mechanized process, new or different material, or new or different method or technology shall be subject to and covered by this Agreement, regardless of the nature, size or characteristics of such new machine, mechanized process, new or different material, or new or different method or technology.

G.      Work involved in laying and installation of pipe which is covered by this Agreement shall include, but shall not be limited to:

        1.      All work incidental to the laying of pipe, the unloading, handling and distribution of all pipe, fittings, tools, materials and equipment, and laser beam operation.

        2.      Industrial pipe fitting in connection with Laborers' work.

        3.      All inside pipe coating or lining by any method including joint finishing; pipe bursting.

        4.      Welding, certified or otherwise in connection with Laborers' work.

        5.      Installation of low voltage automatic irrigation and lawn sprinkler systems, including but not limited to installation of automatic controllers, valves, sensors, master control panels, display boards, junction boxes and conductors including all components thereof.

        6.      Installation of valve boxes, thrust blocks, both precast & poured in place, pipe hangers & supports incidental to installation of the entire piping system.

        7.      Start-up testing, flushing, purging, water balancing, placing into operation all piping equipment, fixtures and appurtenances installed under this Agreement.

        8.      Any line inside a structure which provides water to work covered by this Agreement, including piping for ornamental pools and fountains when done in conjunction with landscaping.

9.      All piping for ornamental stream beds, waterways and swimming pools.

10.     All piping for sewers and drain lines and all preparation on the jobsite allied directly thereto, including fabrication, replacement, repair and service of such installations.

11.     All temporary irrigation and lawn sprinkler systems, all temporary water lines.

12.     All decorative landscaping, such as decorative pools, ponds, reflecting units, hand grade landscaped areas, finish grade, spread top soil, build mounds, trenching by normal methods, backfill trenches, seed lawns, lay sod, use of ground cover such as flatted materials, riprap, gravel & rock, crushed rock, pea gravel and all other landscapable ground covers, installation of header boards and mowing edges, soil preparation such as wood shavings, fertilizers (organic, chemical or synthetic), top dress ground cover areas with bark or any wood, residual or other specified top dressing.

H.      All work in connection with the handling, control, removal, abatement, encapsulation or disposal of toxic waste.  The work tasks shall include, but not be limited to, the erection, moving, servicing and dismantling of all enclosures, scaffolding, barricades, etc., and the operation of all tools and equipment used in the handling, control, removal or disposal of  toxic waste; as well as the bagging, cartoning, crating, or otherwise packaging of materials for disposal.

I.      All work in connection with traffic control, including but not limited to flagging, signaling, assisting in the moving and installation of barriers and barricades, including k-rail, safety borders and all equipment; operation of pilot trucks.

J.      All work in connection with geotechnical, toxic or hazardous waste, environmental remediation, environmental investigation, anode or cathodic protection drilling, including but not limited to helper, drilling crew foreman, operation of geotechnical or environmental drills and development equipment without regard to motive power, size of drill bit or gig, type or method of drilling or self contained nature of the machine. Drills include but are not limited to Central Mine Equipment (CME), Foremost, Geoprobe or other similar makes. Covered work in this paragraph and in corresponding classifications does not include accredited/licensed professional consultants.

K.      Operation of all vehicles in connection with laborers work.

SECTION 5
UNION RECOGNITION

A.      The Contractor recognizes the Union as the sole and exclusive collective bargaining representative of all employees and persons employed to perform work covered by this Agreement. It is understood that the Union does not at this time, nor will it during the term of this Agreement, claim jurisdiction over the following class of

employees: executives, superintendents, assistant superintendents, master mechanics, timekeepers, messengers, office workers or any employees of the Contractor above the rank of craft foreman. Employees and persons employed to perform work covered by this Agreement specifically include Craft Foremen.

B.      The Union recognizes the Associated General Contractors of America San Diego Chapter, Inc., as the sole and exclusive bargaining representative for their eligible members, present and future, who are or who become bound by this Agreement and agree that during the term of this Agreement it will not negotiate or enter into any agreement with such individual member of the Association relative to part or all of the subject matter covered by this Agreement.

## SECTION 6
## OBLIGATIONS OF EMPLOYER

This Agreement shall be binding upon each and every eligible member of the Associated General Contractors of America, San Diego Chapter, Inc., with the same force and effect as if this Agreement were entered into by each eligible member individually. All eligible members of the Associated General Contractors of America San Diego Chapter, Inc., shall remain bound under this Agreement for the term of the Agreement irrespective of whether any eligible member shall resign or be suspended from the Association prior to the expiration date of this Agreement and such liability shall survive the termination or suspension of membership and remain in force during the term of this Agreement, provided, however, that as to such former of suspended members, the provisions of Sections 16, 17 and 18 shall not apply from the time when such member resigns or is suspended from the Association. Such former or suspended member shall automatically be bound by all of the terms of the Laborers' Short-Form Agreement for the Construction Industry except that he may terminate the Short-Form Agreement by giving the Association and the Union at least sixty (60) days written notice prior to June 30, 2011 (or June 30 of any subsequent year if the Union fails to give notice in 2011) of his intent not to be bound by any new or renewed Agreement. Thereafter the termination clause of the Short-Form Agreement shall apply. The Association will advise the Union of any new or resigned or suspended members within thirty (30) days after admission to membership or change in membership status.

## SECTION 7
## EXISTING AND OTHER AGREEMENTS

A.      In the event the Union establishes special conditions for work covered by this Agreement, those special conditions shall be made available to the Contractor or individual Contractors who wish to perform the designated work in the same locality.

B.      This Agreement shall be deemed to have been executed when the parties signing shall have affixed their signatures hereto.

C.      The provisions of this Section will not apply to special projects or jobsite agreements which may be negotiated in the area covered by this Agreement.

D.    The Union will promptly notify the Employer in writing of any amendment, modification, exception or addendum of this Agreement which might be negotiated in any area covered by this Agreement between the Union, an individual employer or group of individual employers.  No contractor signatory hereto shall be required to pay higher wages or be subject to less favorable working conditions than those applicable to other Contractors employing workers covered by the terms of this Agreement.

SECTION 8
UNION SECURITY

A.    It is agreed that all employees covered hereby shall be, or become, on the eighth day after employment or the eighth day after the execution of this Agreement, whichever is later, and remain continuously members in good standing of the Union signatory hereto and on whose behalf this Agreement is executed as a condition of employment.  Membership in the Union shall be available upon terms and qualifications not more burdensome than those applicable at such times to other applicants for membership to such Union.

B.    The Contractor shall discharge any employee pursuant to the foregoing section upon written notice from the Union of such employee's non-payment of initiation fees or dues.  Such written notice shall indicate the amount of initiation fees or dues which are in a state of delinquency and shall give the employee forty-eight (48) hours within which to cure the delinquency.  The Contractor agrees to furnish a copy of such notice to the employee forthwith.  The Union will hold the Contractor harmless for compliance with this Section.

SECTION 9
UNION REPRESENTATIVES

A Union representative must comply with all safety and health regulations and established practices of the Employer. In no event shall the representatives of the Union interfere with the progress of the work.  The Union business representative or special representative shall have access to the project during working hours and shall make every reasonable effort to advise the Contractor or his representative of his presence on the project.

SECTION 10
STEWARD (S)

A.    The craft job steward, if any, shall be a working employee appointed by the Union, who shall, in addition to his regularly assigned work, be permitted to perform during working hours, such of his steward duties, as outlined in Paragraph C, as cannot be performed otherwise.   The Union agrees that such duties shall be performed expeditiously as possible and the Contractor agrees to allow the performance of such duties as herein set forth. The Union shall notify the Contractor or his representative, in writing, of the appointment of a craft job steward, and send a copy to the Contractor's home office address.

B.    It is recognized by the Contractor that the employee selected as the job steward shall remain on the job as long as there is work being performed in a classification in which he is qualified to perform, except that at the completion of the job, the Contractor shall not be required to retain the steward in lieu of the foreman or key man upon reduction in force.    The Contractor or his representative, before laying off, or discharging the craft job steward for any cause other than stated in Paragraph C, below, shall notify the Union in writing of his intent to do so two full working days prior to such intended layoff or discharge.  The Contractor or his representative will meet with the representative of the Union during this two day period and attempt to resolve the matter. The craft job steward shall not be discharged or laid off for the performance of his agreed upon duties when performed in accordance with this Section, or without just cause.

C.    To promote harmony between the Union and the individual Contractor, the craft job steward shall be limited to and shall not exceed the following duties and activities:

1.    Check the job referral of each employee dispatched under the terms of this Agreement to the Contractor.

2.    Work with the Contractor's designated representative in charge of the job in an attempt to resolve disputes prior to the application of the grievance procedure.

3.    Report to the Contractor's designated representative any employee covered by this Agreement who works for less than the negotiated wage scale, for less than the overtime rate or who goes to work without a referral.

4.    Report to the Contractor's designated representative any work belonging to his craft being done by non-dispatched men or by workmen of another craft.

5.    Report to his Business Representative infractions of the Agreement which have not been resolved between himself and the Contractor's designated representative.

6.    Report to his Business Representative any employee covered by this Agreement who leaves the jobsite without giving the Contractor and the craft job steward prior notice.

7.    Report any reckless or unsafe employees covered by this Agreement on the jobsite to the Contractor's designated representative or his Business Representative.

8.    The craft job steward shall not:
   a.    Stop the Contractor's work for any reason;
   b.    Tell any workman or any employee covered by this Agreement that he cannot work on the job;
   c.    Initiate any physical altercation with any person on the jobsite.
   d.    Violate company safety programs and employment policies not in conflict with this Agreement.

9.     Infraction of any of the rules in subparagraph of 8 shall be cause for immediate dismissal of the craft job steward without any prior notice and this shall be the exclusive remedy for a violation of this Section.

10.     Any dispute in connection with this Section 10 shall be referred to the Grievance and Arbitration procedure of this Agreement.

11.     The Employer shall not be required to retain the steward in lieu of any employee whose employment with the employer predates that of the steward.

SECTION 11
SAFETY

A.     The Union shall cooperate (1) with the individual Contractor and with each other in carrying out all of the individual Contractor's safety measures and practices for accident prevention, and (2) employees shall perform their duties in each operation in such a manner as to promote efficient operations of each particular duty and of any job as a whole.  The individual Contractors must post the name and address of their doctor and the compensation insurance carrier on the jobsite.

An employee who has been found, through the grievance procedure, to have been unjustifiably disciplined or discharged for refusing to perform work which would endanger his health or safety, or the health or safety of any other employee, shall be reinstated in his former classification.  This is not to be construed as a waiver of the employee's rights under Section 502 of the Labor Management Relations Act of 1947, as amended.

The Contractor shall be solely responsible for implementation and maintenance of such safety laws, rules, regulations, standards, orders and decisions.  Neither the Union nor the local Union or District Council are responsible for such implementation or maintenance. Employees and the Union shall comply with all applicable safety and health regulations and with the safety practices of the Employer.

After July 1, 2000, all graduates of a Laborers' Training Program shall receive certification that they have successfully completed the Basic Safety Course to be developed by the Laborers Training and Retraining Trust Fund of Southern California. Such certification will be at no cost to the Contractor.

SECTION 12
INJURY

A.     When an employee is injured while at work to the extent of being unable to work for the balance of the day, he shall be paid for a full day at his regular rate.  His ability to work or not to work shall be determined by a qualified physician.

B.     The Employer shall not discharge or discriminate against an employee under this Agreement because of an industrial injury incurred prior to employment, or the filing of a claim for workers' compensation benefits.

## SECTION 13
## DISCHARGE

A.     The Contractor shall have complete freedom of selectivity in hiring and the Contractor retains the right to reject, for any reason, any job applicant referred by the employment facility.  The Contractor may discharge any employee for any cause which he may deem sufficient, provided there shall be no discrimination on the part of the Contractor against any applicant or employee, nor shall any such employee be discharged by reason of any Union activity not interfering with the proper performance of his work.

B.     No employee covered hereby may be discharged by an individual Employer for refusing to cross a lawful primary picket line sanctioned by the Building and Construction Trades Council in the area or for engaging in any other conduct protected by Sections 7 or 502 of the Labor-Management Relations Act of 1947, as amended.

C.     The Union recognizes the Employer's right to establish a drug testing policy for its employees. Any employee may be terminated for refusing to submit to 1) drug screening and/or drug testing, 2) for drinking on the job, 3) for drunkenness, 4) for dishonesty or for any lawful reason which affects the employee's qualification to perform work on the jobsite.

D.     Any discharge may be subject to the grievance procedure.

## SECTION 14
## HIRING

A.     In the employment of workmen for all work covered by this Agreement, the following provisions shall govern:

     1.     Local Union 89 shall establish and maintain an employment facility at which it shall establish and maintain an open and non-discriminatory employment list for the use of applicants for employment in the geographical area serviced by that employment facility.

     2.     Applicants shall be registered on the employment list in the order of time and date of registration.  There shall be five (5) groupings in the out-of-work list as hereinafter more particularly described.

     3.     Each applicant for employment shall be required to furnish such data, records, names of employers, length of employment or other information as may be considered necessary to the operation of said employment lists and each applicant shall complete prior to registration such forms for recording such information as may be

submitted to him. Applicants shall list any special skills, special licenses and certifications which they may possess.

4.  The Contractor shall first call the Local 89 employment facility and that employment facility shall immediately dispatch to the Contractor the number of qualified and competent applicants of the classifications needed and requested by the Contractor. The employment facility shall dispatch workmen strictly in accordance with the provisions of this Agreement.

5.  It shall be the responsibility of the Contractor, when ordering men, to give the employment facility all of the pertinent information regarding the prospective employment.

6.  (a) The employment facility will furnish in accordance with the request of the Contractor each such qualified and competent applicant from among those registered on said employment list to the Contractor by use of a written dispatch slip stating information pertinent to the prospective employment, in the order of preference stated below. The selection of applicants for dispatch to jobs shall be on a non-discriminatory basis and shall not be based on, or in any way affected by, Union membership, by-laws, rules, regulations, constitutional provisions, or any other aspect or obligation of Union membership, policies or requirements. The order of preference in the dispatch of applicants who are available for employment is as follows:

Group A: Applicants whom a Contractor requests by name who have been laid off or terminated from employment of the type covered by this Agreement in the area served by the employment facility within five (5) years before a request from the same Contractor or a joint venture of which one (1) or more members is a former employer, who laid off or terminated them provided they are available for employment. This provision shall also apply to individual employers wishing to rehire employees of a joint venture of which the individual employer was a member.

Group B: In addition to requests permitted in Group A, above, the Contractor may request for employment in Wage Classification Groups II, III, IV, and V, any person registered on the out-of-work list out of order for any reason; provided, however, that the person has worked at least three hundred (300) hours under this Agreement in the previous six (6) months in the area served by the Local Union employment facility, or has been available for work on the out of work list at least 300 hours (calculated at 8 hours per day) at the Local Union employment facility, or a combination of both totaling at least 300 hours. Under this section, working in the area served by the Local Union employment facility shall include a person dispatched to a Contractor in that area and then transferred by the Contractor to another area pursuant to the transfer provisions contained in this Agreement. At no time shall any job contain more than fifty (50%) percent of persons requested under this section.

Group C: Applicants whose names are entered on the employment list of the registration facility and who are available for employment and who have been employed in the type of work covered by this Agreement within the geographical jurisdiction of San Diego County for at least one hundred (100) hours within the preceding year. Workmen

in Group C shall be referred on a first-in, first-out basis; that is, the first man registered in that group shall be the first man referred.

Group D: All other applicants whose names are entered on the employment list of the registration facility and who are available for employment. Workmen in Group D shall be referred on a first-in, first-out basis; that is, the first man registered in that group shall be the first man referred.

Apprentices: The Local Union, through the Joint Apprentice Committee, shall dispatch Apprentices from a separate list on a first-in, first-out basis: that is, the first person registered in that group shall be the first person referred; provided, however, a Contractor may request an Apprentice by name and such Apprentice shall be dispatched regardless of the Apprentice's placement on the list.

(b) Notwithstanding the provisions of this Section, a worker shall be given preference in the order of dispatch under any of the following circumstances:

1. A Contractor becomes newly bound to this Agreement and requests the dispatch of its existing employees at the time the Contractor becomes bound.

2. A Contractor agrees to sponsor an employee as a Journeyman Laborer who has not worked under any Laborers Union Agreement; provided the Contractor agrees in writing that he intends to employ the worker on a full time basis. The Contractor shall send a letter to the Local Union to document its request.

3. A worker is "stripped" from a non-union employer and is dispatched to a Contractor.

4. A worker is a certified job steward and is dispatched to the job to act in such capacity.

At no time shall any job contain more than fifty percent (50%) of persons requested under subsection 2, 3 and 4 above.

(c) For Contractor requests by name pursuant to the provision of Section 14, Paragraph A 6(a), Group A and B and Apprentices, above, the Contractor shall document the request in writing, dated, signed by an appropriate management representative, specifying whether the person is a rehire and name of the job for which the referral is requested.

(d) Available for employment shall mean persons eligible for referral and present at the hiring hall or present at their residence telephone (if the Local Union permits dispatching by telephone) during the Local Union's posted dispatch hours, and all persons eligible for referral and present at the hiring hall after posted dispatch hours, unless excused for the following reasons:

1. When death occurs in the immediate family, from the date of death and not exceeding one (1) week after the date of burial; provided, however, that the applicant produces bona fide proof of such death.

2. Persons on jury duty provided they produce bona fide proof they are serving on jury duty.

3. Persons temporarily serving the U.S. Military Reserve, provided they produce bona fide proof of such service.

4. Required attendance at a Workers' Compensation hearing or other administrative or court hearing provided they produce bona fide proof of their required attendance at such hearing.

5. Any other reason stated in the Local Union's hiring hall rules.

(e) Persons shall be eliminated from the registration list for the following reasons:

1. Dispatched to a job, except that a person who is rejected by the Contractor or fails to complete five (5) full days of work (or such other period of time set forth in a Local Union's hiring hall rules) shall retain his/her position on the list. Upon request of the Contractor, no person who is rejected by the Contractor shall be dispatched again to the Contractor. Upon Local Union's request, the Contractor will confirm its request in writing.

2. Failure to accept the dispatch.

3. Unavailable for employment during posted dispatch hours.

4. Failure to report to a job to which the person was dispatched.

5. Failure to register or attend roll call in accordance with the Local Union's rules.

6. Rejected by the Contractor for failure to pass a drug or alcohol test. Such person will not be dispatched again until he passes a drug and alcohol test at a facility designated by the Local Union. The cost of the test shall be borne by the worker.

7. Any other reason stated in the Local Union's hiring hall rules.

(f) The Local Union shall suspend from the journeyman registration list any person who demonstrates a lack of journeyman skills, qualifications, or work ethic. A person's lack of skills, qualifications, or work ethic shall be based on the following:

1. Any person who has been laid off or quit a job prior to working at least 10 days with the Contractor, on at least three occasions within the past 12 months; or

2. At least two Contractors have documented in writing within the last 12 months the person's lack of skills, qualifications or work ethic. A person will not be dispatched to a Contractor who advises the Local Union in writing that it will not accept the worker for employment; or

3. Any person who has failed to work in the construction field under a Laborers Union Agreement at least 500 hours during the last 12 months or prior calendar year, provided that the person was not on disability, workers compensation or otherwise unavailable for work during a majority of the time period.

A person suspended from the registration list shall be referred to the Laborers Training School for testing and evaluation. If the Training School determines that the person has the skills and qualifications of a journeyman laborer, such person shall be reinstated to his place on the registration list had he not been suspended.  If the Training School determines that the person does not have the required skills and qualifications of a journeyman, the Training School shall prescribe a course of training prior to being allowed back on the registration list.

(g) There is hereby established a Joint Referral Committee consisting of four (4) representatives of the Contractor and four (4) representatives of the Union. The establishment of the Committee is for the purpose of interpreting and enforcing all the terms and provisions of Section 14, A.  Any person having any disagreement with an applicant's placement or dispatch under Section 14, A, shall submit his grievance to the Joint Referral Committee, by filing a written grievance with the Local Union stating the reasons for the grievance within ten (10) working days after the occurrence of the grievance.  The Joint Referral Committee shall have full power to adjust the grievance and its decision shall be final and binding upon the person submitting the grievance and all other parties involved in the dispute.  In the event of deadlock of the Joint Referral Committee, the grievance shall be referred to the permanent hiring hall neutral arbitrator, whose decision shall be final and binding.  The costs of arbitration shall be borne equally by the Contractor and the Local Union involved in the dispute.  Forms for the submission of any such grievance shall be available at all times in the offices of the Local Union.  Neither the Joint Referral Committee nor the permanent hiring hall neutral arbitrator has the authority to modify, vary, change, add to or remove any of the terms or conditions of this Agreement.

(h)    The parties agree that, at its option the Local Union may elect to delete Group D by posting written notice of such election at the place of dispatch.

(i) When ordering workmen, the Contractor will give notice to the Local Union, or its Agents, not later than 2:30 p.m. of the day prior (Monday through Friday), or in any event, not less than seventeen and one-half (17½) hours before the required reporting time; and in the event that forty-eight (48) hours after such notice the Local Union, or its Agents, shall not furnish such workmen, the Contractor may procure workmen from any other source, or sources.  If workmen are so employed, the Contractor will immediately report to the Local Union, or its Agents, each such workman by name.

18

B.    1.    New Employees who have not worked under this Agreement may be employed by the Contractor as a Journeyman, if so requested by the Contractor and if in accordance with this Agreement. Otherwise, all such employees should be screened and tested by the Joint Apprenticeship Committee to determine whether the employee is a journeyman or should be registered as an apprentice.

2.    In the event an employee is employed as a Journeyman at the request of a Contractor pursuant to section 1, above, and leaves the employment of the Contractor and returns to the Local Union for dispatch, the employee shall be referred to the Joint Apprenticeship Committee for screening and testing to determine whether the employee shall maintain journeyman status or should be registered as an apprentice. The JAC's decision shall determine whether the employee is placed on the journeyman or apprentice out-of-work list for dispatch to another employer.

C.    The Contractor recognizes the desirability of employing workmen from the area in which the work is located and the Union recognizes that in the employ of the Contractor are Laborers who are necessary to the efficient continuity of the Contractor's operations. Therefore, the Contractor may transfer up to four (4) Laborers and one (1) foreman to the jobsite from the Southern California area outside of San Diego County. After the transfer of no more than four (4) Laborers and one (1) foreman, the Contractor must hire the next three (3) Laborers from the Local Union. Thereafter the Contractor may transfer from the Southern California area outside of San Diego County one (1) additional Laborer for each Laborer hired from the Local Union 89 hiring hall. The Contractor shall keep this 50-50 ratio intact (one (1) local person and one (1) person from outside the area) in employing, laying off and terminating Laborers. Foreman shall be excluded from any ratio. Only employees who have been employed by the Contractor for at least three hundred (300) hours in the last six (6) months may be transferred from one area to another area. The Contractor must properly clear all employees, including foreman and Key employees, with a dispatch slip from the Local Union 89. The Union will not unreasonably withhold issuing a clearance. For the transfer of additional Laborers, the Contractor shall first contact Local Union 89. Any additional transfers shall only be made by mutual consent.

D.    Workmen employed but not properly dispatched by written referral for work covered by this Agreement shall be removed immediately at the request of the Union in writing, to the Contractor or his representative and the Contractor shall immediately request employees to replace those removed from the Union's hiring hall. A workman so removed shall be paid only for actual hours worked. Following the first such occurrence, successive violations of the provisions of this Section shall be handled in the following manner:

Workmen employed but not properly dispatched by written referral for work covered by this Agreement shall be removed immediately at the request of the Union in writing to the Employer or his representative. There being no exact method of determining in advance the precise damages involved in the Employer's failure to use the hiring hall or the identity of the injured worked entitled to damages, the Employer shall contribute one day's pay at journeyman's rate for each day or part day worked by

an employee so removed into the Union's Health and Welfare Trust after violation has been affirmed by the Joint Conference Board. A workman so removed shall be paid only for the hours worked. The Employer shall report in writing to the Union the date of hiring each such employee, the number of days and parts of days worked by each such employee, name, address and social security number. If the Union improperly dispatches workmen, the above shall be considered null and void for that case only. In the event of a dispute regarding this section the grievance shall be settled by the procedures set forth in Section 18. This paragraph shall not in any manner apply to jurisdictional disputes between Unions. No citation shall be issued on an employee at work on a call back basis provided his layoff did not exceed five days and that he secures a valid referral slip within twenty-four hours after notification by the Union's Employee transfers into San Diego County.

## SECTION 15
## EQUAL EMPLOYMENT OPPORTUNITY

A.     The Employer and the Union will not discriminate against any person with regard to employment or Union membership because of his or her race, religion, color, sex, age, national origin, or ancestry and hereby declare their acceptance and support of existing laws. This shall apply to hiring, placement, training during employment, rates of pay or other forms of compensation, layoff or termination, and application for admission to union membership. A violation of this paragraph shall be subject to the grievance procedure but not subject to the hearing procedure before the Joint Adjustment Board or arbitrator contained in Section 18.

B.     If the Union is unable to refer applicants for employment to an employer in sufficient number, or sufficient type, from the groups represented within the local area as may be necessary to enable the Employer to fully comply with minority or female hiring requirements imposed by its construction contract with any Federal, State or governmental body, commission or agency or to enable the employer to fully comply with all Federal and State Laws, Presidential Executive Orders, regulations, rules, directives or orders which cover hiring and which are applicable to the Employer, the Employer may directly recruit from any source such number of minority or female applicants acceptable to the Employer as may be necessary to satisfy the Employer's needs to effect such compliance. As an exception to the dispatch procedures in Section 14, the Union may dispatch workers who are not next in order, to aid the Employer in complying with government requirements.

C.     The Employer shall submit to the Union, in writing, any such request for minority or female applicants for employment, together with a copy of the order, directive, rules or regulations pursuant to any such Presidential Order, Federal, State or local law; the Construction project number, and a copy of the compliance order.

## SECTION 16
## JURISDICTIONAL DISPUTES

A.     During the term hereof, there shall be no strikes, slowdowns or stoppages of work occasioned by jurisdictional disputes between the union signatory hereto and any

other union and that all employees covered by this Agreement shall perform the work customarily performed by them and will cooperate and work with members of other organizations affiliated with the Building and Construction Trades Department, AFL-CIO, National Construction Alliance, or the International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America without regard to past, present or future disputes on jurisdictional claims.

B.      When making work assignments, the Contractor shall assign the work in accordance with existing inter-craft agreements. In the absence of such inter-craft agreements, then past practice or the prevailing practice in the locality shall apply. The Union will furnish the Association with approved inter-craft agreements. The locality for the purpose of determining the prevailing practice shall be defined as the geographical area covered by this Agreement. If a dispute arises prior to the assignment of work, or where there is no predominant practice in the locality or intercraft agreement, the Contractor shall consult the representatives of the contesting trades regarding any arguments of facts the trades may wish to present to their claim to the work.

C.      Jurisdictional disputes shall be settled by the Unions themselves. If not settled, then the dispute shall be submitted to the International Presidents of the Unions involved in the dispute for determination. While such procedures are being invoked and exhausted, the work shall proceed as assigned by the Contractor. The Contractor and the Union shall be and are bound by such determination and decision and the misassignment, if any is found, shall be promptly corrected by the Contractor.

SECTION 17
STRIKES AND LOCKOUTS

A.      It is the purpose and intent of the parties that all grievances or disputes arising between them over the interpretation or application of the terms of this Agreement shall be settled by the procedures set forth in Section 18 and that during the term of this Agreement the Union shall not call or engage in, sanction or assist in a strike against, or any slowdown, or stoppage of work of the Contractor.  During the term of this Agreement, a Contractor shall not cause or permit any lockout of the employees covered under this Agreement.

B.       Except as otherwise provided in this Agreement, there shall be no strike, lockout or work stoppage by any party hereto or any individual Employer.

SECTION 18
PROCEDURE FOR SETTLEMENT OF
GRIEVANCES AND DISPUTES

A.      There is hereby established a Laborers' Joint Adjustment Board consisting of four (4) regular and four (4) alternate representatives of the Contractors and four (4) regular and four (4) alternate representatives of the Union. The establishment of this Board and the purpose of its existence is for the purpose of interpreting and enforcing all the terms and provisions contained in this Agreement. No dispute, complaint or grievance shall be recognized unless called to the attention of and, in the event it is not resolved,

confirmed in writing to the individual Contractor, the appropriate Association, or the Local Union and the Union within fifteen (15) calendar days, except on discharges, which shall be seven (7) working days after the alleged violation occurred. It is agreed that no attorneys will be included in the provisions of this procedure.

B.     An individual employee having a grievance or dispute shall first attempt to adjust said grievance or dispute with the Contractor or his representative. If the grievance or dispute is not settled at the first step, then the job steward, if any, is to receive grievances or disputes from employee members of his craft and shall immediately report them to his business representative or special representative, who shall attempt to adjust said grievance or dispute with the Contractor or his representative.

C.     In cases of violation, misunderstanding or differences of interpretation of this Agreement by either party, there shall be no cessation or stoppage of work except as otherwise provided in this Agreement.

D.     In the event a grievance or dispute cannot be satisfactorily adjusted on the job between the representative of the Union and the Contractor or his representative within twenty-four (24) hours, the Labor Relations Representative of the appropriate Contractor's Association shall meet as soon as possible with the Contractor and the Union representative in an attempt to resolve the dispute. If the dispute is not resolved at this meeting, the issue shall be immediately referred to the Joint Adjustment Board in writing for their consideration and decision.

E.     A contractor shall refer a grievance or dispute to the Chairman of the Joint Adjustment Board through the appropriate Employer Association. The Association shall then refer the grievance or dispute to the Board by sending written notice to the Contractor and the Union Chairman of the Joint Adjustment Board. The Local Union shall refer a grievance to the Joint Adjustment Board by sending written notice to the Union Chairman of the Joint Adjustment Board and the Management Chairman of the Joint Adjustment Board. The written notice of referral required by this paragraph shall contain the name of the Contractor and the Local Union directly involved, the date and place of occurrence of the grievance or dispute and a brief description of the nature of the grievance or dispute.

F.     Each of the parties shall within ten (10) days after the execution of this Agreement, appoint its representatives and immediately notify the other party, in writing, of the name and business address of each representative appointed.  The Joint Adjustment Board shall thereafter meet within ten (10) days, select its Chairman and Secretary and agree upon its procedural rules.

G.     The Joint Adjustment Board shall meet at 9:00 a.m. on the first Wednesday of each month, and shall in addition meet at the call of the Co-Chairmen.  The Joint Adjustment Board shall issue decisions immediately. In the event the Joint Adjustment Board does not reach a decision for reasons of its own, any dispute or grievance may be referred to arbitration by either or both parties within five (5) working days to the arbitrator designated in Paragraph H. The arbitrator shall meet with the members of the Joint Adjustment Board within seventy-two (72) hours and render a decision within

seventy-two (72) hours thereafter. The time limits specified in this paragraph may be extended by mutual agreement. A simple majority of the Joint Adjustment Board shall be final and binding upon all parties and the grievants. In the event of a deadlock and the use of the arbitrator is required, a majority decision of the Joint Adjustment Board and the arbitrator shall be final and binding upon all parties and the grievants.

H.     The regular members of the Joint Adjustment Board designated in accordance with Paragraph F shall select a list of seven (7) permanent arbitrators. In the event the members of the Joint Adjustment Board, by majority vote, are unable to agree upon the names of the seven (7) permanent arbitrators, then as to those upon whom agreement cannot be reached, the following procedure shall be followed:

1.     The Union representatives shall nominate seven (7) persons for the positions remaining unfilled on the panel of arbitrators and the Contractor Representatives shall nominate seven (7) persons for the positions remaining unfilled on the panel of arbitrators. Thereafter, the Union Joint Chairman and the Contractor Joint Chairman shall alternately strike names from the lists until there remains only that number of names necessary to fill the remaining seven (7) positions on the permanent panel of arbitrators. Those names remaining shall be added to the permanent panel of arbitrators. The determination as to who will strike first will be by lot, with the loser making the first strike.

2.     Thereafter the Joint Adjustment Board shall select an arbitrator to hear a pending grievance or dispute by rotation. If for any reason the arbitrator whose turn it is to hear a dispute is unavailable or the parties mutually agree that an unreasonable time would be required in order for him to become available, then the next arbitrator in succession shall be selected.

I.     The Contractors and the Union shall each have a total of four (4) votes on the Joint Adjustment Board and four (4) representatives and not less than two (2) appointed by each party and the Chairman shall constitute a quorum.

J.     All expenses incurred and approved by the Joint Adjustment Board necessary for the consideration and decision of grievances or disputes submitted to it shall be borne by and divided equally by the Union and the Contractor. All fees and expenses of the Arbitrator shall be borne by the party against whom the Arbitrator rules.

K.     If there is any question as to which is the losing party, or if a case is referred back to the parties without decision or if there are decisions against more than one of the parties to the arbitration, the Arbitrator is authorized and requested to determine who shall pay the fees and may in such case order a sharing of such fees. In such event the decision of the Arbitrator on this issue shall be final and binding.

L.     No jurisdictional disputes shall be submitted for determination to any grievance procedure provided in this Section, but shall be determined in the manner provided in Section 16 of this Agreement.

M.    No grievance body established under this Agreement, including the Joint Adjustment Board and Arbitrator, in determining any grievance, shall have the authority to modify, vary, change, add to or remove any of the terms or conditions of this Agreement.

N.    The provisions of this Section 18 shall not apply in the event the Contractor or the subcontractor or the subcontractor of a subcontractor fails to pay or is delinquent in contributions to any Trust established under this Agreement.

O.    The Joint Chairmen of the Joint Adjustment Board shall, immediately following the decision rendered in Executive session, announce the decision of the Board to the parties.  In addition, such decision shall be served upon the parties in writing, with copies of such decision being furnished to both the Union and the Association.  The Joint Adjustment Board shall have full authority to fashion such remedies, whether by way of damages, orders to cease and desist, or any and all other reasonable remedies designed to correct any violation which the Joint Adjustment Board may have found to have existed.

Minutes of all meetings of the Joint Adjustment Board shall be recorded by one of the Board members selected by the Board, and shall be signed by all members of the Board.  Minutes shall be condensed and need not be verbatim.

P.    Each decision of the Joint Adjustment Board and the Arbitrator shall be made in writing and a copy of each sent to each interested party, particularly including separate copies to the Local Union and the Contractor directly involved, and each of the Contractor Associations and Unions signatory to this Agreement.  The determinations of the Joint Adjustment Board or Arbitrator are final and binding upon the parties.

Q.    It is understood and agreed that the procedures outlined in this Section 18 shall be the exclusive remedy for any violation of this Agreement.

SECTION 19
PAYMENT OF WAGES

A.    All wages due employees must be paid weekly on a designated payday by the Employer on the jobsite prior to the end of the employee's shift. Prior to payment of wages, the Employer may require the employee to sign a time card confirming the accuracy of said time card. Should the payday fall on a legal, recognized holiday, the Employer may pay its employees on the next regularly scheduled work day; however, reasonable effort will be made by the Employer to pay its employees prior to the holiday.

B.    The Employer shall provide with each payroll check an itemized check stub showing each contribution and deduction made for the payroll period covered by the check or a separate statement showing the name and address of the Employer, with each payroll check showing separately regular deductions, the rate of pay, straight-time and overtime hours worked for the payroll period and the ending date. Each check shall

show the name of the employee. There shall be no cash payments to employees under the terms of this agreement.

C.     An employee who quits shall be mailed his pay in full by certified mail to his last known address within three (3) working days, or be paid prior to leaving the job or project. In the event these stipulations are not met, he shall receive waiting time as noted above.

D.     If a Contractor pays an employee by check, draft or voucher, which check, draft or voucher is subsequently refused payment (except when beyond the control of the Contractor) because the Contractor has no account with the bank, institution or person on which drawn, or insufficient funds to his account at the time or presentation, the Contractor shall be required to issue only certified checks for all employees working under this Agreement on that job for the duration of the job on which said check was issued, and shall reimburse the employee immediately by certified check for the insufficient fund check issued and for the bank charge assessed.

E.     When employees covered under the terms of this Agreement are employed at a higher rate of pay than the minimum established herein during any shift, the higher rate of pay shall apply on all time worked during that day.

SECTION 20
WORK PERIODS AND WORK RULES

The following working rules shall cover the employment of Laborers performing any work covered by the terms of this Agreement in the area of San Diego County as described in Section 3 of this Agreement.

A.     Shifts:

1.     Eight (8) consecutive hours, exclusive of meal period, between 5:00 a.m. and 5:00 p.m., shall constitute a day's work.  Forty (40) hours Monday 5:00 a.m. through Friday 5:00 p.m.  shall constitute a week's work.

2.     The starting time of single shifts shall be at 5:00 a.m., 5:30 a.m., 6:00 a.m., 6:30 a.m., 7:00 a.m., 7:30 a.m., or 8:00 a.m., Monday through Friday.  Starting times may be changed to meet job requirements, including maximum utilization of daylight hours.  Telephonic notice shall be given to the Union in cases of deviation from the original starting time, followed by written confirmation.

3.     All time worked before 5:00 a.m. and after 5:00 p.m., or all time worked in excess of eight (8) consecutive hours, exclusive of meal period, and all work performed on Saturdays, Sundays and Holidays, shall be paid at the applicable overtime rate.

B.     Multiple Shifts:

1.     When so elected by the Contractor multiple shifts may be worked for three (3) or more consecutive working days, provided that the Union is notified in writing

twenty-four (24) hours in advance of the effective date of the starting of such multiple shift operations, provided, however, that the men working on such multiple shifts shall not be interchangeable with those working on a single shift basis. All employees on multiple or single shifts commencing work prior to the established starting time, shall be paid at the applicable overtime rate. In no event shall the regular working hours of different shifts overlap, nor shall any interval between shifts exceed the reasonable time necessary to change shifts, and in no event shall such interval exceed one (1) hour, except when a special shift is established in accordance with Paragraph C, Special Shifts.

(a) It is understood that a single and a multiple shift may work concurrently on a project.

2.    Where the Employer performs field lubrication or repair on equipment outside of the regular single shift operation, employees performing such work shall be considered working on a multiple shifts basis and receive eight (8) hours pay for eight (8) hours worked at straight time pay, Monday through Friday. Maintenance and service shift may begin up to one (1) hour before end of shift. All time worked or hours paid for after eight (8) hours worked or paid for in any one-day or Saturday. Sunday and Holidays shall be paid for at the appropriate overtime rate.

3.    When two (2) or three (3) shifts are worked, the first and second shift shall work eight (8) consecutive hours, exclusive of meal period, for which eight (8) hours straight time shall be paid Monday through Friday and the third shift shall work seven (7) consecutive hours, exclusive of meal period for which eight (8) hours straight time shall be paid, Monday through Friday.  All time worked or hours paid for after seven (7) hours worked for paid for on the third shift, in any one day, or Saturday, Sunday and holidays, shall be paid for at the appropriate overtime rate.

4.    Any time worked from Friday midnight to Sunday midnight, or on holidays, or in excess of the regular shift hours or hours paid for shall be paid for at the appropriate Craft overtime rate, except as provided in Paragraph B-5 of this Section.

5.    The Friday graveyard shift ending on Saturday morning will be considered Friday work.  The Saturday graveyard shift ending Sunday morning will be considered Saturday work.   The Sunday graveyard shift ending on Monday morning will be considered Sunday work.

C.    SPECIAL SHIFTS

1.    When so elected by the Contractor, a single shift starting at 5:00 a.m., 5:30 a.m., 6:00 a.m., 6:30 a.m., 7:00 a.m., 7:30 a.m., or 8:00 a.m., of four (4) ten (10) hour days may be worked on four (4) consecutive days, excluding Saturdays, Sundays and holidays, provided the Union is notified in writing twenty-four (24) hours in advance of the effective date of the starting of such shift. All employees working this shift shall work ten consecutive hours, exclusive of meal period, for which ten (10) hours of straight time shall be paid Monday thru Friday. All time worked before 5:00 a.m. or in excess of ten hours in any one day shall be paid for at the appropriate overtime rate. All

hours worked in excess of forty (40) hours in any one week shall be paid at the appropriate overtime rate. Written notice shall be given to the Union in cases of deviation from the original starting time.

2.     A special starting time of an eight (8) hour shift beginning not later than 3:00 p.m. may be established by the Employer for the field lubrication or repair of equipment.

D.     It is agreed that the Contractor and the Union may mutually agree, by telephone to be followed in writing, upon different starting or quitting times for any of the above shift arrangements.

E.     1.     When the Contractor produces evidence in writing to the Union of bona fide job requirement that work can only performed outside or in addition to, the regular day shift due to safety conditions or other requirements, an employee shall work eight (8) consecutive hours, exclusive of meal period, for which he shall receive eight (8) hours pay at the straight time rate of pay, Monday through Friday. All time worked or hours paid for Saturday, Sunday and holidays shall be paid for at the appropriate overtime rate. In addition, when the above conditions exist and it is necessary to begin or end a shift during the hours specified in paragraph B-5 of this Section (for Sunday work) in order for an employee to complete a forty (40) hour work week, the overtime rate will not apply; otherwise, all time worked or hours paid for Saturdays, Sundays and Holidays and hours worked in excess of eight (8) hours, shall be paid for at the overtime rate. It is agreed, however, in the operation of this shift, no employee will lose a shift's work. Employees working this special Sunday shift shall receive fifty cents ($.50) per hour in addition to his regular rate of pay.

2.     If maintenance or remodeling work cannot be performed on the regular shift because of the fact that establishments cannot suspend operations during the day, a special single shift may be employed starting at a time designated by operations of the establishment, Monday through Friday. The employees on this shift will work eight consecutive hours exclusive of meal period for which they shall receive eight (8) hours pay at the straight time rate.

F.     Tide Work Schedule:

The following provisions shall apply to employees on jobs working a single shift only:

1.     When employees are called out to work broken time or tide work, Monday through Friday, the minimum pay for such work shall be eight (8) hours at the applicable, regular straight-time rate. Subject to the above minimum, in computing the time to be paid for under this provision, eight (8) hours or less worked between 7:00 a.m. and 5:00 p.m. shall be paid for at the applicable straight-time rate, and time in excess of eight (8) hours worked between 7:00 a.m. and 5:00 p.m., and any time worked before 7:00 a.m. or after 5:00 p.m., shall be paid for at the applicable overtime rate.

2. When employees are called out to work broken time or tide work on Saturdays, Sundays or holidays, the minimum pay for such work shall be eight (8) hours at the applicable overtime rate.

G. When it is mutually agreed that an emergency exists, such as earthquakes, floods or fire, the starting time for the shift may be made to fit the emergency and eight (8) hours in any twenty-four (24) hour period may be worked at the straight time rate. All other terms and conditions of this Agreement shall apply.

H. Employees shall travel to and from their daily initial reporting place on their own time and by means of their own transportation. The Contractor shall be responsible for payment of wages from the reporting point, as ordered by the Contractor, to the jobsite and from job to job and return. However, employees who voluntarily report to a point for free transportation to the jobsite will not be compensated from the time en route and return. For offshore work, employees will receive travel pay at straight-time rates from port of embarkation to jobsite and from jobsite to debarkation regardless of mode of transportation, which transportation shall be at the Contractor's expense. If no camp is furnished by the Contractor, such transportation shall be furnished daily.

I. Workmen referred to the Contractor's job who arrive in an unfit condition for work, without a written dispatch slip from the employment facility, without the proper documentation as set forth on INS I-9 Form, or who are not ready to go to work or who are not otherwise qualified in accordance with their written dispatch slip from the employment facility shall not be paid show-up time or subsistence. Grievances or disputes arising out of the interpretation or application of this particular paragraph shall be referred to the procedure for settlement of grievances and disputes.

J. Any time worked on Saturday, Sunday or holidays outside of the shift hours provided in the Agreement shall be paid for on the basis of the actual hours worked at the Laborers' overtime rate, except that any workmen or employees reporting for work at the stipulated time and for whom no work is provided shall receive pay for two (2) hours at the overtime rate; any workmen or employees who report for work and for whom work is provided shall receive not less than four (4) hours' pay at the overtime rate; and if an employee works more than four (4) hours, he shall be paid for the actual hours worked at the overtime rate.

K. When it is necessary to shut down a job or project because of a bomb threat, employees will be compensated as follows:

(a) If such an event occurs before the regular starting time, all workmen or employees who have not been notified not to appear for work and who show up at the jobsite shall receive two (2) hours' pay and subsistence at the applicable rate.

(b) In order to qualify for this two (2) hours' pay (and subsistence if applicable), the employee and/or workman must remain on the job available for work during the two (2) hour period of time for which he receives pay unless released sooner by the employer or his representative. Time spent in a holding area as directed by the Contractor shall be considered as time worked and paid accordingly.

L.    Flagmen shall be entitled to adequate relief for the use of toilet facilities.

M.    The Contractor shall be required to furnish goggles and/or hard hats where needed.  When employees are required to work outside in the rain or snow, they shall be furnished rain coats, rain hats and boots.  Employees working in or handling cement or concrete shall be furnished rubber boots and gloves.  Employees required to work in mud, slush or water shall be furnished boots and other necessary waterproof clothing. The employee shall return all such clothing of the Contractor in the same condition as received, subject to reasonable wear and tear.   Such equipment shall be sanitized before reissue.  The employee shall sign for receipt of such protective clothing and on signed authorization the reasonable value of such protective clothing may be deducted from the employee's pay check.  Upon return of the protective clothing, the employee shall be reimbursed in the amount of the deduction.

N.    In the event due to inclement weather or similar Act of God, it is no reasonably possible to complete forty (40) hours of work, on either an eight (8) hours day shift or ten (10) hour day shift, as outlined in Paragraphs A and C of this Section, Monday through Friday, then the balance of the forty (40) hours may be worked on Saturday at the straight time rate.  No employee will be terminated for refusing to work on Saturday at the straight time rate of pay.

O.    Employees shall not work more than five (5) consecutive hours without a one-half (½) hour meal period. When employees work over five (5) hours without being provided with a one-half hour meal period, they shall receive one-half hour pay at the double (2) time rate, in addition to their normal straight time shift period of eight (8) hours. When an employee is required to work more than three (3) hours after his regular shift, he will be entitled to a one-half hour meal period at the end of the three (3) hours without loss of pay and an additional half hour each five (5) hours thereafter, without loss of pay.  In the event an employee is required to work through an overtime meal period, then the employee shall receive pay for an additional one-half hour at the double (2) time rate. Meal periods may be staggered to meet job requirements.

P.    Breaks.  The parties to this agreement recognize Industrial Wage Order 16-2001 covering "On Site Construction, Mining, Drilling and Logging Industries." Any dispute or grievance arising from the Wage Order shall be processed under and in accordance with Section 18, Procedures for Settlement of Grievances and Disputes of this Agreement.

      Wherever the Wage Order refers to collective bargaining agreements, this Master Labor Agreement shall be deemed to satisfy all of the requirements for treatment as a qualified collective bargaining agreement.  The grievance procedure in Section 18 shall be the exclusive method for resolving all alleged violations of this Wage Order and the time limitations of Section 18 shall apply.

Q.    Any workman or employee reporting for work at the regular starting time and for whom no work is provided, shall receive pay for two (2) hours at the stipulated rate for so reporting, unless he has been notified before the end of his last preceding shift not to

report; and any workman or employee who reports for work and for whom work is provided shall receive not less than four (4) hours' pay; and if more than four (4) hours are worked in any one day, he shall receive not less than six (6) hours pay and if more than six (6) hours are worked, he shall receive not less than a full day's pay therefore, unless prevented from working for reasons beyond the control of the Contractor, including, but not limited by, such factors as inclement weather, a breakdown causing discontinuance of a major unit of the project during which time workmen or employees are not required or requested to remain on the project by the Contractor or his agent. New employees on their first day of work shall be paid for their actual time worked.

R.    Rest Periods

      1.    Employees shall be given a rest period of not less than six (6) hours between the termination of any overtime work, except for pre-shift overtime work up to a maximum of eight (8) hours, and the commencement of another straight time shift, unless performing emergency work which is not considered a normal job operation.

      2.    If employees do not receive the required six (6) hours' rest period, they shall be paid at the applicable overtime rate for each hour worked until they receive six (6) hours' rest off the job or project, regardless if a new workday starts or not.

S.    Drinking Water

      The Contractor shall furnish cool and potable drinking water in sufficient quantities for the needs of the employees and make available sanitary drinking cups and adequate toilet facilities in accordance with California State Law.

T.    Signing of Documents

      Workmen and/or employees shall not be required to sign any document other than those required by law.  Under no circumstances will an employee be required to sign any other document and the Union shall not be held in violation of this Agreement for ceasing to work on a job or project where such demand is made by the Employer.

SECTION 21
HOLIDAYS

The following Holidays shall be observed on the date designated by Federal Law:

New Year's Day
Presidents' Day
Memorial Day
Independence Day
Labor Day
Veteran's Day (November 11)
Thanksgiving Day
Day after Thanksgiving Day
Christmas Day

If any of the above Holidays should fall on Sunday, the Monday following shall be considered a legal holiday. Work on such days shall be paid at the holiday rate. No work shall be performed on Labor Day except in cases of extreme urgency when life or property is in imminent danger.

## SECTION 22
## JOBSITE TRANSPORTATION

Whenever the Employer is required to provide transportation within the jobsite it shall comply with all applicable safety standards.

## SECTION 23
## PARKING

In the event free parking facilities are not available within three hundred and fifty (350) yards of a jobsite, the individual Contractor will provide such facilities and the individual Contractor shall have the right to designate parking areas to be used. Where, because of congested parking conditions, it is necessary to use public facilities, the Contractor shall reimburse the employee for the cost of such parking upon being presented with a receipt or voucher certifying to the cost thereof, such reimbursement to be made on a weekly basis or at the conclusion of the project, whichever occurs earlier. Designated parking areas shall be reasonably level and graded to drain.

## SECTION 24
## LABORERS' FOREMAN

A.      The selection of the employee who will be the Laborer Foreman is at the sole discretion of the Contractor.  Where the employees of the Contractor employed on the project are predominantly Laborers and performing Laborers' work, the employee selected by the Employer to be Foreman shall be an employee employed under the terms of this Agreement and shall receive the Laborer Foreman's wage rate.   The Laborer Foreman may work with the tools of the trade in accordance with the provisions of this Agreement.  As an exception to the dispatch procedures contained in Section 14, the Union may dispatch workers requested by the Contractor as a Laborer Foreman, who are not next in order on the out of work list.

B.      Only Laborer Foremen who normally work with the tools of the trade during straight time periods, in addition to the performance of Foreman duties, may work with the tools of the trade during overtime periods.  The need for and the number of Laborer Foremen required for the performance of the work shall be determined in accordance with the provisions of this Agreement.  It is understood that in certain cases, by reason of custom and practice established by the parties hereto, a Foreman may be over the work and employees of more than one craft.  If a dispute arises with respect to the application of this understanding, such dispute shall be determined according to the procedure set forth in Section 18 of this Agreement on the basis of such custom and practice.

C.    Except in case of emergency, if any of the employees not covered by this Agreement as set forth in Paragraph A, Section 5 of this Agreement such as superintendents, assistant superintendents or master mechanics, shall act in the capacity of a Laborer Foreman or work with the Laborers' tools or at classifications in the Laborers' category, he shall be an employee under the jurisdiction of the Union.

SECTION 25
LABORERS SPECIAL CRAFT
WORKING RULES AND WAGE RATES

A.    Except as specifically hereinafter otherwise provided, work classifications below are covered by this Agreement and shall be within the exclusive craft jurisdiction of the Laborers.

B.    Foreman:

Laborer Foreman employed in accordance with Section 24 of this Agreement shall be paid not less than one dollar and seventy-five cents ($1.75) per hour more than the hourly wage rate of the highest classification over which they have leadership.  In the event the Contractor, at his option, elects to use a Laborer Foreman to supervise other Laborer Foremen, he shall be paid not less than one dollar ($1.00) per hour more than the hourly rate of the highest classified Laborer Foreman over whom he has leadership.

C.    Work performed in the following classifications shall be governed by the following rules:

1.    Watchmen:

Watchmen shall work eight (8) consecutive hours per day, exclusive of lunch period and forty (40) hours per week, Monday through Sunday, at straight time rates, provided they receive their two (2) day rest period consecutively. Watchmen shall receive time and one-half for all time in excess of eight (8) hours per day and for the sixth $(6^{th})$ consecutive day worked, and double time for the seventh consecutive day worked. Watchmen shall also receive time and one-half for holidays except where a holiday falls on the seventh $(7^{th})$ consecutive day worked, which shall be double time. This provision shall be applicable to persons whose principal function is to tend patrol dogs at the jobsite but shall not include services exclusively of delivery and retrieval of the dogs.

2.    Landscape Maintenance:

The term "Landscape Maintenance" shall be defined to include that work on existing or newly landscaped projects, such as watering, weeding, mowing, edging, pruning and fertilizing. Replacing or repairing of existing installations, (including the repair and replacing of electrical and water systems, sweeping, repainting, restriping, and any other work contained in the specifications of the project).

3.    Final Cleanup:

Final cleanup work means that work performed after all new construction work on a section or phase of the project is completed.

4.    Traffic Controller:

a.    Shall be an Employee whose primary duty is to direct traffic.

b.    If an Employee, who is dispatched to perform duties of Traffic Controller, begins and ends shift directing traffic, but who is also assigned to perform other duties, during his shift, which are in a higher classification; then the Employee must be paid at the rate of the highest classification for all hours worked, during the entire shift, or day.

c.    Flagmen and Traffic Controller's work is the work of the laborers and said workmen shall be entitled to adequate relief for use of toilet facilities.

D.    Special Gunite Working Rules:

There shall be a Nozzle Helper on every job. It is the intention of the parties hereto that the Nozzle Helper is learning to be a Nozzle Man and for that reason he shall be working directly with the Nozzle Man at all times the nozzle is running.

E.    Asphalt Plants:

Work performed at the Employers asphalt plants shall be covered under the terms of this Agreement and shall conform to Section 20 herein.

F.    LABORERS GROUP CLASSIFICATIONS AND HOURLY WAGE SCALES

Group Classifications -

| | 7/01/07 | 7/01/08 | 7/01/09 | 7/01/10 |
|---|---|---|---|---|
| GROUP I | $24.39 | $2.25 | $2.25 | $2.25 |
| Boring Machine Helper (outside) | | Increase | Increase | Increase |
| Carpenter's Laborer (cleaning, | | to be | to be | to be |
| handling, oiling & blowing of panel forms and lumber) | | allocated | allocated | allocated |
| Concrete Screeding for rough strike-off | | | | |
| Concrete, water curing | | | | |
| Concrete Curb and Gutter Laborer | | | | |
| Certified Confined Space Laborer | | | | |
| Demolition Laborer, the cleaning of brick if performed by an employee performing any other phase of demolition work, and the cleaning of lumber | | | | |
| Expansion Joint Caulking by any method (including Preparation and clean-up) | | | | |

Environmental Remediation, Monitoring Well, Toxic
    waste, and Geotechnical Drill Helper
Fiberoptic Installation, blowing, splicing,
    testing and related work
 Fire Watcher, limbers, brush loader, pilers
    and debris handlers
Flagman
Gas, oil and/or water pipeline labor
Housemover
Laborer, Asphalt-Rubber Material Loader
Laborer, Concrete
Laborer, General or Construction
Laborer, General Cleanup
Laborer, Landscaping
Laborer, Jetting
Laborer, Temporary Water and Air Lines
Material Hoseman (Walls, Slabs, Floors and Decks)
Plugging, Filling of Shee-Bolt Holes; Dry Packing
    Of Concrete and Patching
Post Hole Digger (manual)
Railroad Maintenance, Repair Trackman and Road
    Beds; Streetcar and Railroad Construction Track
    Laborers
Rigging and Signaling
Scaler
Slip-form Raisers
Filling of cracks on any surface
Tool Crib or Tool House Laborer
Traffic Control by any method (including assisting in
    the moving and installation of construction signs,
    barriers, barricade, delineators, cones, etc.)
Water Well Drill Helper
Window Cleaner
Wire Mesh Pulling - all concrete pouring operations

|  | 7/01/07 | 7/01/08 | 7/01/09 | 7/01/10 |
|---|---|---|---|---|
| GROUP II | $24.85 | $2.25 | $2.25 | $2.25 |
|   Asbestos Abatement |  | Increase | Increase | Increase |
|   Asphalt Shoveler |  | to be | to be | to be |
|   Cement Dumper (on 1 yard or larger mixer |  | allocated | allocated | allocated |

      and handling bulk cement)
  Cesspool Digger and Installer
  Chucktender
  Chute Man, pouring concrete, the handling of the
     chute from readymix trucks, such as
     walls, slabs, decks, floors, foundations,
     footings, curbs, gutters and sidewalks
  Concrete Curer – Impervious Membrane and Form Oiler

Cutting Torch Operator (demolition)
Fine Grader, Highways and Street Paving, Airport Runways,
    and similar type heavy construction
Gas, oil and/or water pipeline Wrapper
    pot tender & form man
Grout Man (including forming, pouring, handling,
    Mixing, finishing and cleanup of all types of grout)
Guinea Chaser
Headerboard Man – Asphalt
Installation of all Asphalt Overlay Fabric and
    Materials used for Reinforcing Asphalt
Irrigation Laborer
Laborer, Packing Rod Steel and Pans
Membrane Vapor Barrier Installer
Riprap, Stonepaver, placing stone or wet sacked
    Concrete
Roto Scraper & Tiller
Sandblaster (Pot Tender)
Septic Tank Digger and Installer (Leadman)
Tank Scaler & Cleaner
Tar Man & Mortar Man
Tree Climber, Faller, Chain Saw
    Operator, Pittsburgh Chipper and similar type Brush
    Shredders
Underground Laborers (including Caisson Bellower)

|  | 7/01/07 | 7/01/08 | 7/01/09 | 7/01/10 |
|---|---|---|---|---|
| GROUP III | $25.26 | $2.25 | $2.25 | $2.25 |
| Asphalt, Installation of all fabrics | | Increase | Increase | Increase |
| Buggymobile Man | | to be | to be | to be |
| Bushing Hammer | | allocated | allocated | allocated |

Compactor (all types including Tamper, Barko,
    Wacker)
Concrete Cutting Torch
Concrete Pile Cutter
Driller, Jackhammer, 2-1/2 feet drill steel or longer
Dri Pak-it Machine
Fence Erector
Gas, Oil and/or Water Pipeline Wrapper – 6" Pipe
    and over by any method, inside and out
Guardrail Erector
High Scaler (including drilling of same)
Hydro Seeder and Similar Type
Impact Wrench, Multi-Plate

Kettlemen, Potmen and Men applying asphalt, lay-kold, creosote, lime caustic and similar type materials ("applying" means applying, dipping, brushing or handling of such materials for pipe wrapping and waterproofing)

Laser Beam (in connection with Laborer work)

Pipe Layer's Backup Man, coating, grouting, making of joints, sealing, caulking, diapering and including rubber gasket joints, pointing and any and all other services

Operators of Pneumatic, Gas, Electric tools, Vibrating Machines, Pavement Breakers, Air Blasting, Come-Alongs and similar mechanical tools not separately classified herein; operation of remote controlled robotic tools in connection with Laborers' work

Power Post Hole Digger

Rock Slinger

Rotary Scarifier or Multiple Head Concrete Chipping Scarifer

Shot Blast Equipment Operator (8 to 48 inches)

Steel Headerboard Man and Guideline Setter

Trenching Machine, hand propelled

|  | 7/01/07 | 7/01/08 | 7/01/09 | 7/01/10 |
|---|---|---|---|---|
| GROUP IV | $26.10 | $2.25 | $2.25 | $2.25 |
| Any Worker Exposed to Raw Sewage | | Increase to be allocated | Increase to be allocated | Increase to be allocated |

Asphalt Raker, Luteman, Ironer, Asphalt Dumpman and Asphalt Spreader Boxes (all types)

Concrete Core Cutter (walls, floors or ceilings) Grinder or Sander

Concrete Saw Man, Cutting Walls or Flat Work, Scoring old or new concrete

Cribber, Shorer, Lagging, Sheeting and Trench Bracing, Hand-Guided Lagging Hammer

Head Rock Slinger

Installer of Subsurface Instrumentation, Monitoring Wells or Points, Remediation Systems Installer

Laborer, Asphalt-Rubber Distributor Bootman

Oversize Concrete Vibrator Operator, 70 pounds and over

Pipelayer performing all services in the laying, installation and all forms of connection of pipe from the point of receiving pipe in the ditch until completion of operation, including any and all forms of tubular material, whether pipe, metallic or non-metallic, conduit, and any other stationary type of tubular device used for the conveying of any substance or element, whether water, sewage, solid, gas, air, or other product whatsoever and without regard to the nature of material from which the tubular material is fabricated; No-joint pipe and stripping of same; Industrial Pipefitter in connection with Laborers' work

Prefabricated Manhole Installer

Sandblaster (Nozzleman), Porta Shot-Blast, Water Blasting

Traffic Lane Closure, Certified

| | 7/01/07 | 7/01/08 | 7/01/09 | 7/01/10 |
|---|---|---|---|---|
| GROUP V | $27.97 | $3.00 Increase to be allocated | $3.00 Increase to be allocated | $3.00 Increase to be allocated |

Blasters Powderman-All work of loading holes, placing and blasting of all powder and explosives of whatever type, regardless of method used for such loading and placing

Driller: All power drills, excluding Jackhammer, whether core, diamond, wagon, track, multiple unit, and any and all other types of mechanical drills without regard to the form of motive power

Environmental, Remediation, Monitoring Well, Toxic Waste and Geotechnical Driller

Toxic Waste Removal

Welding, certified or otherwise, in connection with Laborers' work

SPECIALTY GROUP:
 GUNITE:
  Group I - Rebound Man
  Group II - Gun Man
  Group III - Nozzle Man
  Group III - Rod Man

G.    When the Employer requires the employee to carry dual Union cards, the employee will receive $.15 per hour above the rate of the higher classification. The employee will pick up referrals from both Unions involved. A dual card employee shall not replace, nor be required by the Employer to perform the duties of, a Craft's classified worker. The employee shall have the right to designate which of the involved Union's fringe benefits coverage he desires. The dual card employee shall be paid for the entire day at the highest applicable wage rate of the Unions involved. This shall not affect the rate or election of fringe benefit contributions as provided above.

H.    Overtime Rates:

Time and one-half, except hours worked over 12 in a single workday, Sundays and Holidays, which are double (2) time.

I.    Supplemental Dues
1.    Subject to the following conditions, the Contractor agrees that he shall, if he is furnished with his employee's written authorization to do so, deduct the sum certified by the Union as the amount owing for supplemental dues from the amounts required to be paid by the third paragraph of Attachment #1 of this Agreement for each employee for each hour worked or paid for in each payroll period, as special supplemental dues. In implementing the foregoing, the parties have heretofore established the Laborers Vacation Dues Reconciliation Trust (hereinafter "Dues Trust") as agent for the purpose of receiving and holding written authorization cards and for receiving, holding, allocating and distributing the dues monies.

2.    Said supplemental dues shall be transmitted to the Dues Trust concurrently with, but not as a part of, the employer's monthly vacation contributions with respect to his employees covered by this Agreement to the Construction Laborers Vacation Trust. All sums deducted by the employers pursuant to the provisions of this Section shall, from the instant of their deduction, be considered dues if proper authorization shall have been furnished. All other sums transmitted by the employers pursuant to the provisions of this Section shall, from the instant of their transmittal, be considered vacation contributions if no such proper authorization shall have been furnished and shall be held by the Benefit Funds for the account of the employee. Prior to deposit in the separate bank accounts of the Dues Trust, on the one hand, and the Vacation Trust, on the other, the bank shall separate the funds transmitted into dues and vacation contributions, respectively, based upon whether or not a proper dues deduction authorization shall have been filed. The bank shall then deposit such sums in the account of the appropriate Trust referred to in this Section. The Union shall bear the entire responsibility for furnishing the written authorization referred to above. All costs incidental to receipt, administration and remittance to the Union of the supplemental dues payments shall be borne solely and entirely by the Union. This provision shall not reduce the obligations of the Contractor to pay the full amount of vacation contributions specified in this Agreement. All written authorizations referred to above shall be irrevocable for a period of one (1) year from the date of the execution and shall renew automatically from year to year thereafter, unless the employee, by written notice served upon the Laborers' Local 89 and/or the Dues Trust, as agent for the Contractor,

within fifteen (15) days following the first year or any year thereafter, revokes such authorization.

J.     Paving:

Should any paving or paving maintenance job, and only a paving or paving maintenance job, by necessity and bid document, specification or solicitation require that the paving portion of the job be performed on a Saturday and/or Sunday, the following provisions shall apply:

1.     For paving work performed between 5:00 a.m. and 6:00 p.m., employees performing that work shall be paid at their straight time wage and fringe benefits.

2.     All paving work before 5:00 a.m. and/or after 6:00 p.m. or in excess of 8 consecutive hours, exclusive of meal period, and all such work performed on a Saturday and Sunday in excess of 40 hours per week shall be paid at the rate of time and a half.

3.     The Employer shall perform work covered by this Section only with its own employees. In order to increase job opportunities for Local 89 members, the employer shall not subcontract work covered by this section to anyone except by mutual consent of the parties to this Agreement.

4.     At least one day prior to commencement of the paving work on a Saturday or Sunday, the Employer must call a pre-job conference and present to the Union representative an appropriate bid or other document sufficient to satisfy the Unions that the paving work must be performed on a Saturday and/or Sunday.

5.     The assignment or work pursuant to this Section shall be on a strictly voluntary basis. No employee shall be discriminated against, disciplined or discharged for declining weekend work, as set forth in this Section. Should an insufficient number of employees choose to perform the weekend work, the Union shall dispatch out of work employees from its out of work list for the Saturday and Sunday work only. A dispatch for this work only shall not change the employee's position on the out of work list or dispatch to full time employment.

SECTION 26
TRUST FUNDS

A.     Health and Welfare:

1.     Contractors covered by the terms of this Agreement agree to pay to the Laborers' Health and Welfare Trust Fund for Southern California the sum designated in Attachment #1 of this Agreement for each hour worked or paid for on all classifications contained in this Agreement.

2.     The Contractor may make voluntary contributions on behalf of supervisory employees above the rank of craft foreman in the amounts and manner to be determined by the Trustees.

3.    Contractors covered by the terms of this Agreement approve and consent to the appointment of the Trustees designated by the Laborers' Health and Welfare Trust Agreement for Southern California and further ratify, confirm and consent to all acts heretofore taken in the creation and administration of said Trust by the joint Trustees, its agents and representatives, and agree to be bound by all the terms, conditions, provisions, privileges and obligations provided for by said Agreement and Declaration of Trust as same may be constituted in its original form, as amended, and as may be subsequently amended.

B.    Pension:

1.    Contractors covered by the terms of this Agreement agree to pay to the San Diego County Laborers' Pension Trust Fund the sum designated in Attachment #1 of this Agreement for each hour worked or paid for on all classifications contained in this Agreement.

2.    The Contractor may make voluntary contributions on behalf of supervisory employees above the rank of craft foreman in the amounts and manner to be determined by the Trustees.

3.    Contractors covered by the terms of this Agreement approve and consent to the appointment of the Trustees designated by the San Diego County Laborers Pension Trust Agreement and further ratify, confirm, and consent to all acts heretofore taken in the creation and administration of said Trust by the joint Trustees, its agents and representatives, and agree to be bound by all the terms, conditions, provisions, privileges and obligations provided for by said Agreement and Declaration of Trust as same may be constituted in its original form, as amended, and as may be subsequently amended.

C.    Vacation:

1.    Contractors covered by the terms of this Agreement agree to pay to the Laborers' Vacation Trust Fund for Southern California the sum designated in Attachment #1 of this Agreement for each hour worked or paid for on all classifications contained in this Agreement.

2.    Contractors covered by the terms of this Agreement approve and consent to the appointment of the Trustees designated by the Laborers' Vacation Trust Agreement for Southern California and further ratify, confirm, and consent to all acts heretofore taken in the creation and administration of said Trust by the joint Trustees, its agents and representatives, and agree to be bound by all the terms, conditions, provisions, privileges and obligations provided for by said Agreement and Declaration of Trust as same may be constituted in its original form, as amended, and as may be subsequently amended.

D.    Apprenticeship and Training:

1.    Contractors covered by the terms of this Agreement agree to pay to the Laborers' Training and Retraining Trust Fund for Southern California the sum designated in Attachment #1 of this Agreement for each hour worked or paid for on all classifications contained in this Agreement.

2.    Contractors covered by the terms of this Agreement approve and consent to the appointment of the Trustees designated by the Laborers' Training and Retraining Trust Agreement for Southern California and further ratify, confirm, and consent to all acts heretofore taken in the creation and administration of said Trust by the joint Trustees, its agents and representatives, and agree to be bound by all the terms, conditions, provisions, privileges and obligations provided for by said Agreement and Declaration of Trust as same may be constituted in its original form, as amended, and as may be subsequently amended.

E.    Center For Contract Compliance Trust Fund

1.    Contractors covered by the terms of this Agreement agree to pay to the Center for Contract Compliance Trust Fund, the sum designated in Attachment #1 of this Agreement per hour for each hour worked or paid for on all classifications contained in this Agreement.

2.    Contractors covered by the terms of this Agreement agree to be bound by all the terms and conditions of the Agreement and Declaration of Trust as they may be constituted in its original form and insofar as it may be amended.

3.    This Section shall be subject to the Agreement of the parties on the language for the Agreement and Declaration of Trust.

F.    Where the Contractor transfers key laborers out of the geographical area of this Agreement, to an area where the Contractor is not signatory to a Laborers' Agreement, the Contractor shall contribute to the Trust Funds mentioned in this Agreement for all hours worked by or paid to such key laborers for the duration of the job for which they were transferred.

G.    The Trustees of all of the Trusts set forth in Subsections A, B, C and D of this Section 26 are directed that only persons employed, or their representatives, by Employers bound to an agreement with Local Union No. 89 and contributing to the Trusts may serve as Employer Trustees on the Trust Funds.

SECTION 27
SUBCONTRACTING, EMPLOYEE RIGHTS,
UNION STANDARDS AND WORK PRESERVATION

A.    The purposes of this Section are to preserve and protect the work opportunities normally available to employees and workmen covered by this Agreement, maintenance and protection of standards and benefits of employees and workmen negotiated over

many years and preservation of the right of Union employees, employed hereunder, from being compelled to work with non-union workmen.

B.     Definition of Subcontractor.  A subcontractor is defined as any person (other than an employee covered by this Agreement), firm or corporation, holding a valid state contractor's license where required by law, who agrees orally or in writing to perform, or who in fact performs for or on behalf of an individual Contractor, or the subcontractor of an individual Contractor, any part or portion of the work covered by this Agreement.

C.     Neither the contractor nor any of his subcontractors shall subcontract any work to be done at the site of the construction, alteration, painting or repair of a building, structure or other work coming within the jurisdiction of the Union except to a person, firm or corporation party to an appropriate current labor agreement with the Union or with the appropriate Local Union.

       1.     The Contractor shall ensure compliance with the subcontracting provision contained in this Section by inserting into any subcontract for covered work the following language:

       "Subcontractor acknowledges that Contractor has entered into the following labor agreements covering work at the construction jobsite with the Southern California district Council of Laborers and its affiliated Local Union 89:  Laborers AGC Master Labor Agreement for Engineering Construction, effective July 1, 2007 to June 30, 2011 ("Master Labor Agreement").

       "Subcontractor agrees that it is bound to and shall comply with all of the terms and conditions of the Master Labor Agreement referenced above, including wages, trust fund contributions, working rules, the grievance/arbitration procedure and any other mechanism for the resolution of dispute contained in the Master Labor Agreement, on all covered work performed in the geographic area of the Master Labor Agreement whether or not the work is performed for the Contractor.

       "Subcontractor further agrees to bind and all its subcontractors performing job site work of the type covered by the Master Labor Agreement referenced above to become bound and comply with all of the terms and conditions of the Master Labor Agreement.

       "Subcontractor acknowledges that the Southern California District Council of Laborers and its affiliated Local Union 89 are the intended third party beneficiaries of this contractual provision and may enforce this provision directly against Subcontractor.

       2.     If the Contractor complies with subsection 1 above, the Contractor shall not be liable for a breach of the subcontracting provisions of this Section, provided, however, the Contractor shall be liable for the Subcontractor's delinquent Trust Fund contributions to the extent such liability would otherwise exist under this Agreement.

       3.     "In addition to any recovery of damages by the Union for a Contractor's violation of the subcontracting clause, the Trust Funds may recover damages in an

amount equal to the fringe benefit contribution rate in effect under this Agreement at the time of the violation, plus interest, audit fees, and liquidated damages, for each hour of covered work performed by the non-signatory subcontractor's employees. Such damages shall be payable to the Vacation Trust and shall be damages and not for the benefit of any specific individual."

D.      Jobsite work covered by the Union's Asbestos, Plaster Tenders, Brick Tenders, Tunnel, Horizontal Directional Drilling, Parking and Highway Improvement and Landscape Satellite Agreements of the Union are a part of the work description and bargaining unit covered by this Agreement.

E.      Any dispute involving this Section will be resolved under the grievance procedure of this Agreement. An award of the Laborers Joint Adjustment Board or arbitrator may be judicially enforced. Notwithstanding any other provisions of this Agreement, the Union shall not have the right to use strike or any other economic action to enforce any provisions of this Section on subcontracting.

F.      The Contractor and his subcontractor shall have freedom of choice in the purchase of materials, supplies and equipment, except that every reasonable effort shall be made by the Contractor and his subcontractor to refrain from the use of materials, supplies and equipment, which will tend to cause any discord or disturbance on the project.

G.      In the event the Contractor is a sole proprietorship that performs work covered by this Agreement, the sole proprietor shall be paid not less than the hourly wage rates stipulated in this Agreement for such work and the sole proprietorship shall contribute to all Trust Funds on behalf of the working sole proprietor at the hourly rates specified in Attachment #1, except the hourly Pension contribution rate which instead shall be paid to the Construction Laborers' Vacation Fund for Southern California. The Contractor shall be liable in damages to the Union in a sum equivalent to the hourly wage rate and to the Trust Funds in a sum equivalent to the hourly contribution rate for each hour worked by the sole proprietor in violation of this Paragraph G.

H.      The Contractor shall not permit a self-employed person to perform any work covered by this Agreement, except as otherwise provided in Section 27, Paragraph G. A "self-employed person" is one who works for an unincorporated trade or business in which that person owns ten (10%) percent or more of the interest in the capital or profits.

I.      All hours worked or paid for under the terms of Paragraph G shall be reported to, and payments made to, the Trust Funds, as provided for in this Agreement.

J.      The individual Employer will not devise or put into operation any scheme to defeat the terms of this Agreement.

## SECTION 28
## SAN DIEGO CONSTRUCTION
## ADVANCEMENT FUND 2003

The parties to this Agreement recognize that to protect and expand the interests of the Construction Industry, to be aware of modes and methods of improving the efficiency of the industry and to protect the industry from harmful legislation whose impact is detrimental to both the employees and the Contractors and without regard to whether such employees are employed by members of Contractors the individual employer will contribute the sum of twelve cents ($0.12) per hour for all hours worked or paid for by all employees employed under the terms of this Agreement to the SAN DIEGO CONSTRUCTION ADVANCEMENT FUND 2003, an employer established and administered Trust formed and created for this purpose, and the individual employer hereby adopts and agrees to be bound by the terms of that certain Trust Agreement establishing the SAN DIEGO CONSTRUCTION ADVANCEMENT FUND 2003, and further agrees to observe and be bound by the actions and determinations of the Board of Trustees of said Trust.

It is understood that independent of any other provisions contained in this Agreement which provide for its termination, Contractors shall have the right and power to cancel unilaterally the provisions, solely of this Section at any time by delivering notice to the Union in writing to that effect.

## SECTION 29
## PUBLIC WORKS PROJECTS COVERED BY
## THE DAVIS-BACON ACT

In the event that the Employer bids a public job or project being awarded by a federal agency which is to be performed at a predetermined rate established by the Secretary of the United States Department of Labor (pursuant to Public Law 74-403 as amended by Public Law 88-349 whose regulations are contained in 29 CFR Parts 1, 3, 5 and 7, and which determinations are published in the Federal Register), and the Davis-Bacon wage rate, including vacation contributions, is lower by no more than ten (10) percent, than this Master Labor Agreement hourly wage rate (excluding fringe benefits) the published hourly wage rate, including vacation contributions, at the time of bid shall apply to the job or project for the duration of the job or project but in no event to exceed an eighteen (18) month period.

In the event the job or project extends beyond eighteen (18) months, the wage rates, including vacation contributions, shall be increased thereafter to maintain the appropriate ten (10) percent differential under the then current Master Labor Agreement.

Should the predetermined wage rate and the Master Labor Agreement rate be the same, it is agreed that rate shall be in effect for an eighteen (18) month period. On work that extends beyond eighteen (18) months, then the current Master Labor Agreement rate shall apply.

If any public agency publishes Davis-Bacon wage and fringe benefit rates for Laborers classifications for a specific job or project which are less than the rates set forth in this Master Labor Agreement, and there are non-signatory prime bidders on the plan holders list, or if there is no bid list published, then the individual Employer may bid said project in accordance with the wage rates, fringe benefit rates and other applicable provisions of the Davis-Bacon Determination incorporated in the bid specifications.

## SECTION 30
## CREW COMPOSITION AND SIZE

Crew composition and ratio by classification shall be designated at the discretion of the Employer.

## SECTION 31
## ADA COMPLIANCE

The Union and the Employer recognize that significant legal obligations have been imposed on employers by the Americans with Disabilities Act ("ADA"). It is further recognized that the extent of these legal obligations, and the way in which they must be met, is presently unclear. The Union agrees, on behalf of itself and employees it represents, to cooperate with the Employer to ensure that the requirements of the ADA are complied with.

## SECTION 32
## GENERAL SAVINGS CLAUSE

It is not the intent of either party hereto to violate any laws, rulings or regulations of any Governmental authority or agency having jurisdiction of the subject matter of this Agreement. The parties agree that, in the event any provision of this Agreement is finally held or determined to be illegal or void, as being in contravention of any such laws, rulings, or regulations, the remainder of the Agreement shall remain in full force and effect, unless the part so found to be void is wholly inseparable form the remaining portion of this Agreement.  The parties agree that if and when any provision of this Agreement is held or determined to be illegal or void, they will promptly enter into lawful negotiations concerning the substance thereof. In the event the parties are unable to reach agreement within sixty (60) days following the beginning of such negotiations the parties agree to submit the issue to final and binding arbitration.  Selection of an arbitrator shall be made in the manner prescribed in Section 18 of this Agreement.  The Arbitrator shall render decisions only on the specific issue submitted to him, and shall have no authority to change or abrogate other conditions of this Agreement.  Any fees and/or expenses of the Arbitrator shall be borne by and divided equally by the Union and the Contractors.  The decision of the Arbitrator shall be final and binding on the parties.  The no-strike, no lockout provisions of Section 17 shall not apply if either party fails to comply with the decision of the Arbitrator.

## SECTION 33
## LABORER JOINT APPRENTICESHIP COMMITTEE

A.     The Contractors and the Union recognize the need for apprentice training and to this end shall indenture apprentices in conformity with California Labor Code Section 1777.5 governing employment of apprentices upon public work.  Apprentices shall be employed in accordance with the Standards and guidelines as established by the Laborers Joint Apprenticeship Committee and approved by the Division of Apprenticeship Standards.  The terms and conditions of this Agreement shall apply to Apprentices.

B.     A qualified employer shall employ one (1) apprentice for the first four (4) Journeymen (although the apprentice may be the second Laborer on the job), and apprentice thereafter for each four (4) additional Journeymen on the job.   No apprentices may work without a Journeyman Laborer on the job.

C.     The Contractor will make an effort to keep Apprentices reasonably employed regardless of period status or advancement to a higher period of pay.

D.     The Local Union, through the Joint Apprenticeship Committee, shall dispatch Apprentices to the Contractors.

E.     The Contractor shall pay to Apprentices the wages and to the Trust Funds the sums designated below for each hour worked or paid to Apprentices.

F.     The parties have agreed to a Memorandum of Understanding regarding Apprenticeship ratios.

     1.     Apprentice wages shall be paid pursuant to the wage schedule set forth below and contained in the Apprenticeship Standards of the Joint Apprenticeship Committee, which is based on the following percentages of the Group IV journeyman rate of $26.10*:

| | | | |
|---|---|---|---|
| 1st period | 1 - 500 hours | 50% | $13.05 |
| 2nd period | 501 - 1000 hours | 55% | $14.36 |
| 3rd period | 1001 - 1500 hours | 60% | $15.66 |
| 4th period | 1501 - 2000 hours | 70% | $18.27 |
| 5th period | 2001 - 2500 hours | 80% | $20.88 |
| 6th period | 2501 - 3000 hours | 85% | $22.19 |

    *Apprentices shall receive the appropriate percentage of any increase to the journeyman wage during the term of this Agreement.

     2.     The Contractor shall pay to the Laborers Trust Funds the sum designated below for each hour worked or paid for on all Apprentices.

Trust Fund contributions for Apprentices*:

| | |
|---|---|
| Health & Welfare (100%) | $4.16 |
| Pension (10%) | $0.37 |
| Vacation (70%) | $1.54 |
| Training and Retraining (100%) | $0.63 |
| C.C.C. (100%) | $0.15 |
| Suppl. Dues (70%) | $0.81 |
| C.A.F. (100%) | $0.12 |

*Apprentices shall receive the appropriate increase to the journeyman fringe benefit rates during the term of the Agreement.

## SECTION 34
## DELINQUENCY AND COLLECTION PROCEDURE

A.   The Contractor shall pay its monthly contributions to the Trust Funds accompanied by a fully completed and executed report form furnished by the Trust Funds. The Contractor shall include with the monthly report form in a format acceptable to the Trust Funds:

(a)   The identification of each job worked on by the Contractor during the month, including the contract number of the contract between the prime and owner of the job, the job location, the owner of the job location property, and the name and address of the entity for whom the Contractor is working.

(b)   The name and social security number of each employee who performed covered work, indicating the number of hours each employee worked on each jobsite.

The provisions of subsections a. and b. above shall be effective July 1, 2008. They shall be implemented by the Trust Fund Administrator, in consultation with the Association and Union, in a way that minimizes any inconvenience to the Contractor. The information provided by the reports required by subsections a. and b. shall be maintained in a confidential, restricted access manner by the Trust Funds for collection and fringe benefit eligibility purposes.

B.   The Trustees of the Trust Fund shall furnish the Contractor Association and the Union with a list of delinquent contractors each month. Such list will also be available to all signatory contractors on request, subject to such reasonable cost as may be determined by the administrative office of the Trust Funds as representing the cost of duplication and transmission of such lists, payment for which to be made in advance. The Contractor agrees he will not subcontract any portion of his job to any subcontractor whose name appears on the delinquent list until such subcontractor has paid all delinquent monies to the various Trust Funds. In the event the Contractor subcontracts to any such delinquent subcontractor in violation of the foregoing, the Contractor shall remove such subcontractor from the job immediately, unless such

delinquent subcontractor immediately makes full payment for all delinquencies to the Trusts.

C.    If the Contractor fails to remove the delinquent subcontractor, the Contractor shall become financially responsible for all fringe benefits owed to any funds established by this Agreement by the Contractor or by his subcontractor or the subcontractor of his subcontractor for work performed on the Contractor's job or project in accordance with the requirements set forth below.

D.    The term "Contractor" for delinquency purposes only, shall include all entities of the delinquent contractor, change of name, or change of entity, provided that the delinquent contractor holds at least ten (10%) percent ownership in the new entity.

E.    In the event the Contractor subcontracts to a subcontractor that is not on the delinquency list at the time the subcontract is entered into, the Trust Office shall notify the Contractor of any delinquency of the subcontractor within sixty (60) days of the date the delinquency first occurred and in no case shall the Contractor be liable for fringe benefit contributions of a subcontractor for more than sixty (60) days prior to the date the Trust Office notice is sent to the Contractor.

F.    Where a Contractor contracts with a listed delinquent subcontractor or subcontractors, and the Contractor fails to terminate the subcontract of such delinquent subcontractor, or subcontractors, the contractor shall become financially responsible for the liability of the delinquent subcontractor's fringe benefits on that job from the commencement of the work under the subcontract to the date of termination of that subcontract.

G.    The Trust Office shall send delinquency notices to Contractors whose contributions are not paid as required.  The Trust Office shall notify the Union of those contractors who fail to pay within five (5) days of such notice and the Union may, at its sole option withhold service from the Contractor involved until contributions are paid or satisfactory arrangements made with the Trustees for payment.

H.    Any employee rendered unemployed by reason of the foregoing shall not be deemed engaged in a work stoppage or labor dispute but shall be deemed constructively laid off by the Contractor by failure to pay monies due for the benefit of the employees.  Contractor agrees that such employees are entitled to unemployment insurance and warrants that he will take no action to interfere with the employee's application for unemployment insurance.  Any dispute in connection with this paragraph is subject to the grievance procedure.

I.    The Trust Office shall issue delinquency notices and clearances to Contractors confirmed in writing.

J.    All employees shall be covered by this Agreement and the provisions applicable to Trust Funds.  The Trustees shall have authority to audit Contractor records to determine the appropriate contributions and shall have specific authority to examine the Contractor's records, including but not limited to all payroll records (Including certified

payroll records, electronic payroll records, and all records reflecting payments to trust funds other than the Laborer Trust Funds of Southern California Federal W-2 Forms, Forms 1099 and 1096, Quarterly State Tax returns, and time cards), all cash disbursement ledgers, all canceled checks, check registers, invoices and bank checking account statements. If requested by the Trusts, the Contractor shall provide payroll breakdown by job, and shall provide the job location, legal description of the jobsite property if known, the owner of job location, the name and address of the entity for which the Contractor is working, the contact telephone number for the job, the names and social security numbers of the employees working on the job, the number of hours worked by each employee on the job, all preliminary notices, mechanic liens and stop notices on the job, other relevant job location information requested by the Trusts and certification of workers compensation coverage. The Trustees may file suite to enforce this obligation, and, if successful, shall recover their attorneys' fees and costs, whether or not the audit reveals a delinquency. Any Contractor delinquent under this Section may be required by the Trust Funds to submit, in addition to regular reports, payroll breakdowns by job, and the failure to submit timely job breakdowns shall be considered a delinquency under this Section. If a Contractor refuses to furnish the foregoing the Union may take economic action.

K.     The Contractor has a duty to report to the Trust Funds as required by the Agreement. The Contractor shall maintain for a period of not less than four (4) years all payroll and related records showing all payments to persons or firms for work of the nature covered by this Agreement, including the records described in section J, above. The Contractor shall make available such records for audit by the Trust Funds representative upon written request. The Contractor and the Union agree that such audits are expensive and time consuming for the Trust Funds and the Contractor, but the Trust Funds otherwise have no way of knowing the full extent of the Contractor's obligations, since the records showing the related employment are in the possession and control of the Contractor. In order to minimize the need for a frequency of such audits, the Contractor agrees that the Trustees and the Union place trust and confidence in the Contractor to report and pay contributions properly.

L.     It is recognized that a delinquency in contributions causes damages beyond the value of the unpaid contributions, which are difficult to quantify. These damages include, but are not limited to, the administrative costs of processing and collecting delinquencies, the costs of adjusting benefit credits and notifying participants, the additional burden placed on Contractors who faithfully pay their contributions, and the burden upon participants and beneficiaries who may be unable to qualify for benefits they may have otherwise been entitled to but for the delinquency of the Contractor. Because these damages are difficult, if not impossible, to quantify on a case-by-case basis, the parties agree that liquidated damages, not a penalty, for such losses shall be set at the greater of $25 or 20% of the contributions late or unpaid for each Trust Fund. The parties have reviewed the costs of collection by the Trust Funds, and agree that 20% liquidated damages is an accurate projection of the Trusts' damages that result from a delinquency. In addition, any Contractor delinquent in its obligations under this Section shall be required to pay interest on the delinquent contributions (at a rate to be set by the Trustees of the Trust Funds), and any audit fees. In the event that litigation is necessary to collect any delinquent contributions (including litigation to enforce

mechanic liens, stop notices, bond claims or similar remedies, and any bankruptcy or receivership proceedings) or to enforce any obligation under this Section, in addition to liquidated damages owed by the delinquent Contractor, the Contractor shall also be liable for all reasonable attorney fees and legal costs incurred in such litigation. The Trustees of the Trust Funds may waive or reduce the amount of liquidated damages, at their sole discretion and consistent with their fiduciary duties. The decision of the Trustees in any request to waive or reduce liquidated damages shall be final and binding upon the parties.

M.     The Trust Funds' Joint Delinquency Committee may require a Contractor to post a satisfactory bond in a sum equal to two (2) times the amount of the delinquency or such lesser amount as the Committee may determine, to secure payments of contributions to the Trust Funds. Such amounts are to be determined by the Trust Funds, and shall increase if the Contractor's delinquency increases. The bond shall not be construed in any way as in lieu of any payments required under this Agreement. All such bonds shall be deposited with the Trust Administrator and shall be in a form acceptable to the Trusts. The bond shall remain in effect for a period of 36 months after the delinquency giving rise to the obligation to post the bond or until one year after the date that the Contractor is no longer bound to the Agreement or any successor Agreement, whichever is earlier.

N.     For the purposes of this Agreement, delinquency in failure to make the required reports and contributions to the Trust Fund as determined by the Trustees, shall consist of the following:

    (a)     Failure to submit trust report forms completely filled out and executed.
    (b)     Failure to report on all employees.
    (c)     Failure to make the payments as required on time.
    (d)     Failure to pay audit amounts and audit fees and other costs and damages as determined by the Trust.
    (e)     Failure of the bank to honor checks submitted.
    (f)     Failure to pay monies due.
    (g)     Failure to submit to an audit.

O.     In addition to any other remedies under this Section, the Union may terminate the participation of a delinquent contractor. Notice of such termination shall be sent to the Contractor, and each of the employees listed on the last report submitted by that Contractor, and shall be effective 30 days from such notice. Upon termination, no employee of the delinquent Contractor shall accrue credit for any benefits for hours worked for that Contractor. However, termination shall not end or alter the obligations of the Contractor (or any Contractor subcontracting to that Contractor) under this Section. In addition to any other damages under this Section, a Contractor so terminated shall be liable to the Trust Fund for the cost of notice, and shall be liable to its employees for the value of any benefits lost in an amount not exceeding the hourly contributions and liquidated damages that would otherwise have been due.

## SECTION 35
### Pre-job Conference

A. It is agreed there will be a pre-job conference prior to the start of any job or project at the option of either party where the agreed or estimated cost is five million dollars ($5,000,000.00) or more.

B. If the Contractor is a member of a signatory Association, the pre-job conference will be arranged through the appropriate Association with the Building and Construction Trades Council or a Union having jurisdiction over the work in the area of the project.

C.    At the time of the pre-job, the individual Contractor shall, upon request, advise the Union, in writing, of the names and addresses of all subcontractors employed or contracted with for services to be performed under this Agreement.

**Associated General Contractors of America, San Diego Chapter, Inc.**

By: James Ryan

6/29/07
Date

**Southern California District Council of Laborers**

By: Mike Quevedo, Jr.

By: Armando Esparza

By: John L. Smith  6/29/07

By: Tony R. Hoffman

6/29/07
Date:

**Laborers Local 89**

By: Ray Mendoza

By:

ATTACHMENT #1

CONTRIBUTIONS PAYABLE TO SAN DIEGO TRUST FUNDS

| **EFFECTIVE** | **7/01/07** | **7/01/08** | **7/01/09** | **7/01/10** |
|---|---|---|---|---|
| Laborers' Health and Welfare Fund For Southern California | $4.16 | ⊥ | ⊥ | ⊥ |
| San Diego Construction Laborers' Pension Fund | $3.65 | ⊥ | ⊥ | ⊥ |
| Construction Laborers' Vacation Fund For Southern California | $2.20 | ⊥ | ⊥ | ⊥ |
| Laborers' Training and Retraining Fund for Southern California | $0.63 | ⊥ | ⊥ | ⊥ |
| Center for Contract Compliance Trust Fund | $0.15 | ⊥ | ⊥ | ⊥ |
| Supplemental Dues (in addition to Vacation Contribution) | $1.16 | ⊥ | ⊥ | ⊥ |
| Construction Advancement Fund | $0.12 | ⊥ | ⊥ | ⊥ |

FUTURE INCREASES**

| 07/01/08: | to be allocated from wage increase by the Union |
| 07/01/09: | to be allocated from wage increase by the Union |
| 07/01/10: | to be allocated from wage increase by the Union |

⊥  To be allocated by the Union to (1) Hourly wage rate; (2) Health & Welfare; (3) Pension; (4) Vacation; (5) Training and Retraining; (6) Supplemental Dues; (7) Center for Contract Compliance; or (8) any combination thereof.