IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN ROMO,

    Plaintiff,

No. C 15-00673 JSW

v.

SHIMMICK CONSTRUCTION COMPANY, INC.,

    Defendant.

**SUA SPONTE ORDER OF JUDICIAL REFERRAL**

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Joseph C. Spero to determine whether it is related to *Romo v. Shimmick Construction Company, Inc.*, Case No. 14-2403 JCS. The hearings set for May 22, 2015 at 9:00 a.m. and the case management conference set for May 22, 2015 at 11:00 a.m. are HEREBY VACATED and shall be reset, if necessary, by further order of the Court.

**IT IS SO ORDERED.**

Dated: May 8, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Mag. Judge Spero