UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ROMO,<br>   Plaintiff.<br><br>  v.<br><br>SHIMMICK CONSTRUCTION COMPANY, INC.,<br>   Defendant. | Case No. 15-cv-00673-JCS<br><br>**ORDER SETTING HEARING ON PENDING MOTIONS AND CASE MANAGEMENT CONFERENCE [Reassigned Case]**<br><br>Re: Dkt. Nos. 16, 26 |

TO ALL PARTIES AND COUNSEL OF RECORD:

  The above-entitled matter having been reassigned to the Honorable Joseph C. Spero for trial and all further proceedings,

  IT IS HEREBY ORDERED that the hearing on the Motion to Remand [ECF Dkt No. 16] and the Motion to Stay and Petition to Compel Arbitration [ECF Dkt No. 26] will be heard on **June 19, 2015, at 9:30 A.M.,** in Courtroom G, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

  IT IS HEREBY FURTHER ORDERED, pursuant to Fed. R. Civ. P. 16 and Civil L.R.16-10, that a Case Management Conference shall be held in this case on **June 19, 2015, at 9:30 A.M.**

  The parties shall appear in person or through lead trial counsel and shall be prepared to discuss all items referred to in Civil L.R.16-10.  Pursuant to Civil L.R.16-3 and 16-9, the parties shall meet and confer and file a joint case management statement and proposed order no later than **June 12, 2015**.  If any party is proceeding without counsel, separate statements may be filed by each party.

1   All documents filed with the Clerk of the Court shall list the civil case number followed
2   only by the initials "**JCS**."  One copy shall be clearly marked as a chambers copy.
3   IT IS SO ORDERED.

5   Dated:  May 21, 2015

_____
JOSEPH C. SPERO
United States Magistrate Judge